IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ, <br><br> Plaintiff, <br> v. <br><br> DEXTER SOUTHFIELD, INC., <br> CARMEN ALIBER, and <br> STEWART TUCKER <br><br> Defendants. | CIVIL ACTION NO. 20-CV-10540-FDS |

**DEFENDANTS' MOTION TO COMPEL THE PRODUCTION
OF DOCUMENTS AND FOR AN AWARD OF EXPENSES OF MOTION**

Pursuant to Rule 37(a)(2) and (c) of the Federal Rules of Civil Procedure, and Rule 7.1 of the Local Rules for the U.S. District Court for the District of Massachusetts, Defendants Dexter Southfield, Inc., Carmen Aliber and Stewart Tucker, by and through their counsel, submit this Motion to Compel The Production of Documents. Defendants also seek corresponding sanctions against Plaintiffs.

Specifically, Defendants request an order specifying that:

(a)  Plaintiff shall within five days produce or make available for inspection and copying all documents responsive to Defendants' First Request for Production of Documents, including the documents Plaintiff described during his deposition on April 21, 2021;

(b)  Plaintiff shall pay Defendants the reasonable expenses incurred by Defendants in obtaining the order requested herein, inclusive of attorneys' fees, in an amount to be determined by the Court, as provided by Fed. R. Civ. P. 37(a)(5); and

(c)     Plaintiff's failure to comply with the order requested herein shall result in (i) dismissal of this action, or (ii) an order prohibiting Plaintiffs from introducing into evidence any documents or information that Plaintiffs failed to produce in response to Defendants' First Request for Production of Documents; or (iii) any other remedy available under Fed. R. Civ. P. 37.

In support of their Motion, Defendants attach their memorandum of law.  Pursuant to Local Rule 37.1, Defendants certify below that through counsel, they attempted to confer with Plaintiff's counsel in a good-faith effort to resolve the above-referenced disputes without court action.  Defendants' counsel's efforts were unsuccessful.  Supporting information regarding Defendants' efforts is provided in the attached Declaration of Laura D. Stones.

>  Respectfully submitted,
>  DEXTER SOUTHFIELD, INC.,
>  CARMEN ALIBER, and
>  STEWART TUCKER
>
>  By their attorneys,
>
>  */s/ Laura D. Stones*
>  William E. Hannum III (BBO No. 643155)
>  (whannum@shpclaw.com)
>  Laura D. Stones (BBO No. 684569)
>  (lstones@shpclaw.com)
>  SCHWARTZ HANNUM PC
>  11 Chestnut Street
>  Andover, MA 01810
>  Telephone: (978) 623-0900
>  Facsimile:  (978) 623-0908

May 1, 2021

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 1st day of May 2021.

    Suzanne L. Herold (*counsel for Plaintiff*)
    Herold Law Group, P.C.
    50 Terminal Street
    Building 2, Suite 716
    Charlestown, MA 02129
    suzie@heroldlawgroup.com

*/s/ Laura D. Stones*
Laura D. Stones

## LOCAL RULE 37.1 CERTIFICATION

I hereby certify that I, as counsel for Defendants, emailed Plaintiff's counsel Suzanne L. Herold starting on April 22, 2021, to request a Rule 37.1 conference (initially on April 23, 2021) to discuss the issues raised in this motion. Plaintiff's counsel did not ever respond to my request or to the concerns raised in my email, nor did she respond to my subsequent follow-up email. As of the date of this motion, May 1, 2021, I have received no response whatsoever. Additional detail regarding my efforts to confer with the Company's counsel (who is also Plaintiff's counsel), is included in the attached Declaration of Laura D. Stones.

*/s/ Laura D. Stones*
Laura D. Stones