From: **Laura Deck Stones** LStones@shpclaw.com  📎
Subject: Celestial Computing
Date: April 26, 2021 at 2:40 PM
To: Suzie Herold suzie@heroldlawgroup.com
Cc: William E. Hannum III WHannum@shpclaw.com

Suzie,

Following up one more time w/r/t Celestial Computing. It's been more than a week since the Company's response was due, and we haven't received one single document.

Our position is that your objections are not timely and therefore have been waived. Even if they were timely, you still haven't objected with any specificity, nor have you indicated that the Company has any intent to comply with the subpoena in any shape or form.

You suggested scheduling a call on Thursday or Friday of last week, I responded requesting to set a time for Friday, and I received no response.

In an effort to avoid motion practice, we are offering to narrow the request as follows, if the Company will agree to produce the responsive documents immediately:

· In lieu of the first prong of the request, we will accept documents sufficient to show the Company's services, annual earnings, and profits from the date Mr. Dantowitz started working at Dexter Southfield through the present.

· In lieu of the second and third prongs of the request, which requested information for all past and current employees and independent contractors, we will accept documents sufficient to show the requested information for the Company's past and current employees and independent contractors who either (1) worked/provided services for the Company at any time between August 2018-present or (2) worked and/or provided services to Dexter Southfield at any time, past or present.

· Prongs four through nine would remain unchanged. If you propose a confidentiality agreement w/r/t any sensitive information that may be responsive to the fifth, seventh, and/or eighth prongs of the request, we will certainly consider that.

Regards,
Laura



**Laura Deck Stones** | Attorney
**Schwartz Hannum PC** | 11 Chestnut Street, Andover, MA 01810-3744
*Lstones@shpclaw.com* | Office: (978) 623-0900 | Mobile: (202) 352-8933 | **www.shpclaw.com**

PLEASE THINK BEFORE YOU PRINT.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. This e-mail is not intended to and does not constitute a waiver of any privilege applicable to this message or the confidentiality of this message. If the reader of this message is not an intended recipient or an agent responsible for delivering it to an intended recipient, please notify us immediately and delete the original message.

**From:** Laura Deck Stones
**Sent:** Friday, April 23, 2021 12:41 PM
**To:** 'Suzie Herold'
**Cc:** William E. Hannum III
**Subject:** RE: Dantowitz v. DXSF et al

Suzie,

Just following up about setting a time to confer today, regarding the Celestial Computing
subpoena and the unproduced documents Mr. Dantowitz identified in his second day of deposition.

I also wanted to add to the list of unproduced documents below. In his sworn testimony on
Wednesday, Mr. Dantowitz also referenced "emails or notes" that would jog his memory regarding
his work for Celestial Computing leading up to and during his FMLA leave in 2018. Those
documents should also be produced in response to our discovery requests to Mr. Dantowitz, as
they are certainly relevant to his claims against my clients.

These records are particularly relevant in light of the fact that Mr. Dantowitz's incorporated his
company in Colorado <u>one day</u> after requesting an immediate leave of absence from Dexter
Southfield.  When asked about his company's incorporation in other states during his first day of
deposition, he outright denied that it was incorporated in any state other than Massachusetts (and
he later provided conflicting and self-serving testimony regarding lack of memory/knowledge in
day 2 of his deposition).

Regards,
Laura



**Laura Deck Stones**  |  Attorney
**SCHWARTZ HANNUM PC**  |  11 Chestnut Street, Andover, MA 01810-3744
*Lstones@shpclaw.com*  |  Office: (978) 623-0900  |  Mobile: (202) 352-8933  |  **www.shpclaw.com**

PLEASE THINK BEFORE YOU PRINT.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named
above. This message may be an attorney-client communication and as such is privileged and confidential. This e-mail is not intended
to and does not constitute a waiver of any privilege applicable to this message or the confidentiality of this message. If the reader of
this message is not an intended recipient or an agent responsible for delivering it to an intended recipient, please notify us immediately
and delete the original message.

**From:** Laura Deck Stones
**Sent:** Thursday, April 22, 2021 8:32 AM
**To:** Suzie Herold
**Cc:** William E. Hannum III
**Subject:** Dantowitz v. DXSF et al

Good morning Suzie,

I'm writing to follow up about the unproduced documents Mr. Dantowitz referenced in his
deposition testimony yesterday, as well as the Celestial Computing subpoena. Unfortunately I'm

unavailable most of today due to a childcare emergency, so I wanted to get this note out to you ASAP.

Mr. Dantowitz referenced the following categories of documents yesterday, all of which are indisputably responsive to Defendants' document requests and relevant to Mr. Dantowitz's claims:

- · Mr. Dantowitz's handwritten notes from the January 18, 2019 meeting with Carmen Aliber and Stewart Tucker
- · Mr. Dantowitz's handwritten notes from the January 22, 2019 meeting with Carmen Aliber and Stewart Tucker
- · Other documents in Mr. Dantowitz's possession from and/or concerning the January 22, 2019 meeting with Carmen Aliber and Stewart Tucker
- · Mr. Dantowitz's text messages and any other communications with Bob Phinney
- · Medical records or other records supporting Mr. Dantowitz's alleged emotional distress and/or damages post-termination

I'm attaching some of our relevant correspondence from March regarding the witness communications.

Once we receive the documents listed above, I will let you know whether we'll be seeking additional time to depose Mr. Dantowitz about the omitted documents.

Can we set a time on Friday (tomorrow) for a Local Rule 37.1 conference regarding the Celestial Computing subpoena and the outstanding documents identified above? I'm available any time after 9:30am.

Regards,
Laura



CELEBRATING
25 YEARS
1995 - 2020

**Laura Deck Stones** | Attorney
**SCHWARTZ HANNUM PC** | 11 Chestnut Street, Andover, MA 01810-3744
*Lstones@shpclaw.com* | Office: (978) 623-0900 | Mobile: (202) 352-8933 | **www.shpclaw.com**

PLEASE THINK BEFORE YOU PRINT.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. This e-mail is not intended to and does not constitute a waiver of any privilege applicable to this message or the confidentiality of this message. If the reader of this message is not an intended recipient or an agent responsible for delivering it to an intended recipient, please notify us immediately and delete the original message.