IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br><br>Plaintiff,<br>v.<br><br>DEXTER SOUTHFIELD, INC.,<br>CARMEN ALIBER, and<br>STEWART TUCKER,<br><br>Defendants. | CIVIL ACTION NO. 20-CV-10540-AK |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Dexter Southfield, Inc. (the "School"), Carmen Aliber and Stewart Tucker move for summary judgment in their favor on all counts contained in Plaintiff Ron Dantowitz's complaint.

Plaintiff has brought seven (7) claims against Defendants, including five (5) claims under the Massachusetts anti-discrimination statute, Chapter 151B, alleging that the School discriminated against him on the basis of his alleged handicap and/or his association with a handicapped person (his son), as well as retaliation for engaging in unidentified protected activity. Plaintiff also claims that the School violated his rights under the Family and Medical Leave Act ("FMLA") by interfering with Plaintiff's FMLA rights and by retaliating against Plaintiff for taking FMLA leave.

Defendants are entitled to summary judgment because Plaintiff cannot establish the necessary elements of his claims against the School or the individual Defendants. There is no evidence that the legitimate reason for Plaintiff's termination – Plaintiff's repeated unprofessional and insubordinate behavior and failure to perform his core job responsibilities –

-2-

was merely a pretext for unlawful discrimination or retaliation under Massachusetts discrimination laws or the FMLA.  Accordingly, summary judgment is the proper disposition of this suit.

WHEREFORE, Defendants respectfully request that their motion for summary judgment on Plaintiff's Counts I – VII be allowed.

**Defendants Hereby Request A Hearing On
Their Motion for Summary Judgment**

December 15, 2021

DEXTER SOUTHFIELD, INC.,
CARMEN ALIBER, and
STEWART TUCKER,

By their attorneys,

/s/Anthony L. DeProspo, Jr.
William E. Hannum III (BBO No. 643155)
(whannum@shpclaw.com)
Anthony L. DeProspo, Jr. (BBO No. 644668)
(adeprospo@shpclaw.com)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
Telephone: (978) 623-0900
Facsimile:  (978) 623-0908

## Certificate of Compliance with Local Rule 7.1(a)(2)

I, Anthony L. DeProspo, Jr., counsel for Defendants, certify that on December 3, 2021, I conferred with Plaintiff's counsel in an effort to narrow or resolve the issues that are the subject of this Motion, and that Plaintiff's counsel does not assent to the relief sought in this Motion.

/s/Anthony L. DeProspo, Jr.December 15, 2021
Anthony L. DeProspo, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 15th day of December 2021.

Suzanne L. Herold (*counsel for Plaintiff*)
Herold Law Group, P.C.
50 Terminal Street
Building 2, Suite 716
Charlestown, MA 02129
suzie@heroldlawgroup.com

/s/Anthony L. DeProspo, Jr.
Anthony L. DeProspo, Jr.