IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RONALD F. DANTOWITZ,<br><br>         Plaintiff,<br>v.<br><br>DEXTER SOUTHFIELD, INC.,<br>CARMEN ALIBER, and<br>STEWART TUCKER,<br><br>         Defendants. | CIVIL ACTION NO. 20-CV-10540-AK |

**DECLARATION OF ANTHONY L. DePROSPO, JR.**

I, Anthony L. DeProspo, Jr., do hereby testify and depose as follows:

1. My name is Anthony L. DeProspo, Jr. I am counsel for Dexter Southfield, Inc., Carmen Aliber and Stewart Tucker. I make this affidavit on personal knowledge and for the purpose of authenticating documents in connection with Defendants' Motion for Summary Judgment.

2. Attached hereto as Exhibit A is a true and accurate copy of the deposition transcript of Defendant Carmen Aliber dated May 3, 2021.

3. Attached hereto as Exhibit B is a true and accurate copy of the deposition transcript of Defendant Stewart Tucker dated May 3, 2021.

4. Attached hereto as Exhibit C are true and accurate copies of excerpts from the Dexter Southfield Employee Handbook dated August 2018.

5. Attached hereto as Exhibit D are true and accurate copies of excerpts from the deposition transcript of Plaintiff Ronald Dantowitz dated March 24, 2021.

6. Attached hereto as Exhibit E are true and accurate copies of excerpts from the deposition transcript of Plaintiff Ronald Dantowitz dated April 21, 2021.

7. Attached hereto as Exhibit F is a true and accurate copy of Dexter Southfield's March 8, 2018 offer of employment letter to Plaintiff, countersigned by Plaintiff on March 29, 2018.

8. Attached hereto as Exhibit G is a true and accurate copy of Plaintiff's job description drafted by Plaintiff.

9. Attached hereto as Exhibit H is a true and accurate copy of a letter dated January 17, 2018 drafted by Dr. Pamela Friedman.

10. Attached hereto as Exhibit I is a true and accurate copy of an email chain dated January 19, 2018 to February 6, 2018 between Plaintiff and Ms. Aliber.

11. Attached hereto as Exhibit J is a true and accurate copy of an email dated June 19, 2018 from Plaintiff to Mr. Tucker.

12. Attached hereto as Exhibit K is a true and accurate copy of a Detailed Work Breakdown – Dexter Southfield Clay Center Observatory Repairs created by Plaintiff on or about June 19, 2018.

13. Attached hereto as Exhibit L is a true and accurate copy of the Declaration of Ronald F. Dantowitz dated September 28, 2021.

14. Attached hereto as Exhibit M is a true and accurate copy of the Statement of Foreign Entity filed with the Colorado Secretary of State on August 31, 2018 for Celestial Computing Incorporated.

15. Attached hereto as <u>Exhibit N</u> is a true and accurate copy of an email chain dated September 10, 2018 to September 14, 2018 between Plaintiff and Ms. Aliber with attached FMLA paperwork.

16. Attached hereto as <u>Exhibit O</u> is a true and accurate copy of an email dated September 14, 2018 from Plaintiff to Mr. Todd Vincent.

17. Attached hereto as <u>Exhibit P</u> is a true and accurate copy of the first page of Celestial Computing, Inc.'s 2018 Federal tax return.

18. Attached hereto as <u>Exhibit Q</u> is a true and accurate copy of an email chain dated November 20, 2018 to December 13, 2018 between Plaintiff and Ms. Aliber.

19. Attached hereto as <u>Exhibit R</u> is a true and accurate copy of an email chain dated December 19, 2018 between Plaintiff and Ms. Aliber.

20. Attached hereto as <u>Exhibit S</u> is a true and accurate copy of notes prepared by Ms. Aliber regarding a meeting with Plaintiff on January 2, 2019, created in the ordinary course of Dexter Southfield's business.

21. Attached hereto as <u>Exhibit T</u> is a true and accurate copy of notes prepared by Ms. Aliber regarding a meeting with Plaintiff on January 10, 2019, created in the ordinary course of Dexter Southfield's business.

22. Attached hereto as <u>Exhibit U</u> is a true and accurate copy of an email chain dated January 15, 2019 between Plaintiff, Ms. Aliber and Mr. Tucker.

23. Attached hereto as <u>Exhibit V</u> is a true and accurate copy of notes prepared by Ms. Aliber regarding a meeting with Plaintiff on January 18, 2019, created in the ordinary course of Dexter Southfield's business.

    24.    Attached hereto as <u>Exhibit W</u> is a true and accurate copy of the first page of Celestial Computing, Inc.'s 2019 Federal tax return.

    25.    Attached hereto as <u>Exhibit X</u> is a true and accurate copy of the first page of Celestial Computing, Inc.'s 2020 Federal tax return.

    26.    Attached hereto as <u>Exhibit Y</u> is a true and accurate copy of a search for Celestial Computing, Inc. regarding 2020 PPP loans.

Signed under the pains and penalties of perjury this 15th day of December 2021,

                                               /s/ Anthony L. DeProspo, Jr.
                                               Anthony L. DeProspo, Jr.

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 15th day of December  2021.

    Suzanne L. Herold (*counsel for Plaintiff*)
    Herold Law Group, P.C.
    50 Terminal Street
    Building 2, Suite 716
    Charlestown, MA 02129
    suzie@heroldlawgroup.com

                                       /s/Anthony L. DeProspo, Jr.
                                       Anthony L. DeProspo, Jr.