UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br><br>            Plaintiff,<br><br>v.<br><br>DEXTER SOUTHFIELD, INC.,<br>CARMEN ALIBER and<br>STEWART TUCKER<br><br>            Defendants. | Civil Action No. 1:20-cv-10540-ADB |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS TO CELESTIAL COMPUTING, INC.**

NOW COMES Plaintiff, Ronald F. Dantowitz, ("Mr. Dantowitz") and respectfully opposes Defendant's Motion to Compel Production of Documents from Celestial Computing, Inc. ("Celestial").

**ARGUMENT**

**I.     The Defendants' Requests Are Overbroad and Irrelevant**

For the second time, Defendant argues that it needs a wide variety of documents from Celestial to evaluate mitigation efforts and settlement values.

The first time the Court decided this issue, it ruled that Plaintiff must turn over his personal federal tax returns and Celestial's federal tax returns. This Court denied Defendant's request that Plaintiff turn over other Celestial records, given that Celestial works with government agencies and their relationships are bound by strict non-disclosure agreements.

What Defendant explicitly omitted from its second motion to compel is the fact that Plaintiff has already produced in 2021 W-2 from Celestial, his only employer. Plaintiff has also already agreed to produce his 2021 personal federal tax return and Celestial's 2021 federal tax return, when they are prepared. Plaintiff and Celestial both received an extension from the government to file.

Again, for the second time, as an agent for Celestial, what Plaintiff cannot do is agree to produce records to Defendant that are irrelevant to the case at bar and / or are overbroad to Defendant's articulated purpose for needing said documents. Dexter is not simply entitled to these documents because it says so. Celestial has a legitimate business reason for keeping all of these documents to itself, with the exception of the federal tax returns. Dexter has not stated a single, specific reason why it cannot wait for the tax returns, with trial still over five months away.

## **CONCLUSION**

For all the foregoing reasons, Plaintiff respectfully requests that this Court DENY the Defendants' Motion to Compel production of Documents from Celestial Computing, Inc. but for the federal income tax records for the year 2021.

Respectfully submitted,
RONALD F. DANTOWITZ,
By his attorney,

 */s/ Suzanne L. Herold*
Suzanne L. Herold (BBO No. 675808)

HEROLD LAW GROUP, P.C.<br>
50 Terminal Street<br>
Building 2, Suite 716<br>
Charlestown, MA 02129<br>
(617) 977 - 4015 (t)<br>
(617) 855-9873 (f)<br>
suzie@heroldlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August 2022, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent via first class mail to unregistered participants.

*/s /Suzanne L. Herold*

Suzanne L. Herold