IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 20-CV-10540-ADB |
| ) | |
| DEXTER SOUTHFIELD, INC., ) | |
| CARMEN ALIBER, and ) | |
| STEWART TUCKER ) | |
| ) | |
| Defendants. ) | |

**<u>NOTICE OF WITHDRAWAL OF APPEARANCE OF LAURA DECK STONES</u>**

Please withdraw the appearance of Laura Deck Stones as counsel for Defendants Dexter Southfield, Inc. (incorrectly identified as "Dexter Southfield School" in the Plaintiff's Complaint), Carmen Aliber, (incorrectly identified as "Carmen Urbonas" in the Plaintiff's Complaint), and Stewart Tucker.

          Respectfully submitted,
          DEXTER SOUTHFIELD, INC.,
          CARMEN ALIBER, and
          STEWART TUCKER

          By their attorneys,

          */s/ Anthony L. DeProspo, Jr.*
          William E. Hannum III (BBO No. 643155)
          (whannum@shpclaw.com)
          Anthony L. DeProspo, Jr. (BBO No. 644668)
          (adeprospo@shpclaw.com)
          SCHWARTZ HANNUM PC
          11 Chestnut Street
          Andover, MA 01810
          Telephone: (978) 623-0900
          Facsimile:  (978) 623-0908

Date:  September 22, 2022

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 22nd day of September 2022.

    Suzanne L. Herold (*counsel for Plaintiff*)
    Herold Law Group, P.C.
    50 Terminal Street
    Building 2, Suite 716
    Charlestown, MA 02129
    suzie@heroldlawgroup.com

    */s/ Anthony L. DeProspo, Jr.*
    Anthony L. DeProspo, Jr.