UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br>    Plaintiff,<br><br>v.<br><br>DEXTER SOUTHFIELD, INC.,<br>CARMEN ALIBER, and<br>STEWART TUCKER,<br>    Defendant. | CIVIL ACTION NO. 20-CV-10540-AK |

## NOTICE OF APPEARANCE

 Please enter my appearance on behalf of the Plaintiff, Ronald F. Dantowitz, in the above-captioned matter.

              Respectfully submitted,

              /s/ David A. Russcol
              David A. Russcol (BBO #670768)
              Zalkind Duncan & Bernstein LLP
              65a Atlantic Avenue
              Boston, MA 02110
              (617) 742-6020
              drusscol@zalkindlaw.com

Dated: November 11, 2022

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on November 11, 2022.

                <u>/s/ David A. Russcol</u>
                David A. Russcol