UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEXTER SOUTHFIELD, INC.,<br>CARMEN ALIBER, and<br>STEWART TUCKER,<br>　　　　　Defendant. | CIVIL ACTION NO. 20-CV-10540-AK |

## NOTICE OF APPEARANCE

　　Please enter my appearance on behalf of the Plaintiff, Ronald F. Dantowitz, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Inga S. Bernstein
　　　　　　　　　　　　　　　　　　Inga S. Bernstein (BBO #627251)
　　　　　　　　　　　　　　　　　　Zalkind Duncan & Bernstein LLP
　　　　　　　　　　　　　　　　　　65a Atlantic Avenue
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　(617) 742-6020
　　　　　　　　　　　　　　　　　　ibernstein@zalkindlaw.com

Dated: November 11, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on November 11, 2022.

                                         /s/ Inga S. Bernstein
                                         Inga S. Bernstein