UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br><br>        Plaintiff.<br><br>v.<br><br>DEXTER SOUTHFIELD INC.,<br>CARMEN ALIBER, and<br>STEWART TUCKER,<br><br>        Defendants. | Civil Action No. 20-CV-10540-AK |

**MOTION TO EXTEND DEADLINE FOR CERTAIN OBLIGATIONS SET OUT IN SECOND AMENDED ORDER SETTING CIVIL JURY TRIAL**

Now comes plaintiff Ronald Dantowitz who respectfully requests that this Honorable Court grant a short extension of the January 6, 2023, deadlines set out in Judge Kelley's Second Amended Order Setting Civil Jury Trial (Doc. 103). As grounds therefor, he states as follows:

1. On November 14, 2022, this Court entered an Order setting deadlines for the preparation of this case for trial on February 6, 2023. *Id.*

2. As discussed with the Court, the parties intend to make a further effort to resolve this case through mediation before trial and have scheduled a mediation for January 4, 2023.

3. A number of the deadlines set in the Court's Order are set for January 6, 2023, including (1) the deadline to meet and confer (*Id.* II.C.); (2) the deadline to submit the Joint Pretrial Memorandum, *id.* III.A., and (3) the deadline to file motions in limine, id. III.B..

4. Rather than have all these deadlines fall two days after the scheduled mediation, Mr. Dantowitz requests that these deadlines be extended to January 10, 2023.

5. He also requests a corresponding extension of the due date for oppositions to motions in limine from January 13 to January 17, 2023.

6. Defendant Dexter Southfield does not oppose this request.

7. No party will be prejudiced by the granting of this motion.

                                          Respectfully submitted,

                                          <u>/s/ Inga S. Bernstein</u>
                                          Inga S. Bernstein (BBO #627251)
                                          David A. Russcol (BBO #670768)
                                          Zalkind Duncan & Bernstein LLP
                                          65a Atlantic Avenue
                                          Boston, MA 02110
                                          (617) 742-6020
                                          ibernstein@zalkindlaw.com
                                          drusscol@zalkindlaw.com

Dated: December 16, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on December 16, 2022.

/s/ Inga S. Bernstein
Inga S. Bernstein