IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) CIVIL ACTION NO. 20-CV-10540-ADB <br> ) <br> DEXTER SOUTHFIELD, INC., ) <br> CARMEN ALIBER, and ) <br> STEWART TUCKER, ) <br> ) <br> Defendants. ) <br> ) | |

## NOTICE OF APPEARANCE OF CARA E. MURPHY

Please enter the appearance of Cara E. Murphy as counsel for Defendants Dexter Southfield, Inc. (incorrectly identified as "Dexter Southfield School" in the Plaintiff's Complaint), Carmen Aliber, (incorrectly identified as "Carmen Urbonas" in the Plaintiff's Complaint), and Stewart Tucker.

Respectfully submitted,

DEXTER SOUTHFIELD, INC.,
CARMEN ALIBER, and
STEWART TUCKER

By their attorneys,

/s/ Cara E. Murphy
William E. Hannum III (BBO No. 643155)
(whannum@shpclaw.com)
Anthony L. DeProspo, Jr. (BBO No. 644668)
(adeprospo@shpclaw.com)
Cara E. Murphy (BBO No. 709521)
(cmurphy@shpclaw.com)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
Telephone: (978) 623-0900
Facsimile: (978) 623-0908

Date: December 19, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 19th day of December 2022.

      David A. Russcol (*counsel for Plaintiff*)
      drusscol@zalkindlaw.com
      Inga S. Bernstein
      iberstein@zalkindlaw.com
      Zalkind Duncan & Bernstein LLP
      65a Atlantic Avenue
      Boston, MA 02110

                                    */s/ Cara E. Murphy.*
                                    Cara E. Murphy