IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ, <br><br>    Plaintiff, <br><br>v. <br><br>DEXTER SOUTHFIELD, INC., <br>CARMEN ALIBER, and <br>STEWART TUCKER, <br><br>    Defendants. | CIVIL ACTION NO. 20-CV-10540-AK |

## DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF CLAIMS OF "THREATS, COERCION OR INTIMIDATION"
### (Memorandum Incorporated)

On September 8, 2022, the Court issued a decision on Defendants' Motion for Summary Judgment, <u>allowing</u> Defendants' motion on Plaintiff's claim of "Threats, Coercion, and Intimidation." (Tab A, *8) (Claim 5). Accordingly, Plaintiff should be precluded from offering any evidence at trial, or making any inferences, based on the following:

- That Mr. Tucker or Ms. Aliber threatened, coerced and/or intimidated Plaintiff based on Plaintiff's alleged disability or his son's disability, as well as requests for a reasonable accommodation based on both of those alleged disabilities;

- That Mr. Tucker or Ms. Aliber threatened, coerced and/or intimidated Plaintiff on the basis of retaliation due to their alleged dislike of Plaintiff's purported disability and Plaintiff's alleged need for a reasonable accommodation based on both of those alleged disabilities;

- That Mr. Tucker or Ms. Aliber engaged in a pattern of long-term harassment of Plaintiff;

- That the conduct of Mr. Tucker or Ms. Aliber rose to the level of physical, moral, or economic pressure; and

- That Plaintiff has established a pattern of intimidation or harassing behavior by Mr. Tucker or Ms. Aliber.

WHEREFORE, the Court should <u>allow</u> Defendants' Motion *in Limine* to Exclude Evidence of Claims of "Threats, Coercion Or Intimidation."

Respectfully submitted,

DEXTER SOUTHFIELD, INC.,
CARMEN ALIBER, and
STEWART TUCKER,

By their attorneys,

*/s/ Anthony L. DeProspo, Jr.*
Anthony L. DeProspo, Jr. (BBO No. 644668)
(adeprospo@shpclaw.com)
Cara E. Murphy (BBO No. 709521)
(cmurphy@shpclaw.com)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
Telephone: (978) 623-0900
Facsimile: (978) 623-0908

Date: January 10, 2023

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 10th day of January 2023.

                                                */s/ Anthony L. DeProspo, Jr.*
                                                Anthony L. DeProspo, Jr.