# Tab A



**Carmen Urbonas**
Director of Human Resources
Dexter Southfield
20 Newton Street
Brookline, MA 02445
617-751-3622
www.dextersouthfield.org

**From:** Dantowitz, Ronald
**Sent:** Friday, September 14, 2018 7:46 AM
**To:** Urbonas, Carmen <curbonas@dextersouthfield.org>
**Subject:** Request

Carmen,

I am concerned that there has been some confusion regarding my need for leave.

To be clear and concise: **I need to take FMLA leave to care for my son, beginning on or before October 1, preferably from my perspective as soon as possible, and continuing for 12 weeks thereafter**. I am happy to complete and return any necessary paperwork within a reasonable time frame. I will continue to devote my full time and attention to being the Director of the Clay Observatory until my FMLA leave begins, and I look forward to returning to that position thereafter.

Thank you in advance for clearly identifying what documentation I need to return to the school.

As I have said before, I have needed the benefit of counsel, which I have now retained. Prior to our meeting, please advise as to whether it would be constructive for my counsel to participate in our discussions.

Thank you,

Ron

---

**Ronald F. Dantowitz**
Director, Clay Center Observatory
Dexter Southfield
20 Newton Street, Brookline, MA 02445

DXSF 000388