# Tab B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br><br>    Plaintiff,<br><br>v.<br><br>DEXTER SOUTHFIELD, INC.,<br>CARMEN ALIBER and<br>STEWART TUCKER<br><br>    Defendants. | Civil Action No. 1:20-cv-10540-ADB |

## DECLARATION OF RONALD F. DANTOWITZ

1. My name is Ronald F. Dantowitz. I am the Plaintiff in the above referenced matter and I understand the significance of an oath.

2. Below is an accounting of activities / work that I performed for Celestial Computing from summer 2018 through December 31, 2018.

<u>In the month of July, 2018</u>

  7/12 – 15 Recorded video of a SpaceX parachute test in Barstow, CA
  From the dry salt lake took video of a parachute dropped over the desert. I always work approximately 10-12 hours a day, every day. Set up telescope equipment, slept in the desert overnight, and took pictures at sunrise the next morning, then came home via air from Los Angeles.

  7/24 – 27 Recorded video of a Virgin Galactic test, Mojave, CA
  I set up camera equipment on the side of the road in Jawbone Canyon, CA, and captured video of a rocket flight of Spaceshiptwo. Probably worked 10-12 hours a day, appx. The work consisted of setting up a telescope, sleeping in the desert overnight, and taking the pictures at sunrise the next morning before coming home. 10-12 hours a day of work.

In the month of August, 2018

>8/14-15 Tour of Spaceport Blue Origin, Van Horne TX & Spaceport America, NM
>Got to see the rocket test facility and hangar in Texas. Learned what images they were interested in for their rocket. They never got back to me after that, they had someone else to take their pictures and video. Tour of Spaceport America, it was not open yet (still under construction).

>8/17-19 Recorded video of SpaceX parachute test, Barstow, CA
>Set up camera equipment on the dry salt lake, and took video of a parachute test dropped over the lake bed. Worked approximately 10-12 hours a day. Work consisted of setting up telescope equipment, sleeping in the desert overnight, and taking the pictures at sunrise the next morning before coming home. En route home I stopped in Denver to visit a telescope company called Software Bisque in Golden, Colorado. Did not do work for Software Bisque, discussed purchase of a telescope, then headed home (to Boston).

In the month of September, 2018

>No imaging.

In the month of October, 2018

>10/1-4 Visited company buying my KTM (Kineto Tracking Mount) in Virginia. Demonstrated tracking with telescope (they wanted to track rockets with the KTM). Set up equipment and taught them how rockets are tracked. Did not get paid for my time (4-6 hours/day), or reimbursed for my travel.

>10/16-18 Recorded video of SpaceX parachute test, Barstow, CA
>Took video of a parachute test dropped over the lake bed. Worked approximately 10-12 hours a day. The work consisted of traveling, setting up telescope equipment, sleeping in the desert overnight, and taking the pictures at sunrise the next morning and coming home.

In the month of November, 2018

>11/5-8 Recorded video of a SpaceX parachute test, Barstow, CA
>Photographed (videoed) another parachute test dropped over the lake bed. Worked approximately 10-12 hours a day. The work consisted of traveling, setting up equipment, sleeping in the desert overnight, and taking the pictures at sunrise the next morning and coming home.

In the month of December, 2018

12/10-13 Recorded video of SpaceX parachute test, Barstow, CA. Worked approximately 10-12 hours a day. Traveled, set up telescope equipment, slept in the desert overnight, and took video at sunrise the next morning. Stopped in nearby Mojave, CA (~45 minutes away) on the way home, since there was supposed to be a flight from Virgin Galactic. I was not doing photography for Virgin Galactic or working for anyone, the imaging was for practice. Probably used no more than 4 hours that day enroute home.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____
Ronald F. Dantowitz

September 28, 2021