Tab C



# DEXTER SOUTHFIELD

# EMPLOYEE HANDBOOK

### August 2018

DXSF 000188

**Bereavement Leave**

The School recognizes that the loss of a loved one can be both traumatic and painful, and that there may be a need for an employee to attend to important personal matters. Employees are eligible for up to three (3) days of paid bereavement leave in the event of the death of an immediate family member (*i.e.*, employee's spouse, parent, child, sibling, or grandchild; the employee's spouse's parent, child, or sibling; the employee's child's spouse; grandparents, children, or grandchildren). Special consideration may also be given to any other person whose association with the employee was similar to any of the above relationships. If an employee wishes to take bereavement leave, the employee should notify his or her direct supervisor and/or the Director of Human Resources, as soon as possible. Consideration will be given on an individual basis to requests for additional unpaid bereavement leave. Employees should contact the Director of Human Resources with any questions.

**Family and Medical Leave**

As set forth below, the School provides family and medical leave in compliance with the federal Family and Medical Leave Act ("FMLA").

<u>Eligibility Requirements</u>

If the employee has worked for the School for at least twelve (12) months and at least one thousand two hundred fifty (1,250) hours in the year preceding a requested leave, and the School employs at least fifty (50) employees within a seventy-five (75)-mile radius of where the employee works, the employee is eligible for FMLA leave.

<u>Reasons for Family/Medical Leave</u>

Consistent with federal law, eligible employees are entitled to take up to twelve (12) work weeks of unpaid family/medical leave within a "rolling" backward twelve (12)-month period for any of the following reasons:

- For incapacity due to pregnancy, prenatal medical care or child birth;
- To care for the employee's child after birth, or placement for adoption or foster care;
- To care for the employee's spouse, son, or daughter, or parent, who has a serious health condition; or
- For a serious health condition that makes the employee unable to perform the employee's job.

FMLA leave taken due to a personal disability or serious medical condition may be eligible for income replacement in accordance with the School's disability insurance plan.

DXSF 000270

<u>Definition of Serious Health Condition</u>

A serious health condition includes an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities.

Subject to certain conditions, the continuing treatment requirement is met by:

- a period of incapacity of more than three (3) consecutive calendar days combined with at least two (2) visits to a health care provider;
- one (1) visit to a health care provider and a regimen of continuing treatment;
- incapacity due to pregnancy or prenatal care; or
- incapacity due to a chronic condition.

Other conditions may also meet the definition of continuing treatment.

<u>Family Military/Injured Service Member Leave</u>

In certain circumstances, eligible employees are entitled to take up to twelve (12) work weeks of unpaid family military leave within a "rolling" backward twelve (12)-month period when an employee's spouse, child or parent is on, or called to, active duty (including a foreign deployment requirement) with the U.S. Armed Forces (including the National Guard or Reserves) to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, care for a military member's parent who is incapable of self-care, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings. An employee is required to provide written certification of the family member's military service.

Additionally, in certain circumstances, eligible employees are entitled to take up to twenty-six (26) work weeks of unpaid injured service member leave within a single twelve (12)-month period to care for a spouse, child, parent or next of kin (meaning that the employee is the service member's closest living relative) who is: (1) a current service member and suffers a serious injury or illness or aggravation of a preexisting condition in the line of duty for the U.S. Armed Forces (including the National Guard or Reserves), rendering the member medically unfit to perform the duties of the member's office, grade, rank or rating; or (2) a veteran of the U.S. Armed Forces (including the National Guard or Reserves) who was discharged or released under conditions other than dishonorable at any time during the five (5) year period prior to the first date the eligible employee takes leave and is undergoing medical treatment, recuperation, or therapy for a serious injury or illness suffered in the line of duty, including aggravation of a preexisting condition. Where leave is sought to care for a veteran, the serious injury or illness must also be one of the following: (1) a continuation of a serious injury or illness that was incurred or aggravated when the veteran was a member of the Armed Forces and that rendered the service member unable to perform the duties of the service member's office, grade, rank or rating; (2) a physical or mental condition for which the covered veteran has received a U.S.

DXSF 000271

Department of Veterans Affairs Service-Related Disability Rating (VASRD) of 50% or greater, with such VASRD rating being based, in whole or in part, on the condition precipitating the need for military caregiver leave; (3) a physical or mental condition that substantially impairs, or would do so absent treatment, the covered veteran's ability to secure or follow a substantially gainful occupation by reason of a disability or disabilities related to military service; or (4) an injury, including psychological injury, on the basis of which the covered veteran has been enrolled in the Department of Veterans Affairs Program of Comprehensive Assistance for Family Caregivers.

Eligible employees are also entitled to take up to fifteen (15) days of unpaid family military leave to bond with a military member on rest or recuperation leave.  This leave must correspond to the length of rest or recuperation leave given to the military member.

### Substitution of Paid Leave Time

To the extent applicable, an employee is required to use any accrued paid time off (vacation, sick and personal time) during any FMLA leave.  In order to use such paid time off for FMLA leave, employees must comply with the School's normal paid leave policies.  An employee will not be required to substitute paid time off if the leave is running concurrently with any leave under the Massachusetts Parental Leave Act ("MPLA"), or the employee is receiving paid benefits from another source such as disability insurance or Workers' Compensation.

### Intermittent Leave

When medically necessary, the employee may take leave for any of the reasons listed above intermittently (that is, in blocks of time or by reducing his or her normal weekly or daily work schedule), rather than continuously, in accordance with the conditions provided for such intermittent leave under the FMLA.  Employees must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the School's operations.  Leave due to qualifying exigencies, and leave for bonding with a military member on rest or recuperation leave, may also be taken on an intermittent basis.  When leave is taken after the birth of a healthy child or placement of a healthy child for adoption or foster care, an employee may take leave intermittently or on a reduced leave schedule only if the School agrees to such an arrangement.

### Notice of Leave

If the need for family/medical leave is foreseeable, thirty (30) days' prior notice must be given. Failure to provide such notice may be grounds for delay of leave (until thirty (30) days' notice has been given).  If the need for leave is due to a planned medical treatment, every attempt should be made to schedule the treatment so as not to unduly disrupt the work of the department. If the need for family/medical leave is not foreseeable, request must be submitted as soon as practicable, no later than two (2) business days after the need for leave arises.

Employees must provide sufficient information for the School to determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave.  Sufficient information may include that the employee is unable to perform job functions, the family

DXSF 000272

member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. Employees also must inform the School if the requested leave is for a reason for which FMLA was previously taken or certified.

<u>Medical Certification for a Serious Health Condition</u>

If a leave is requested due to the employee's own serious health condition to care for a family member with a serious health condition, or for the serious injury or illness of a covered veteran, the employee is required to provide medical certification from an appropriate health care provider. The medical certification must include the date on which the condition began and the probable duration of the condition. Failure to provide a satisfactory certification may result in a denial of leave. The School also may require a second opinion or third opinion as to a serious health condition, at the School's expense.

<u>The School's Responsibilities</u>

The School will inform an employee requesting leave whether the employee is eligible for FMLA leave. The notice will specify any additional information required, as well as the employee's rights and responsibilities. If the employee is not eligible for FMLA leave, the School will provide a reason for the ineligibility.

The School will inform an employee if leave will be designated as FMLA leave and the amount of leave counted against the employee's leave entitlement. If the School determines that the leave does not qualify as FMLA leave, the School will notify the employee.

<u>Returning to Work</u>

If leave is taken due to the employee's own medical condition, the employee is required to provide medical certification that he/she is able to resume work and/or "fit for duty", before returning. A Return to Work Medical Certification form must be completed by the employee and the health care provider. Employees failing to provide medical certification will not be permitted to resume work until such notice is provided. Upon returning from FMLA leave that has not exceeded twelve (12) weeks, or twenty-six (26) weeks in the case of injured service member leave or injured service member leave combined with leave for any other purpose under the FMLA, the employee will be returned to the same position that he or she left when the leave began or to an equivalent position with equivalent pay, benefits and other terms and conditions of employment, in accordance with the conditions provided for such reinstatement under the FMLA. The employee will be reinstated without loss of employment rights or benefits that he or she had earned or accrued prior to the beginning of the leave, except to the extent such benefits were used or paid during the leave.

If the employee decides not to return to the School from an FMLA leave, the employee is requested to inform the School of that decision as soon as possible. The School may then end the leave and employment will terminate. If the employee fails to return to work at the end of an

DXSF 000273

approved leave and to notify the School of his or her status, the School may discharge the employee.

Employees who are out of work on FMLA leave are required to inform the School of any change in status, including, but not limited to, a release to return to work, a need for additional leave, or a decision not to return to the School. The School may require medical certification from an employee during leave. Failure to inform the School of a change in status is a violation of this Policy.

### Special School Rules

In accordance with the Special School Rules under the FMLA, the School may require instructional employees (generally faculty members) to:

    a. Take family or medical leave for periods of particular duration not to exceed the planned medical treatment or supervision (if the leave was foreseeable and the employee would be on leave for greater than twenty percent (20%) of the total number of working days during which the leave would extend); or

    b. Transfer temporarily to an available alternative position offered by the School for which the employee is qualified, which has equivalent pay and benefits, and better accommodates the recurring periods of leave than the employee's regular employment position.

In addition, if an instructional employee begins family or medical leave more than five (5) weeks before the end of the academic term, the School may require the instructional employee to continue to take leave until the end of the term if:

    a. the leave is at least three (3) weeks in duration; and

    b. the return to employment would occur during the three (3)-week period before the end of the academic term.

If an instructional employee begins leave more than three (3) weeks and up to and including five (5) weeks before the end of the academic term, the School may require the instructional employee to continue to take leave until the end of the term if:

    a. the leave is greater than two (2) weeks in duration; and

    b. the return to employment would occur during the two (2)-week period before the end of the academic term.

If an instructional employee begins leave three (3) weeks or fewer before the end of the academic term and the duration of the leave is greater than five (5) working days, the School may require the employee to continue to take leave until the end of the term.

DXSF 000274

Benefits During Leave

The taking of FMLA leave shall not result in the loss of any employment benefits accrued prior to the first day of leave, and the leave period will be treated as continued service for purposes of determining vesting and eligibility to participate in the School's retirement plans. However, an employee does not accrue any other additional benefits (vacation, sick and personal time) during the leave period (unless it is paid leave under which benefits would otherwise accrue). The School will continue to maintain the employee's life insurance and group health insurance (and dental insurance, if applicable) benefits while he or she is on leave on the same basis as if the employee had continued active employment for the period of designated FMLA leave and with the same employee contribution. For employees on paid leave, their share of premium payments will be deducted from their paychecks in the usual manner. Employee on unpaid leave are responsible for making timely payment to the School for their share of premium payments in order to avoid cancellation of their benefits. If the employee fails to return to work upon termination of the family/medical leave, the employee may be required to reimburse the School for maintaining life insurance and group health coverage during the leave.

Key Employees

Certain key employees may not be eligible to be returned to the same or a similar position upon returning from FMLA leave, if such denial is necessary to prevent substantial and grievous economic injury to the School. A key employee is a salaried employee who is among the highest paid ten percent (10%) of the employees employed by the School within seventy-five (75) miles of the facility at which the employee works.

Additional Leave

Employees may be eligible for additional leave pursuant to the School's Personal Leave of Absence Policy or Military Leave of Absence Policy.

Misrepresentation of Reasons for FMLA Leave

An employee who intentionally misrepresents the reasons he/she is requesting leave shall be subject to discharge.

Unlawful Acts by Employers

The FMLA makes it unlawful for an employer to interfere with, restrain, or deny the exercise of any right provided under the FMLA; or to discharge or discriminate against any person for opposing any practice made unlawful by the FMLA or for involvement in any proceeding under or relating to the FMLA.

Enforcement of the FMLA

An employee may file a complaint with the U.S. Department of Labor or may bring a private lawsuit against an employer for claimed violations of the FMLA. The FMLA does not affect any

DXSF 000275