Tab A

# In the Matter of:

*Ronald F. Dantowitz vs*

*Dexter Southfield, Inc., et al.*

---

*Michael Williams*

*April 27, 2021*

---

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*



O'BRIEN & LEVINE COURT REPORTING SOLUTIONS

### Page 129

1 educators have high expectations of what people should
2 do for them so...
3 Q. Did you ever complain to anyone about
4 Mr. Dantowitz?
5 A. No, not that I recall.
6 Q. Did you -- I'm sorry, I spoke over you. I'm
7 sorry.
8 A. Yeah, sorry. Not that I recall.
9 Q. Did anyone ever complain about Mr. Dantowitz to
10 you?
11 A. Not that I recall.
12 Q. Did you ever have to rely on Mr. Dantowitz in
13 order to complete a work task?
14 A. No.
15 Q. Did you ever speak to any other Dexter
16 Southfield employees about Mr. Dantowitz other than
17 what you've testified to already today?
18 A. Well, we always talked about each other at the
19 school, you know, and so the answer would be yes.
20 Specific details, nothing -- nothing out of the norm.
21 Q. Do you recall who you spoke with about
22 Mr. Dantowitz?
23 A. No.
24 Q. Do you recall what you said about him?

### Page 130

1 A. No. The only thing I might have said, you know,
2 is he's been a great asset to the school. I might say
3 that, you know, if you're having difficulty working
4 with him, approach him, but other than that, just
5 normal stuff, normal things going on.
6 Q. What's an example of "normal stuff"?
7 A. I don't know. Whenever you're working with
8 people, you always have conversations around, you know,
9 how do you work with somebody better or, you know,
10 expectations and things like that. Nothing -- nothing
11 that stands out -- out of the norm for me so...
12 Q. In January of 2019, did Mr. Dantowitz contact
13 you for help with any IT issues?
14 A. Not that I recall.
15 Q. Did he contact you for something related to an
16 Excel spreadsheet?
17 A. There was something, now that you mention it,
18 that he was looking for, but I don't remember the
19 context of the Excel spreadsheet.
20 Q. Okay. Do you remember anything about that
21 interaction?
22 A. If you give me more detail, I can remember, but
23 if you give me a date, I will not be able to remember.
24 Q. I'm just asking what you remember sitting here

### Page 131

1 today?
2 A. Yeah, no, nothing. I know that I helped him
3 with some budget issues or some budget stuff, and
4 beyond that, I don't recall.
5 Q. Did he ever ask you for help with Trakstar?
6 A. I don't recall.
7 Q. When you worked at Dexter Southfield, did you
8 know how Mr. Dantowitz's work was overseen?
9 A. No idea.
10 Q. Do you know why Mr. Dantowitz no longer works at
11 Dexter Southfield?
12 A. No idea.
13 Q. Did you have any communications with
14 Mr. Dantowitz after he left his employment at Dexter
15 Southfield?
16 A. A couple times we talked because we had spoken
17 prior to him leaving of some of the issues that I felt
18 I was having at the school.
19 Q. And so let's go back to that. So before
20 Mr. Dantowitz left, did you speak with him about
21 concerns you had about the school?
22 A. Yes. He knew that -- he knew that I was
23 struggling with some things, you know, specifically
24 with just the way I felt Ian was addressing things with

### Page 132

1 me and just some, you know, feelings that I felt very
2 uncomfortable about, you know, being at the school.
3 Q. And what were you uncomfortable about at the
4 school?
5 A. Well, as I said, I was beginning to fear my job,
6 and I would have expressed that concern to him along
7 the way.
8 Q. Do you remember when you spoke to Mr. Dantowitz
9 about this?
10 A. Yeah. Prior to his leaving, we had some -- we
11 just had a couple conversations. As I said, we had a
12 couple personal conversations that, you know, I told
13 him yes, I'm kind of struggling with some of the
14 changes, but, you know, things -- things should get
15 better but...
16 Q. All right.
17     MS. STONES: I'd like to introduce
18     another document as Exhibit 7. Just a
19     moment. I will put it up on the screen.
20     (Exhibit 7, Text Messages, marked for
21     identification.)
22 Q. (By Ms. Stones) Mr. Williams, do you see this
23 document on the screen? I can make it bigger if that
24 will help.