IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> )     CIVIL ACTION NO. 20-CV-10540-AK <br> DEXTER SOUTHFIELD, INC., ) <br> CARMEN ALIBER, and ) <br> STEWART TUCKER, ) <br> ) <br> Defendants. ) | |

### DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE PLAINTIFF'S COMMUNICATIONS WITH MS. ELLEN HINMAN REGARDING ALLEGED ACCOMMODATIONS
**(Memorandum Incorporated)**

Plaintiff alleges that in 2016 he shared with his then-supervisor, Ms. Ellen Hinman, a copy of a "medical letter." (Tab A, No. 8). Based, in part, on the contents of that letter, Plaintiff purportedly had communications with Ms. Hinman regarding accommodations.

On November 23, 2021, Defendants requested that Plaintiff produce a copy of the "medical letter" he allegedly shared with Ms. Hinman. (Tab B). Defendants advised Plaintiff that absent production of the letter, Defendants would move *in limine* to exclude any reference to the "medical letter" and any communications with Ms. Hinman. Plaintiff has had 13 months to produce the letter, but had failed to do so. Presumably, the letter does not exist and never did.

Accordingly, Plaintiff should be precluded from testifying that he provided a "medical letter" to Ms. Hinman. Plaintiff also should be precluded from testifying about any communications he had with Ms. Hinman regarding alleged accommodations. It is patently unfair for Plaintiff to be allowed to testify about the contents of a document Defendants have never seen, or about communications regarding the contents of that document.

WHEREFORE, the Court should <u>allow</u> Defendants' Motion *in Limine* to Exclude Plaintiff's Communications With Ms. Ellen Hinman Regarding Alleged Accommodations.

Respectfully submitted,

DEXTER SOUTHFIELD, INC.,
CARMEN ALIBER, and
STEWART TUCKER,

By their attorneys,

*/s/ Anthony L. DeProspo, Jr.*
Anthony L. DeProspo, Jr. (BBO No. 644668)
(adeprospo@shpclaw.com)
Cara E. Murphy (BBO No. 709521)
(cmurphy@shpclaw.com)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
Telephone: (978) 623-0900
Facsimile: (978) 623-0908

Date: January 10, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 10th day of January 2023.

                                              */s/ Anthony L. DeProspo, Jr.*
                                              Anthony L. DeProspo, Jr.