Tab B



**SCHWARTZ HANNUM PC**
*Guiding Employers & Educators*

November 23, 2021

**Via Electronic Mail**
Suzanne L. Herold, Esq.
Herold Law Group, LLC
50 Terminal Street
Building 2, Suite 716
Charlestown, MA 02129

      Re:    *Ronald F. Dantowitz v. Dexter Southfield Inc., Carmen Aliber and Stewart Tucker*
              U.S.D.C. Docket #20-cv-10540-FDS

Dear Suzie:

      I have reviewed Plaintiff's answers to Defendants' First Set of Interrogatories and found that Plaintiff's response to Interrogatory No. 4 is not only incomplete, it is inconsistent with the information you provided to us in your email dated November 22, 2021. As you know, pursuant to Fed. R. Civ. P. 26(e), Plaintiff has an obligation to supplement interrogatory responses as additional information becomes available. Please supplement Plaintiff's response to Interrogatory No. 4.

      Moreover, in response to Interrogatory No. 8, Plaintiff asserts that he provided a copy of his "medical letter" to Ellen Hinman in 2016. It is not clear what Plaintiff is referring to. The only "medical letter" produced in this litigation is dated January 17, 2018. Please produce a copy of the document that Plaintiff provided Ms. Hinman in 2016. Failing same, Defendants will move *in limine* at trial to exclude any reference to the letter including any communications with Ms. Hinman.

      Please provide the requested information in the next seven (7) days. I look forward to hearing from you.

                                                 Sincerely,

                                                 Anthony L. DeProspo, Jr.

cc: William E. Hannum III

11 Chestnut Street, Andover, Massachusetts 01810   TEL 978.623.0900   FAX 978.623.0908   www.shpclaw.com