Tab C



Partners HealthCare System, Inc.
BRIGHAM & WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

MRN: 18636951 (BWH)
DANTOWITZ, RONALD F
Date of Birth: 07/11/1965
Sex: M

## Notes from 1/1/2000 through 5/29/2015 (cont)

08/05/2014   Neuropsychological Evaluation   Final   Friedman, Pamela S.,PSY.D.

Patient: DANTOWITZ,RONALD F 18636951(BWH) 07/11/65 M
Author: Electronically Signed by Pamela S. Friedman,PSY.D.

Signed 08/14/2014 16:10
Visit Date: 08/05/2014

 BRIGHAM AND WOMEN'S HOSPITAL              HARVARD MEDICAL SCHOOL

Brigham and Women's/Faulkner
Department of Neurology
1153 Centre Street, Suite 4970
Boston, Massachusetts 02130
Tel: (617) 983-7580
Fax: (617) 983-7582

### Neuropsychological Evaluation

Name: Dantowitz, Ronald
BWH #: 186 36 95 1
Date of Birth: 7/11/65
Date of Evaluation: 8/5/14

Mr. Ronald Dantowitz is a 49-year-old, right-handed man who is concerned he may have an autism spectrum disorder. He was evaluated by Dr. Josh Leo and Dr. Shreya Raj in Neuropsychiatry on 6/5/14, whose differential included an autism spectrum disorder, including Asperger's Disorder, as well as a social communication disorder. They referred him for the current neuropsychological evaluation in order to better understand his learning style, social and emotional processing, and cognitive strengths and weaknesses. History was obtained through a review of the medical record as well as an interview with Mr. Dantowitz, who came unaccompanied to the current exam.

HPI: Mr. Dantowitz reported longstanding difficulties with aspects of cognition and social interaction. He questions whether he meets criteria for an autism spectrum disorder in the context of his son's recent diagnosis of autism. He had difficulty interpreting body language and other nonverbal communication, and reports that he basically taught himself to do so during his junior year old college. He stated that he learned by watching people, and now knows the correct way to inflect his voice to show humor, or look into someone's eyes when they speak. However, this was not a natural or intuitive process, and in fact, he typically narrates his own behavior as he is making these gestures, which he describes as exhausting. He also states that he cannot comprehend what he reads. He did not read his textbooks in college, but was able to graduate with an engineering degree. He has had a lifelong interest in astronomy, and has been working as an astronomer at a school for 14 years. Although he functions well in this capacity, he was asked to teach a course, and was concerned because he did not think he could manage this task. Mr. Dantowitz has a 3.5 year old son with autism, and noted many of his own similarities. His mother subsequently told him that he did not speak until age 4, and he demonstrated some of the hand flapping behaviors that he witnessed in his son.

He notes some degree of restricted interests and behavior, including a fascination with astronomy, beginning in childhood, and a preference for wearing the same clothes and eating the same foods every day. He is aware of certain sensory aspects of his environment, such as the textures of clothing and the sounds of various objects. For example, he reported that the reason he is able to take such accurate photographs of space is because he is able to hear the subtle flickering sounds of the stars scintillating, which allows him to be precise in his images. He can associate sound with movement, such as seeing a bird flap its wings in a puddle, and also reports hearing background music in his head. He is not bothered by this sound, and does not want it to stop; he is simply aware of its constant presence.

PAST MEDICAL HISTORY: elevated cholesterol, knee pain, shoulder pain, GERD, s/p appendectomy, sleep apnea

PAST MENTAL HEALTH HISTORY: none

Dantowitz 00075(SHPC)



Partners HealthCare System, Inc.
BRIGHAM & WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

MRN: 18636951 (BWH)
DANTOWITZ, RONALD F
Date of Birth: 07/11/1965
Sex: M

## Notes from 1/1/2000 through 5/29/2015 (cont)

Patient: DANTOWITZ,RONALD F 18636951(BWH) 07/11/65 M
Author: Electronically Signed by Pamela S. Friedman,PSY.D.

Signed 08/14/2014 16:10
Visit Date: 08/05/2014

**CURRENT MEDICATIONS:** Debrox drops, Pravastain 20 mg
**FAMILY MEDICAL HISTORY:** 2.5 year old son is autistic, maternal grandparents with cardiovascular disease

### HEALTH BEHAVIORS
- Alcohol-none
- Tobacco- none
- Recreational drug usage- none
- Caffeine-2 cups daily
- Exercise-none

### REVIEW OF SYSTEMS
- Mood- denies depression or anxiety
- Sleep- denies difficulty establishing or maintaining sleep; recently started with CPAP 2 weeks ago. Was unable to state whether he feels well rested and refreshed, but does state that he "no longer feels he is being dragged behind a truck" the way he used to
- Energy- normal/unchanged
- Interest- normal/unchanged, though he reports that his only interests are astronomy, which is his work, as well as spending time with family
- Appetite-normal/unchanged
- Weight-normal/unchanged
- SI/HI-denies

### EDCUATIONAL AND SOCIAL HISTORY:
- Academic: denies difficulty learning to read, but comprehension has always been difficult. Math was an area of relative strength. He was unaware if he had attentional difficulties in school, though he states that others may have perceived him to be inattentive when he simply did not comprehend the material. He earned a 680 on his math SAT's, but does not recall his verbal score. Writing was difficult, particularly organizing his thoughts. He completed high school with mostly C's and D's, and earned a Bachelor's Degree in Engineering. However, as above, he stated that he never read the texts, as he was unable to comprehend what he was reading. He was evaluated twice during school, once around age 4, when he recalls being told he was a genius, and once in 7th or 8th grade when he was told that he "was not retarded." He does not recall being given a particular diagnosis.
- Social/emotional- he reports having one close friend since childhood. He stated that he does not feel the need for additional friends, and does not understand the concept of people making new friends for the purpose of having more friends. He reports a positive and supportive relationship with his wife. He has been married for 14 years and has 3 children, ages 3.5, 7, and 10.
- Occupational- has been working as an astronomer for 30 years, first at the Museum of Science, and in his current school for the past 14 years. As part of his job, he is also involved in research for NASA.

**Behavioral Observations:** Mr. Dantowitz was adequately groomed and appropriately dressed for the season. Eye contact was normal and rapport was easily established. Although his social comportment and conversational reciprocity were normal, he often narrated his behavior and stated that this was not intuitive. For example, after making a joke, he commented that he was aware he made a joke, as it was way of putting people at ease, and noted the mechanics of how he did so, such as by altering the tone of his voice. Speech was fluent, grammatically, and prosodic. Rate, tone, and volume were normal. Mood was euthymic; affect was full range and congruent with mood. Insight and judgment appeared intact. Thought process was logical and linear. There was no evidence of unusual content or ideation, although as above, he appeared to spend a great deal of mental energy contemplating the mechanics of the social interaction and narrated his



Partners HealthCare System, Inc.
BRIGHAM & WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

MRN: 18636951 (BWH)
DANTOWITZ,RONALD F
Date of Birth: 07/11/1965
Sex: M

## Notes from 1/1/2000 through 5/29/2015 (cont)

---

Patient: DANTOWITZ,RONALD F 18636951(BWH) 07/11/65 M
Author: Electronically Signed by Pamela S. Friedman,PSY.D.

Signed 08/14/2014 16:10
Visit Date: 08/05/2014

process from time to time. He reported that this can be exhausting for him. Mr. Dantowitz appeared to put forth adequate effort during the exam, and performed normally on embedded measures of effort and motivation.

*Overall Intellectual Functioning:* both verbal and nonverbal abilities were estimated to fall in the superior range.
*Academic Screening:* Mr. Dantowitz performed within normal limits relative to estimated abilities on tasks of single word reading, spelling, and arithmetic. However, his reading rate was significantly impaired on a task of reading comprehension, and he was unable to complete the task during the standard administration. With additional time, his performance improved from the 23rd to the 99th percentile. He responded correctly to 38 of 38 items on this test.
*Attention/Executive Functioning-Objective Measures:* Performances on most tasks in this area were normal, including measures of basic attention (digit span forward=90th percentile), working memory (WAIS-IV WMI=131; very superior range), phonemic fluency (FAS=64; 96th percentile), sequencing and set shifting (Trails B=88th percentile), concept formation and cognitive flexibility (WCST: 6 categories; 0 set losses; 9 perseverative errors). Semantic fluency was in the average range (animals=23; 58th percentile). His performance on a challenging task of attention and working memory was within normal limits during the 1st and 4th trials (the 4th trial was the fastest pace and therefore, the most challenging). Performance on the remaining two trials was generally within the average range. In contrast to these normal performances, Mr. Dantowitz demonstrated a significant weakness on measures of processing speed (WAIS-IV PSI=86; 18th percentile), and also endorsed an elevated level of executive dysfunction on a self-report measure, including problems in the areas of shifting, initiation, working memory, planning/organization, task monitoring, and organization of his physical space. *Verbal Memory*: Memory for a list of 16 words was normal at all stages (CVLT-II short delay free recall=14/16; 93rd percentile; long delay free recall=13/16; 84th percentile; recognition=15/16 + 0 FP). However, he demonstrated significantly greater difficulty when asked to recall information presented within the context of two short stories (LMI & II: SS=8; 25th percentile). Recognition of the information was normal (26/30; >75th percentile). *Nonverbal Memory*: Mr. Dantowitz performed well during the immediate recall condition of visual memory task (VRI=90th percentile), but his performance fell to the average range after a period of filled delay (VRII=37th percentile). Recognition of the figures was preserved (7/7; >75th percentile). *Language:* Mr. Dantowitz performed normally on tasks in this area, including measures of confrontation naming (BNT=59/60 +1PC; 84th percentile), repetition, comprehension, and written expression. Spelling and single word reading were normal. Praxis was normal. Vocabulary knowledge was strong (WAIS-IV Vocabulary=90th percentile). His weakest performance on tasks in this area was on a measure verbal abstraction (50th percentile).
*Visuospatial Functioning.* Mr. Dantowitz performed in the superior range on tasks that comprise the Perceptual Reasoning Index of the WAIS-IV. This includes tasks which required him to manipulate a series of three-dimensional blocks (75th percentile), analyze complex visual patterns (95th percentile), and mentally rotate a series of two-dimensional figures (95th percentile), respectively. He accurately copied a series of visual designs (VR copy=43/43).
*Social/Emotional Processing:* Mr. Dantowitz performed below the expected cutoff on a measure of emotional processing (Reading the Mind in the Eyes: 8/36 correct), and endorsed a significant number of symptoms on a questionnaire regarding autism spectrum behaviors. *Mood:* He did not endorse an elevated level of emotional distress on self-report measures (BDI-II=0; BAI=1).

IMPRESSIONS/RECOMMENDATIONS:

**Summary of Test Findings:** The most salient aspects of Mr. Dantowitz's cognitive exam are his significantly reduced processing speed and reading rate, his impaired performance on a measure of emotional processing, and his endorsement of symptoms consistent with autism spectrum disorders. These deficits are noted in the context of superior verbal and nonverbal abilities. Although he endorsed an elevated level of executive functioning on a self-report questionnaire, performance on objective measures during the exam were generally within normal limits. Memory for contextually bound information was reduced given his superior verbal abilities, although his ability to learn and recall a list of words was



Partners HealthCare System, Inc.
BRIGHAM & WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

MRN: 18636951 (BWH)
DANTOWITZ, RONALD F
Date of Birth: 07/11/1965
Sex: M

## Notes from 1/1/2000 through 5/29/2015 (cont)

Patient: DANTOWITZ,RONALD F 18636951(BWH) 07/11/65 M
Author: Electronically Signed by Pamela S. Friedman,PSY.D.

Signed 08/14/2014 16:10
Visit Date: 08/05/2014

normal. Language and visuospatial abilities were normal, and he is not endorsing an elevated level of emotional distress at this time.

**Diagnostic Impressions:** Mr. Dantowitz presents with a number of symptoms that are consistent with a mild autism spectrum disorder. While his difficulties with social communication and interaction are somewhat consistent with a diagnosis of social pragmatics communication disorder, this diagnosis would not adequately account for his restricted pattern of behavior and interests and sensitivity to sensory aspects of his environment. That being said, Mr. Dantowitz has demonstrated remarkable compensatory strategies. He is extremely intelligent and committed to improving himself, both of which have enabled him to compensate for his difficulties and function well in multiple roles.

Although he is functioning well at work, is well liked, and has a positive and supportive relationship with his family, Mr. Dantowitz feels his difficulties are preventing him from taking on new responsibilities, such as teaching. To this end, it is recommended that he work with someone who has familiarity with autism spectrum disorders, such as through the Asperger's Association of New England or Forward Motion Coaching, where specific skills can be targeted. His slowed reading and reported comprehension difficulties are likely due to a combination of factors, such as an impaired ability to comprehend the main point, understand complex use of language, and make appropriate inferences, and professionals who are skilled in this area will have the most appropriate methods to help him compensate. He would be an ideal candidate for such intervention, given his high intellect, insight, and motivation. I would be happy to provide him with contact information for various resources which may be appropriate.

Pamela Friedman, Psy.D., ABPP
Board Certified in Clinical Neuropsychology



Partners HealthCare System, Inc.
BRIGHAM & WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

MRN: 18636951 (BWH)
DANTOWITZ, RONALD F
Date of Birth: 07/11/1965
Sex: M

## Notes from 1/1/2000 through 5/29/2015 (cont)

Patient: DANTOWITZ, RONALD F 18636951(BWH) 07/11/65 M
Author: Electronically Signed by Pamela S. Friedman, PSY.D.

Signed 08/14/2014 16:10
Visit Date: 08/05/2014

| Intellectual Ability | Scaled Score | Percentile/Rating |
|---|---|---|
| WTAR | | |
| WAIS-IV | | |
| Block Design | SS=12 | 75th |
| Similarities | SS=10 | 50th |
| Digit Span | SS=14 | 90th |
| Matrix Reasoning | SS=15 | 95th |
| Vocabulary | SS=14 | 90th |
| Arithmetic | SS=17 | 99th |
| Symbol Search | SS=8 | 25th |
| Visual Puzzles | SS=15 | |
| Information | SS=19 | 99.9th |
| Digit Symbol-Coding | SS=7 | |
| VCI | 125 | 95th |
| PRI | 123 | 94th |
| WM | 131 | 98th |
| PSI | 86 | 18th |
| **Academic Screen** | | |
| WRAT3 Reading | SS=118 | 88th |
| WRAT3 Spelling | SS=115 | 84th |
| WRAT3 Arithmetic | SS=114 | 83rd |
| Nelson Denny Reading Rate | SS=175 | 3rd |
| Nelson Denny Reading Comp (SA) | SS=216; GE=14.1 | 23rd |
| Nelson Denny Reading Comp (ET) | SS=251; GE=18.1 | 99th |
| **Attn./Executive Function** | | |
| Digit Span | | |
| Digit span forward | Raw span=8; SS=14 | 90th |
| Digit span backward | Raw span=7; SS=14 | 90th |
| Digit span sequencing | Raw span=6v; SS=11 | 63rd |
| WAIS-IV Arithmetic | SS=17 | 99th |
| Trails A | 16"; 1 error | 95th |
| Trails B | 46"; 1 error | 88th |
| WAIS-IV PSI | 86 | 14th |
| FAS | 21-23-20 | 96th |
| Categories | 23 | 58th |
| PASAT | | |
| 2.4 second pacing | 58/60 | 92nd |
| 2.0 second pacing | 37/60 | 30th |
| 1.6 second pacing | 30/60 | 39th |
| 1.2 second pacing | 32/60 | 75th |
| WCST | 6 categories; 0 set losses; 9 perseverative responses | >16th |
| **BRIEF-A** | | |
| Inhibit | 45 | WNL |
| Shift | 70 | Elevated |
| Emotional Control | 64 | borderline |
| Self-Monitor | 60 | WNL |
| Initiate | 80 | Elevated |

Page 5 of 6          Dantowitz 00079(SHPC)



Partners HealthCare System, Inc.
BRIGHAM & WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

MRN: 18636951 (BWH)
DANTOWITZ, RONALD F
Date of Birth: 07/11/1965
Sex: M

## Notes from 1/1/2000 through 5/29/2015 (cont)

Patient: DANTOWITZ, RONALD F 18636951(BWH) 07/11/65 M
Author: Electronically Signed by Pamela S. Friedman, PSY.D.

Signed 08/14/2014 16:10
Visit Date: 08/05/2014

| Test | Score | Interpretation |
|---|---|---|
| Working Memory | 97 | Elevated |
| Plan/ Organize | 88 | Elevated |
| Task Monitor | 85 | Elevated |
| Org. of Materials | 74 | Elevated |
| Behavioral Regulation | 62 | WNL |
| Metacognition | 85 | Elevated |
| Global Executive | 82 | Elevated |
| **Learning/Memory** | | |
| CVLT-II | | |
| Learning Trials | 6-9-10-13-15/total=53 | 81st |
| Short delay free recall | 14/16 | 93rd |
| Short delay cued recall | 14/16 | 93rd |
| Long delay free recall | 13/16 | 84th |
| Long delay cued recall | 13/16 | 84th |
| Recognition | 15/16 +0FP | 68th |
| Forced choice | 16/16 | WNL |
| Logical Memory | | |
| Immediate recall | SS=8 | 25th |
| Delayed recall | SS=8 | 25th |
| Recognition | 26/30 | $>75^{th}$ |
| Visual Reproduction | | |
| Immediate Recall | SS=14 | 90th |
| Delayed Recall | SS=9 | 37th |
| Recognition | 7/7 | $>75^{th}$ |
| **Language** | | |
| Boston Naming Test | | |
| Spontaneous | 59/60 | 84th |
| With semantic cue | 59/60 | 84th |
| With phonemic cue | 60/60 | 79th |
| BDAE screen | WNL | WNL |
| Handwriting Sample | WNL | WNL |
| Praxis | WNL | WNL |
| **Visuospatial** | | |
| Block Design | SS=12 | 75th |
| Visual Puzzles | SS=15 | 95th |
| Matrix Reasoning | SS=15 | 95th |
| Visual Reproduction-copy | 43/43 | $>75^{th}$ |
| Social Cognition | | |
| Eyes Test | 8/36 | |
| AQ | 45 | elevated |
| **Mood/Cognition Self-Report** | | |
| BAI | 1 | Minimal |
| BDI-II | 0 | minimal |

**Billing Information/Documentation**
96118 (8 hours) Administration/Interpretation/Integration/Report: Pamela Friedman, Psy.D., ABPP, who administered the following tests: WAIS-IV, WRAT-3, Nelson Denny Reading Comprehension subtest, Controlled Oral Word Fluency Test, Trailmaking Test, BRIEF-A, WCST, PASAT, Reading the Mind in the Eyes Test, WMS-IV selected, CVLT-II, BNT, Praxis exam, narrative handwriting sample, BAI, BDI-II, AQ.

 **BRIGHAM AND WOMEN'S HOSPITAL**

 **HARVARD MEDICAL SCHOOL**

Brigham and Women's/Faulkner
Department of Neurology
1153 Centre Street, Suite 4970
Boston, Massachusetts 02130
Tel: (617) 983-7580
Fax: (617) 983-7582

April 10, 2017

To Whom It May Concern,

I saw Ronald Dantowitz for a neuropsychological evaluation on 8/5/14. He was referred to me in order to better understand his learning style, social and emotional processing, and cognitive strengths and weaknesses. He has asked that I provide a summary letter of my findings, which I have included below.

**Summary of Test Findings:** The most salient aspects of Mr. Dantowitz's cognitive exam are his significantly reduced processing speed and reading rate, his impaired performance on a measure of emotional processing, and his endorsement of symptoms consistent with autism spectrum disorders. These deficits are noted in the context of superior verbal and nonverbal abilities. Although he endorsed an elevated level of executive functioning on a self-report questionnaire, performance on objective measures during the exam were generally within normal limits. Memory for contextually bound information was reduced given his superior verbal abilities, although his ability to learn and recall a list of words was normal. Language and visuospatial abilities were normal, and he is not endorsing an elevated level of emotional distress at this time.

**Diagnostic Impressions:** Mr. Dantowitz presents with a number of symptoms that are consistent with a mild autism spectrum disorder. While his difficulties with social communication and interaction are somewhat consistent with a diagnosis of social pragmatics communication disorder, this diagnosis would not adequately account for his restricted pattern of behavior and interests and sensitivity to sensory aspects of his environment. That being said, Mr. Dantowitz has demonstrated remarkable compensatory strategies. He is extremely intelligent and committed to improving himself, both of which have enabled him to compensate for his difficulties and function well in multiple roles.

Although he reported functioning well at work, is well liked, and has a positive and supportive relationship with his family, Mr. Dantowitz felt his difficulties were preventing him from taking on new responsibilities, such as teaching. His slowed reading and reported comprehension difficulties are likely due to a combination of factors, such as an impaired ability to comprehend the main point, understand complex use of language, and make appropriate inferences. He has difficulty

Dantowitz 00143(SHPC)

Dantowitz 00143(SHPC)

interpreting body language and other nonverbal communication, and while he has learned to compensate for his difficulties in this area, it is not a natural or intuitive process as it may be for others, and requires a significantly greater amount of cognitive energy. Given the above, I recommended that he work with someone who has familiarity with autism spectrum disorders, such as through the Asperger's Association of New England or Forward Motion Coaching, where specific skills can be targeted. As I stated in my note, he would be an ideal candidate for such intervention, given his high intellect, insight, and motivation.

Please feel free to contact me if you have questions about his exam or you require additional information.

*Pamela Friedman*

Pamela Friedman, Psy.D., ABPP
Board Certified in Clinical Neuropsychology

Dantowitz 00144(SHPC)

Dantowitz 00144(SHPC)

 **BRIGHAM AND WOMEN'S HOSPITAL**

 **HARVARD MEDICAL SCHOOL**

Brigham and Women's/Faulkner
Department of Neurology
1153 Centre Street, Suite 4970
Boston, Massachusetts 02130
Tel: (617) 983-7580
Fax: (617) 983-7582

REDACTED

January 17, 2018

RE:   Ronald Dantowitz
      DOB: [REDACTED]
      MRN: [REDACTED]
      Date of Evaluation: 8/5/14

To Whom It May Concern:

Mr. Ronald Dantowitz underwent a comprehensive neuropsychological evaluation on 8/5/14. Below is a summary of his clinical exam, test performance, and my diagnostic impressions.

SUMMARY OF TEST FINDINGS: The most salient aspects of Mr. Dantowitz's cognitive exam are his significantly reduced processing speed and reading rate, his impaired performance on a measure of emotional processing, and his endorsement of symptoms consistent with autism spectrum disorders. These deficits are noted in the context of superior verbal and nonverbal abilities. Although he endorsed an elevated level of executive functioning on a self-report questionnaire, performance on objective measures during the exam were generally within normal limits. Memory for contextually bound information was reduced given his superior verbal abilities, although his ability to learn and recall a list of words was normal. Language and visuospatial abilities were normal, and he is not endorsing an elevated level of emotional distress at this time.

DIAGNOSTIC IMPRESSIONS: Mr. Dantowitz presents with a number of symptoms that are consistent with a mild autism spectrum disorder. These include his restricted pattern of behavior and interests, his sensitivity to sensory aspects of the environment, and most notably, his difficutly interpreting social behavior and reading social cues. His difficulties with reading comprehension and reading rate are also consistent with this diagnosis.

Mr. Dantowitz has demonstrated remarkable compensatory strategies. He is extremely intelligent and committed to improving himself, both of which have enabled him to compensate for his difficulties and function well in multiple roles. However, as above, this is not a natural or intuitive process, and social interactions can be quite effortful for him. For ongoing support in this area, it was recommended that he work with a clinician that has experience with autism spectrum disorders, such as through the Asperger's Association of New England or Forward Motion Coaching, where he can continue to improve his social, cognitive, and behavioral skills to improve his functioning in all domains.

DXSF 000295

His slowed reading and reported comprehension difficulties are likely due to a combination of factors, such as an impaired ability to comprehend the main point, understand complex use of language, and make appropriate inferences, and professionals who are skilled in this area will have the most appropriate methods to help him compensate. He would be an ideal candidate for such intervention, given his high intellect, insight, and motivation.

Please feel free to contact me with any questions.

*Pamela Friedman*
Pamela Friedman, Psy.D., ABPP
Board Certified in Clinical Neuropsychology