# Tab D



ACCOUNTING · TAX · ADVISORY
A DIVISION OF PKF O'CONNOR DAVIES, LLP

January 20, 2022


Suzie Herold, Esq.
Herold Law Group, P.C.
50 Terminal Street
Building 2, Suite 716
Charlestown, MA 02129


Attorney Herold,


DGC, a division of PKF O'Connor Davies*, was engaged to prepare tax returns for Celestial Computing Inc. (2018, 2019 and 2020) and Ronald F. Dantowitz (2019 and 2020). Therefore, the information provided was not audited or reviewed. The tax returns are prepared based on information provided by the Corporation (for Form 1120S) and by Mr. Dantowitz (for Form 1040).


The first three pages of the attached analysis summarize the 2018, 2019 and 2020 tax information as reported on the income tax returns of Celestial Computing Inc. (Celestial) and Ronald F. Dantowitz (Sole Shareholder). As you requested, we have included the schedule on page four to reconcile Net Income After Taxes, as reported on the tax returns, to Cash Available to Shareholder after Taxes. This schedule is not part of the income tax returns, but the data contained therein is derived from the tax returns.

Please let us know if you have any questions.


Sincerely,

Jeanne M. Robertson, CPA, MBA



*DGC and PKF O'Connor Davies merged effective January 1, 2022.


150 Presidential Way, Suite 510, Woburn, MA 01801 | Tel: 781.937.5300 | Fax: 781.937.5100 | dgccpa.com

DGC is a division of PKF O'Connor Davies, LLP. PKF O'Connor Davies, LLP is a member firm of the PKF International Limited network of legally independent firms and does not accept any responsibility or liability for the actions or inactions on the part of any other individual member firm or firms.

Celestial Computing Inc. and Ronald F. Dantowitz
Summary of Tax Return Information
2018-2019-2020

Celestial Computing Inc.
Corporate Income Tax Returns-Cash Basis
Source: Form 1120S

NOTE: S-Corporation income is reported on the shareholder's personal
return, regardless of whether the cash is distributed to the shareholder.

|  | 12/31/2018 | 12/31/2019 | 12/31/2020 |
|---|---|---|---|
| Ordinary Income (Form 1120 S, page 1) |  |  |  |
| Revenue |  |  |  |
| Gross Receipts Received | $ 555,768 | $ 784,346 | $ 1,781,966 |
| Net Proceeds/Gain on Sale of Equipment | 39,750 | 207,361 |  |
| Expenses | (407,603) | (842,971) | (851,691) |
| Ordinary Income (to Schedule K, line 1) | 187,915 | 148,736 | 930,275 |
| Other Income and Deductions -Schedule K |  |  |  |
| Interest |  | 83 |  |
| Net Proceeds/Gain (Loss) on Sale/Disposal of Equipment |  | 793,135 | (652) |
| Equipment Expense (s179) | (95,558) | (311,189) | (356,414) |
| Other Deductions | (500) |  |  |
| Corporate Income Taxable to Shareholder (Schedule K, line 18) | 91,857 | 630,765 | 573,209 |
| Nondeductible Expense | (2,321) | (6,304) | (1,385) |
| Tax-Exempt Income (PPP Loan) |  |  | 49,986 |
| Net Corporate Income | $ 89,536 | $ 624,461 | $ 621,810 |
| | | | |
| Selected Corporate Account Balances: |  |  |  |
| Loans from Shareholder (Form 1120 S, Schedule L) |  |  |  |
| Beginning | $ 742,038 | $ 638,666 | $ 387,861 |
| Ending | 638,666 | 387,861 | 154,861 |
| Shareholder Loan Repayments | $ (103,372) | $ (250,805) | $ (233,000) |
| | | | |
| Corporate Cash Balance (Form 1120 S, Schedule L) |  |  |  |
| Beginning | $ 2,708 | $ 67,125 | $ 13,737 |
| Ending | 67,125 | 13,737 | 35,552 |
| Increase (Decrease) in Cash | $ 64,417 | $ (53,388) | $ 21,815 |

CONFIDENTIAL

Celestial Computing Inc. and Ronald F. Dantowitz
Summary of Tax Return Information
2018-2019-2020

Celestial Computing Inc.
Corporate Cash Flow (based on Form 1120 S):

|  | 12/31/2018 | 12/31/2019 | 12/31/2020 |
|---|---|---|---|
| Beginning Cash (Form 1120 S, Schedule L) | $ 2,708 | $ 67,125 | $ 13,737 |
| Net Cash Generated by the Corporation in Excess of Amounts Reinvested in the Business | 197,789 | 352,417 | 454,815 |
| Shareholder Salary (Faith Dantowitz) | (30,000) | | |
| Repayment of Shareholder Loans Previously Made | (103,372) | (250,805) | (233,000) |
| Cash Distributions to Shareholder | - | (155,000) | (200,000) |
| Current Year Corporate Cash Flow | 64,417 | (53,388) | 21,815 |
| Ending Corporate Cash (Form 1120 S, Schedule L) | $ 67,125 | $ 13,737 | $ 35,552 |

Celestial Computing Inc. and Ronald F. Dantowitz
Summary of Tax Return Information
2018-2019-2020

Ronald F. Dantowitz
Personal Income Tax Returns
Source: Form 1040
NOTE: 2018 Form 1040 prepared by another accounting firm

| | 12/31/2018 | 12/31/2019 | 12/31/2020 |
|---|---|---|---|
| **Income** | | | |
| Wages Dexter Southfield Inc. | $ 76,897 | $ 13,385 | $ - |
| Wages Celestial Computing Inc. | 30,000 | | |
| IRA's, Pensions and Annuities (Non Taxable Rollover) | - | - | - |
| S-Corporation Interest | | 83 | |
| S-Corporation Ordinary Income | 92,357 | (162,453) | 573,209 |
| S-Corporation Capital Gain | | 793,135 | |
| S-Corporation Capital Gain Loan Repayment | | 50,487 | |
| | 199,254 | 694,637 | 573,209 |
| **Less Deductions** | | | |
| Itemized Deductions | | | |
| Medical Expenses | | - | 79,469 |
| Taxes (up to $10,000 limit) | | | |
| Sales or Income Tax | | 1,811 | 6,262 |
| Real Estate Taxes | | 3,323 | 3,738 |
| Mortgage Interest | | 32,563 | 32,002 |
| Charity | | 108 | |
| Educator Expenses | 250 | | |
| Standard Deduction | 24,000 | | |
| Qualified Business Income Deduction | | | 82,151 |
| **Total Deductions** | 24,250 | 37,805 | 203,622 |
| **Federal Taxable Income** | 175,004 | 656,832 | 369,587 |
| **Less Taxes, Penalties and Interest*** | | | |
| Federal Tax (after credits) | 24,580 | 95,114 | 80,299 |
| State Tax | 6,028 | 33,771 | 23,607 |
| Penalties and Interest | 233 | 1,103 | 4,475 |
| *All 2019 and 2020 Taxes are attributable to the S Corporation income | 30,841 | 129,988 | 108,381 |
| **Net Income after Taxes** | $ 144,163 | $ 526,844 | $ 261,206 |

CONFIDENTIAL

3

Celestial Computing Inc. and Ronald F. Dantowitz
Summary of Tax Return Information
2018-2019-2020

Adjustments to Reflect Cash Distributions vs. Income from S-Corporation

|  | 12/31/2018 | 12/31/2019 | 12/31/2020 |
|---|---|---|---|
| Net Income after Taxes | $ 144,163 | $ 526,844 | $ 261,206 |
| Reverse Amounts Required to be Reported as Income or Deductions Related to S-Corporation |  |  |  |
| Interest | - | (83) | - |
| Ordinary Income | (92,357) | 162,453 | (573,209) |
| Capital Gain | - | (793,135) | - |
| Capital Gain Loan Repayment | - | (50,487) | - |
| Qualified Business Income Deduction |  |  | 82,151 |
|  | (92,357) | (681,252) | (491,058) |
| Add Cash Distributions from Corporation to Shareholder | - | 155,000 | 200,000 |
| Cash Available to Shareholder after Taxes | $ 51,806 | $ 592 | $ (29,852) |