IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br><br>               Plaintiff,<br><br>v.<br><br>DEXTER SOUTHFIELD, INC.,<br>CARMEN ALIBER, and<br>STEWART TUCKER,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 20-CV-10540-AK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF PLAINTIFF'S PRIOR OFFER LETTERS
### (Memorandum Incorporated)

On March 8, 2018, the School tendered to Plaintiff an offer letter outlining the terms of Plaintiff's employment at the School for the 2018-19 academic year. (Tab A). Plaintiff countersigned the offer letter on March 29, 2018. Plaintiff, however, claims that the terms of his *2014 offer letter* govern Plaintiff's employment at the School for the 2018-19 academic year. Plaintiff takes this tenuous position on the basis that prior offer letters purportedly allowed Plaintiff to take unlimited vacation time.[1] Plaintiff is wrong.

The School issues offer letters on an annual basis. There is nothing to indicate that the 2018 offer letter incorporates the terms of a prior offer letter. Rather, the 2018 offer letter states as follows:

> ***All employees are expected to adhere to all policies, procedures, and rules contained in the School's Employee Handbook.*** Further, nothing in this letter restricts Dexter Southfield's right to revise or supplement the duties and responsibilities of your position at any time.

(Tab A) (emphasis added).

---

[1] Specifically, Plaintiff claims that he was not obligated to report to School when students were not there, *i.e.*, during summer and winter breaks.

Plaintiff was a Director-level employee (Director of the Clay Center Observatory). The School's Employee Handbook, in effect as of March 8, 2018, states as follows:

> **Regular Full-Time Employees (12-month)**: Employees who have a regular work week of at least thirty-five (35) hours throughout the full year, and who are not in temporary status. Such employees receive all the benefits offered by the School and are eligible for vacation, sick, and personal time in accordance with the School's policies. This classification includes, but it not limited to, the Head of School and his direct reports (including the Assistant Head of School, Chief Financial Officer, Director of Human Resources, Director of Admission and enrollment, Director of Athletics and Interscholastic Sports, Director of Advancement, Director of Operations, and Director of Communications) *as well as other salaried and full-time, 12-month positions.*

(Tab B) (italics added).[2]

Plaintiff can hardly dispute that he was a year-round, 12-month employee:

> Q:      Were you a year-round employee at Dexter Southfield?
>
> A(Plaintiff):  Year-round – so I worked through the summers and did astronomy – and yeah. I never took vacations. I was always there.
>
> Q:      So did you have summers off?
>
> A:      No. I worked through the summers.

(Tab C at 285: 24, 286: 1-6). As a year-round, 12-month employee, Plaintiff was eligible for vacation time, sick time and personal time – he was not paid vacation time when the students were not in School (unless he specifically requested time off). Evidence of prior offer letters that contradict the terms of the School's 2018 offer letter and School policies should be excluded.

WHEREFORE, the Court should <u>allow</u> Defendants' Motion *in Limine* to Exclude Evidence of Plaintiff's Prior Offer Letters.

---

[2] The Employee Handbook in effect at the time of Plaintiff's termination of employment contains almost identical language. (Tab D).

-3-

Respectfully submitted,

DEXTER SOUTHFIELD, INC.,
CARMEN ALIBER, and
STEWART TUCKER,

By their attorneys,

*/s/ Anthony L. DeProspo, Jr.*
Anthony L. DeProspo, Jr. (BBO No. 644668)
(adeprospo@shpclaw.com)
Cara E. Murphy (BBO No. 709521)
(cmurphy@shpclaw.com)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
Telephone: (978) 623-0900
Facsimile:  (978) 623-0908

Date:  January 10, 2023

-4-

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 10th day of January 2023.

                                          */s/ Anthony L. DeProspo, Jr.*
                                          Anthony L. DeProspo, Jr.