Tab C

# In the Matter of:

*Ronald F. Dantowitz vs*

*Dexter Southfield, Inc., et al.*

*Ronald F. Dantowitz*

*March 24, 2021*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
*Global Coverage*
court-reporting.com



O'BRIEN & LEVINE
COURT REPORTING SOLUTIONS

Case 1:20-cv-10540-AK   Document 114-3   Filed 01/10/23   Page 3 of 4

Ronald F. Dantowitz vs
Dexter Southfield, Inc., et al.

Ronald F. Dantowitz
March 24, 2021

285

1  the phone. The number of times I actually met with
2  Carmen were pretty few. So I don't know.
3      Q. Do you remember if you spoke on the phone?
4      A. I don't, but obviously we discussed something
5  that morning. It's probably likely on the phone, I
6  would guess. That's usually the easiest way to talk to
7  people.
8      Q. Do you remember anything about that
9  conversation?
10     A. No, I don't.
11     Q. Other than that conversation with Carmen, did
12 you speak with anyone about whether you planned to
13 return to Dexter Southfield for the 2018-2019 school
14 year?
15     A. No. Of course I would return for the next year.
16 I -- I was going to say of course I was planning to
17 return, and there was nobody to discuss it with. So
18 no.
19     Q. Did you have any hesitation about returning to
20 Dexter Southfield for the 2018-2019 school year?
21     A. None at all. I really enjoyed what I was doing
22 and I had a great year and things were good.
23     Q. All right. We can close the binder and put the
24 documents aside for a moment. Were you a year-round

Case 1:20-cv-10540-AK   Document 114-3   Filed 01/10/23   Page 4 of 4

Ronald F. Dantowitz vs
Dexter Southfield, Inc., et al.

Ronald F. Dantowitz
March 24, 2021

286

1  employee at Dexter Southfield?
2     A.  Year-round -- so I worked through the summers
3  and did astronomy and -- yeah.  I never took vacations.
4  I was always there.
5     Q.  So did you have summers off?
6     A.  No.  I worked through the summers.
7     Q.  So what were you job responsibilities during the
8  summers?
9     A.  When there's astronomy stuff with camp, camp.  I
10 was working on different projects.  Sometimes I worked
11 on the observatory repairs, like I did in 2018.  I
12 developed new materials for courses.  One summer I
13 spent an enormous amount of time developing an Arduino
14 course for the school and growing the engineering.
15        So whatever needed to be done which was either
16 maintaining the observatory, running the camp astronomy
17 classes, making curricula for the fall, working with
18 the media, which was year-round.  Just whatever needed
19 to be done.  The summer was like a continuation of the
20 year with different students.
21    Q.  And who was responsible for identifying your
22 work priorities for each summer?
23    A.  I worked with Bob Phinney, who, at the time, ran
24 the summer camps, and -- basically Bob and I.  So I did