Tab D

# DEXTER SOUTHFIELD



# EMPLOYEE HANDBOOK

## August 2018

DXSF 000188

B. Continued employment or volunteer or subcontractor services is expressly conditioned upon receipt of satisfactory CHRI checks, as determined in the sole discretion of the School.

C. If a criminal record is received from DCJIS, the information will be closely compared with the information on the CHRI Acknowledgement Form and any other identifying information provided by the individual, to ensure that the criminal record belongs to the individual.

D. If the information in the CHRI record provided does not exactly match the identification information provided by the individual, a determination will be made, by an individual authorized to make such determinations, based on a comparison of the CHRI record and documents provided by the individual.

E. If a determination is made that the criminal record belongs to the applicant, employee, volunteer, or subcontractor, then a determination of suitability for the position will be made by the School. In determining whether an individual's CHRI Report is acceptable, the School will consider applicable laws and regulations and the nature of the conviction and/or pending charge information. A conviction or pending charge for certain child-related offenses, such as acts of violence against individuals or property, drug offenses or sexual offenses, as mentioned above, will almost always result in disqualification from employment, volunteer, or subcontractor service with the School. A conviction or pending charge for other offenses may result in disqualification from employment, volunteer, or subcontractor services with the School, as determined within the sole discretion of the School.

**Exempt and Non-Exempt Employees**

The School classifies each employee as exempt or non-exempt, based on the employee's job duties. Exempt employees are generally paid on a salary basis and are not eligible for overtime pay. Non-exempt employees are paid for hours worked and are eligible for overtime pay for all hours worked over forty (40) hours in a work week. Employees will be informed of their exempt or non-exempt status upon hire or transfer.

**Employment Classifications**

The School classifies employees as Regular (full-time or part-time) or Temporary/Seasonal and further specifies the applicable work schedule for each employee. Benefits eligibility and certain personnel policies apply to employees based on their employment classification and work schedule. In other words, benefit eligibility and personnel policies may differ depending on whether an employee is classified as full-time, part time, or temporary/seasonal, as listed below. Questions regarding employment classifications should be directed to the Director of Human Resources.

- **Regular Full-Time Employees (12-month):** Employees who have a regular work week of at least forty (40) hours throughout the full year, and who are not in temporary status. Such employees receive all benefits offered by the School and are eligible for vacation, sick, and personal time in accordance with the School's policies. This classification includes, but is not limited to, the Head of School and his direct reports (including the Assistant Head of School, Chief Financial Officer, Director of Human Resources, Director of Admissions and Enrollment, Director of Athletics and Interscholastic Sports, Director of Advancement, Director of Operations, and Director of Communications) as well as other salaried and full-time, 12-month positions.

- **Regular Full-Time Academic Employees (12-month):** Employees who have a regular work week of at least forty (40) hours during the academic year, who may be required to work occasionally during the non-academic periods, and who are not in temporary status. Such employees are paid over twelve (12) months and receive all benefits as offered by the School for regular full-time employees. This classification includes the administrative faculty such as coordinators, heads, deans of divisions, and all other full-time faculty members.

- **Regular Part-Time Employees:** Employees who have a regular work week of fewer than thirty (30) hours per week. This classification includes adjunct faculty (*i.e.*, part-time faculty up to 75 percent) and part-time administrative staff. Such employees may be eligible for: participation in the School's 403(b) plan in accordance with the plan; sick time in accordance with the School's policy; and legally mandated benefits such as workers' compensation and unemployment insurance. Such employees are not eligible for any other benefits or paid vacation.

- **Temporary/Seasonal Employees:** Employees who are hired to work for a limited period of time, generally no longer than three (3) months. Employment beyond any initially stated period does not in any way imply a change in employment status. Temporary/Seasonal employees retain that status until notified of a change in writing.

- **Full-Time and Part-Time Temporary/Seasonal Employees:** This classification includes substitute teachers, seasonal athletic coaches, summer camp administrative staff, seasonal maintenance employees, and casual employees. While temporary/seasonal employees receive all legally mandated benefits (such as workers' compensation insurance and Social Security), they are ineligible for all of the School's benefit programs and do not earn vacation or personal time. Temporary/Seasonal employees are eligible for paid sick time in accordance with the School's sick time policy and applicable law.

**Access to Personnel Files**

The School maintains a personnel file regarding each employee. An employee may review or obtain a copy of his or her personnel file, in accordance with applicable law, by submitting a written request to the Director of Human Resources, who will schedule an appointment during normal business hours for the employee to review his or her personnel file, or will provide the