# Exhibit A

# DEXTER SOUTHFIELD



# EMPLOYEE HANDBOOK

**August 2018**

DXSF 000188

<u>Private Communications</u>

Employees are expected to exercise reasonable business judgment about any activities that may draw attention to the School.  If employees write letters to the editor, government representatives, public agencies or other authorities over matters of personal concern, these communications should not be prepared on School letterhead or accompanied by School business cards.  No reference should be made to the employee's affiliation with the School.

Similarly, any employment references, orally or in writing, must be provided in accordance with the Employment Reference Policy.

**Outside Employment**

Employees have a primary duty of loyalty to the School.  As such, the School discourages outside employment during the academic year.  Employees are required to avoid any personal activities, commitments, ownership interests and/or other arrangements that could or will compromise this primary duty of loyalty.

An employee may hold a job with another organization, provided that he or she satisfactorily performs his or her job responsibilities at the School.  Employees will be judged by appropriate performance standards, and will be subject to the School's scheduling demands, regardless of whether an employee has more than one job.  The School expects that any other job will not conflict in time or content with an employee's position at the School.  An employee may not use School resources, information or records in connection with outside employment, unless the employee receives prior, written authorization from the Head of School.

If the School determines that an employee's outside employment interferes with his or her School-based performance or presents a conflict of interest with the School, an employee may be asked to terminate the outside employment or risk discharge from the School.  Outside employment will present a conflict of interest if it has, or potentially has, an adverse impact on the School.  These requirements also apply to any volunteer or community service activities, continuing education, or other activities which may infringe on an employee's School-related job requirements and performance expectations.

An employee's chief focus must be his or her primary job at the School.  Secondary work assignments, including bus driving, monitoring, and coaching, are at the discretion of the School, and may change during the course of a year.  Schedules for outside-of-work commitments, such as graduate school, must not conflict with work responsibilities, even if the graduate work is supported and/or required by the School.

**Job Postings**

The School provides employees with opportunities to indicate their interest in open positions and advance within the organization according to their abilities, potential, and experience.  Job posting is a way to inform employees of openings and to identify qualified and interested applicants.  Other recruiting sources may also be used to fill open positions.