# Exhibit 1

## DECLARATION OF MICHAEL WILLIAMS

I, Michael Williams, after being duly sworn, hereby depose and state as follows:

1. My name is Michael Williams. I am over the age of eighteen and understand the significance of an oath.

2. I am a former employee of Dexter Southfield School. I was employed by the School as the Director of Information Technology.

3. After giving 4 weeks of notice, I left in October 2019, in the middle of the 2019-2020 academic year, because I could no longer tolerate working in a hostile work environment. I am over the age of 40 and I am an individual with a recognized disability that effects my endocrine system, which I will refer to as a medical condition. I believe these two "issues" caused the School to mistreat me.

4. Furthermore, it is common knowledge within upper management that the School has begun to target older employees and disabled employees.

5. During the first year of Carmen Urbonas, Director of Human Resources, employment I was cornered in my office where she verbally attacked me as creating problems. I felt the conversation was unprofessional and inappropriate where I was cornered in the office. During the conversation I asked if we could discuss this later, which only more verbal attacks proceeded. Eventually I requested her to leave. I made this request several times.

6. After this encounter I requested that I was never alone in the room with her to the Head of School, Todd Vincent, as my new boss had not arrived. This prompted a meeting with Todd Vincent and Carmen Urbonas. During this meeting I had informed Carmen of being treated for issues related to my pituitary gland. She indicated that I had not properly notified the school and even if I had, I could be terminated because of the issue.

7. Immediately after Carmen made this statement, I inquired how terminating someone because of a medical issue would be legal. She informed me that it is not the list of "approved" medical conditions. I further inquired about this as it is my understanding that any medical condition would be considered protected. She immediately informed me that I had not properly notified her. The prior notification was to the Head of School, Assistant Head of School, and Business Manager via an e-mail requesting if any additional information was needed. I recall all replying that I should take care of myself and good luck.

8. Carmen requested a letter from my doctor. When I provided this letter, she asked me why I did this. I replied I was confused by her comment.

Dantowitz 00225(SHPC)

9.  In the fall of 2018 Ian Moorhouse, Director of Operations, informed me and others that the School was looking to terminate employees that were older, tenured to save money on payroll and insurance costs because "older people cost more due to medical issues".

10. Mr. Moorhouse specifically told me that there were a few names on the list of tenured employees to terminate, and the list included Ron Dantowitz and Robert (Bob) Phinney.

11. Naturally, I inquired if I was on the list given that I was 52 at the time and had been with the School for almost 14 years. Mr. Moorhouse denied that I was on the list.

12. I then let him know that the School is aware of a medical condition that I suffer from that classifies me as a disabled individual. I let him know that I was concerned about the safety of my position. From that point on Mr. Moorhouse no longer invited me to meetings or would work cooperatively with me.

13. I witnessed him use this same type of passive-aggressive bulling tactic with both Ron Dantowitz and Bob Phinney.

14. I witnessed Mr. Moorhouse have conversations other faculty members about terminating Ron and Bob. It was almost as if Mr. Moorhouse was bragging about setting them up for termination.

15. The issue of the School terminating older and disabled employees became a popular topic in the 2018-2019 academic year. I also had many co-workers surrounding my departure. I tried just to state that I needed a change, but it commonly came out in those types of discussions that other employees who are older or disabled had picked up on the School's dislike / bullying ways and they also feared for their futures with the School.

16. During my exit process, Jeff Dubois, the School's Chief Financial Officer, told me that the School needed to add younger employees and my leaving would give them that opportunity. I could not believe how blunt he was about it, and the comment solidified my decision to leave.

17. During my exit interview I was requested to sign a document that I would not sue the School and in return they would provide a reference. I refused to sign the document. In addition, I inquired about a medical procedure I was going to be having while still employed and covered under the health insurance. Carmen told me that the claim would be denied and that the School is self-funded, and they are denying more claims. The claim was in fact denied by the Dexter Southfield policy. I rescheduled the appointment under my new insurance, and it was approved.

Dantowitz 00226(SHPC)

18. It is clear to me that there is an agenda of at least one of the Senior Managers of the School to terminate employees based on generational gaps and/or medical conditions.

**Signed under the pains and penalties of perjury.**

Date:  September 9, 2020

Michael Williams

Dantowitz 00227(SHPC)