# Exhibit 2

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
One Ashburton Place , Boston, MA 02108
Phone:  (617) 994-6000 Fax:  (617) 994-6024

---

| | |
|---|---|
| MCAD DOCKET NUMBER: 20BEM01411 | EEOC/HUD CHARGE NUMBER: 16C-2020-01727 |
| FILING DATE:  06/11/20 | VIOLATION DATE:  12/20/19 |

---

Name of Aggrieved Person or Organization:
Susan McDonald
[G.L. c. 4, §7(26)(c) - Privacy — redacted]

---

Named is the employer, labor organization, employment agency, state/local government agency, or other entity who discriminated against me:
Dexter Southfield School
Director of Human Resources
20 Newton Street
Brookline, MA 02445
Primary Phone: (617)522-5544

No. of Employees:        25+

---

Cause of Discrimination based on:
Age;  Sex;  Disability;  Retaliation.

---

**The particulars are:**
I, Susan McDonald, the Complainant believe that I  was discriminated against by Dexter Southfield School, on the basis of Age, Sex, Disability, Retaliation. This is in violation of M.G.L. 151B Section 4 Paragraph 1, 1B, 4, and 16 and Title VII, ADEA, ADA.

Please see attached.

---

I hereby verify, under the pains and penalties of perjury, that I have read this complaint and the allegations contained herein are true to the best of my knowledge.

_____
(Signature of Complainant)

MCAD Docket Number 20BEM01411, Complaint

# CHARGE OF DISCRIMINATION

ENTER CHARGE NUMBER

☐ FEPA

☐ EEOC

This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.

_____Massachusetts Commission Against Discrimination_____ and EEOC
State or Local Agency, if any

NAME *(Indicate Mr., Ms., Mrs.,)*
Susan McDonald

HOME TELEPHONE *(Include Area Code)*
G.L. c. 4, §7(26)(c) - Privacy

STREET ADDRESS          CITY, STATE AND ZIP CODE
G.L. c. 4, §7(26)(c) - Privacy

DATE OF BIRTH
G.L. c. 4, §7(26)(c) - Privacy

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (if more than one list below.)

NAME: Dexter Southfield School
NUMBER OF EMPLOYEES, MEMBERS: 100 plus
TELEPHONE *(Indicate Area Code)*: 617-522-5544

STREET ADDRESS   CITY, STATE AND ZIP CODE: 20 Newton Street Brookline, Massachusetts 02445
COUNTY: Middlesex

NAME:
STREET ADDRESS   CITY, STATE AND ZIP CODE:
COUNTY:
TELEPHONE *(Indicate Area Code)*:

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☒ AGE   ☒ DISABILITY   ☒ OTHER *(Specify)* Sick leave law

DATE DISCRIMNATION TOOK PLACE
EARLIEST: August 2019
LATEST: December 2019

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

See attached.

I want this charge filed with both the EEOC and the State or Local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

June 8, 2020
Date June 9, 2020   Charging Party (Signature) [signed] S. J. McDonald

NOTARY – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (REV. 3/01)

Attachment A

1. I, Susan "Suzanne" McDonald, was born on December 25, 1951.  I am a woman.  I have a masters from the Boston Conservatory in Organ Performance and I have spent my career working in performance and education.

2. In March of 2018, I was hired by Dexter Southfield School, a private pre-k through 12 school.  I was brought in as a "consultant" for the performing arts department, paid at $150.00 per day for three days per week.  Initially, I did not teach but advised the School on matters of curriculum, after school programs, facilities, and other similar topics.

3. Effective July 1, 2018, I was hired as the Director of the Performance Arts Department.  My job duties were to: oversee the Theatre, Dance and Music Departments; teach all choirs from 4th grade up; create and oversee an after school music program; direct afterschool choir; co-direct two musicals per school year; and undertake any other teaching or administrative functions necessary.

4. My first year was successful and I received a highly rated performance appraisal at the close of 2018/2019.  Over the summer of 2019, I began to experience health problems.  Specifically, in mid-August of 2019, I developed [redacted - G.L. c. 4, §7(26)(c) - Privacy]

5. On August 29, 2019, I informed the Director of Human Resources Carmen M. Aliber ("Aliber") that I had health issues that would require [redacted - G.L. c. 4, §7(26)(c) - Privacy]. She responded that she would let me know when I would be able to obtain that [redacted]. I was surprised by that response and informed her that this [redacted] was not elective.

6. I was scheduled for testing in New York City (where my care providers are located) on Thursday, September 12, 2019 and Friday, September 13, 2019.  The annual back to school night was Wednesday, September 11, 2019 and Thursday, September 12, 2019.  I was not able to attend either because I had to be in New York City early Thursday morning.  In the previous year, I had stood in the hall during back to school night and greeted parents & students.  I made sure that my Department was so represented in my school.

7. I returned to work Monday, September 16, 2019.  At that time, I was made aware that some parents had raised concerns about their respective children's performing arts assignments in my absence.  I rectified those concerns immediately.

8. Classes continued as usual. In the normal order, I had bi-weekly meetings with my supervisor Assistant Headmaster Stewart Tucker ("Tucker.")  After my disclosure of my medical disability to the school, Aliber began sitting in on almost every meeting that I had with Tucker. That did not occur prior to my disability.

9. In the first meeting that Aliber sat in, she and Tucker stated that they had received 15 middle school parental complaints about performance assignments and asserted that this comprised half the entire student population.  This was inaccurate as there were 240 students enrolled in the performing arts program.  They reprimanded me at that meeting.

Attachment A

10. Additionally, I was informed at the same meeting that I would not be provided additional help from an administrator to address behavior in my performance arts classes. I immediately expressed concerns about the impact that this would have on the 7th Grade Boys Choral Group. Tucker responded by stating that an experienced teacher would be able to control the class. Thus, I was to receive less support than the year prior after disclosing my disability.

11. Predictably, the seven grade boys became a significant issue. Throughout the Fall, this class was unmanageable to the point that they would throw items at me, screaming in my face, shoving each other, and kicking over folding chairs. Thereafter, I was criticized for not being able to control the class, but it was a direct consequence of the school removing classroom support after I disclosed my disability.

12. These types of criticisms continued until [REDACTED G.L. c. 4, §7(26)(c) - Privacy] I returned to work on October 28, 2020. I had medical restrictions that included not being able to talk loudly for two weeks. I notified Aliber that I required additional support. No such support was provided, and the 7th grade boys classroom issues were compounded. I did not challenge them regarding their failure to accommodate me because Tucker and Aliber had been so abusive since I disclosed my disability. Thus, I tried to manage without their support and largely succeeded but the situation with 7th grade boys continued.

13. On October 31, 2020, the Fall Festival at the school occurred. After that event, in my bi-weekly meeting, on November 6, 2019, Tucker reprimanded me because the 5th Grade Students took too long to walk on stage. He also stated the Fall Festival was poorly organized. I did not run the Fall Festival. Again, it became apparent that I was being discriminated and retaliated against by Tucker & Aliber because of my disability.

14. Tucker & Aliber's poor treatment of me continued through November. On November 25th, 2019, I informed Aliber that I was unable to attend the Department Head meeting because I needed to set-up the Assembly Hall for the program that day. It is the first such meeting that I missed. After I finished setting up for the assembly, I grabbed a coffee from the cafeteria and left the building to go my 8:45 a.m. class. I ran into Aliber on the way and she stated, "we missed you at the meeting." I thought nothing of it at the time.

15. On December 4, 2019, in a bi-weekly meeting with Aliber & Tucker, Aliber accused me of sitting and having coffee & donuts instead of attending the department meeting. She thereby erroneously accused me of lying. Additionally, at that meeting, Tucker stated I think that students should memorize their parts and not use folders to sing from despite the reading of sheet music being a priority at the middle school level.

16. At this point, I was meeting with Tucker & Aliber weekly and these frivolous critiques continued. Indeed, I was accused of having canceled Dance in the 2019/2020 school year when in fact Stuart Tucker did.

17. Eventually, I was sent a letter stating that I needed to appear at performance review on the same day as the School Performance Thursday, December 19, 2019. I asked them to

2

reschedule that meeting for January 2020. They said that they would reschedule to Friday, December 20, 2020. After the performance, I went home and knowing that meeting was set to occur I did not sleep at all. Knowing that I would be unable to participate in a meeting that put my job on the line, I called in sick

18. Thereafter, I was terminated in violation of the law.