# Exhibit A

# D E X T E R  S O U T H F I E L D

RECEIVED
AUG 0 1 2014
BY: .....................

April 17, 2014

Dear Mr. Dantowitz,

We are pleased to offer you a full-time faculty position at Dexter Southfield, Inc. (the "School" or "Dexter Southfield"). In choosing to be a part of our community, we know that you will help make a lasting impact both in and out of the classroom. Your employment will start on August 15, 2014 and will continue on an at-will basis, subject to the termination section below. The terms of this offer are as follows.

Your position will be as a Science Department Faculty Member and Director of the Clay Center Observatory.

As a faculty member, your regular working hours each week day will be from 7:45 a.m. until the conclusion of your assignments in the late afternoon or evening. It is understood that your hours may not exactly coincide with the normal faculty day because the nature of your duties will not conform to a specific time period, and your hours may change from day to day depending upon the time required. Additional hours may be required at my sole discretion or that of my designee(s) from time to time.

Responsibilities: Such position, in addition to teaching and managing the operation of the Observatory, will include other such duties and responsibilities as assigned by me or my designee(s) from time to time. You will be required to attend faculty meetings during the year and may be required to be present on campus approximately three to four weekends per Academic Year for various reasons (e.g., make-up day, Admissions Fairs, Alumni Weekend, etc.). You will further be required to attend all mandatory meetings, to keep all necessary records, and to prepare and file reports on a timely basis as required and directed by the School. Additionally, all faculty members are expected to assist students, to work collaboratively with colleagues, and to be available to help other faculty members with substitution when possible. Other faculty responsibilities, rights, rules, and regulations, including rules applicable to discipline, discharge and the at-will employment relationship, are described in the School's Employee Handbook, which are applicable to you notwithstanding the contents of this letter and which are subject to alteration based upon the needs of the School, at my discretion. You agree not to take any action prejudicial to the School's or their interests.

Your position is a full-time position and, therefore, you are expected to devote your full business time and best professional efforts to the performance of your duties and

DXSF 000122

responsibilities as a faculty member of the Schools.  Your position includes home preparation as necessary, and may include enrollment in, and completion of, coursework necessary for the performance of your job as a member of the faculty.

As a faculty member of the School, you should, furthermore, always be aware of your professional responsibilities, including, for example, promptly responding to phone calls and e-mails and the maintenance of appropriate relationships and interactions with other adults and students.

Salary and Benefits:     During your employment with the School your annualized salary will be One Hundred Two Thousand Two Hundred Dollars ($102,200), to be paid in twelve equal monthly installments, subject to the Termination section below.  In addition, you are eligible for health care and other benefits described in the School's Employee Handbook and in applicable benefit plan documents.  The School reserves the right, in its sole discretion, to alter, amend or terminate employee benefits, and the School's Employee Handbook, at any time.  As a year-round, administrative faculty member of the School, you will receive paid time off when the students are not in school as described in the School's Employee Handbook.

Termination:     Your employment with the School is on an "at will" basis, meaning that either you or the Schools may terminate your employment at any time, with or without notice, for any reason or for no reason.  Accordingly, you acknowledge that you have no right, either express or implied, to employment at the School.  If your employment is terminated either by the School or by you, then the School shall pay your monthly salary and benefits through the date of your termination, including a lump sum payment to account for any pro rata percentage of your salary that may still be due.  Certain employee benefits may terminate as of your termination date, while others may continue, in accordance with applicable policies and plan documents.  You may be eligible for health insurance continuation coverage upon the termination of your health insurance, in accordance with applicable law.

Confidentiality:   You acknowledge that during the course of your employment with the School, you will obtain and/or have access to confidential, sensitive or proprietary information related to the School and its students.  Such confidential information includes, but is not limited to, matters relating to students, parents, employees, donors, and benefactors, including but not limited to academic records; addresses; financial information; and other confidential and personal information.  This information shall also include information protected from disclosure by the Health Insurance Portability and Accountability Act ("HIPAA") and information regarding academic programs, plans, and materials deemed by the School to be proprietary in nature.  You agree that during your employment and thereafter, for so long as the pertinent information remains confidential, you will not divulge or otherwise make use of any confidential information, directly or indirectly, personally, or on behalf of another person, business, organization, corporation or entity, without the Head of School's prior written consent or the written consent of one of my authorized designees.

Conditions of Offer:      You understand and agree that your employment with the School is contingent upon successful completion of certain background checks, including CORI, SORI, and national fingerprint–based criminal background checks.  You further understand and agree that, notwithstanding any other provision of this agreement, the School reserves the right to terminate your employment relationship with the School if at any time you do not successfully complete any such background checks.

This offer constitutes the entire agreement between you and the School and supersedes all prior and contemporaneous agreements, communications, and understandings, written or oral, with respect to all matters including, but not limited to, your employment.

Please sign one copy of this letter and return it to the Business Manager at 20 Newton Street, Brookline, MA  02445 in the enclosed envelope no later than May 2, 2014.  Your signature below indicates your understanding of the at–will employment relationship and acceptance of the terms and responsibilities referenced in this letter.

We look forward to an enriching and productive experience with you at Dexter Southfield.

*Todd A. Vincent*

Todd A. Vincent

I accept Dexter Southfield's offer of employment as outlined above and I give the School assurance that I have read and understand all provisions of this Agreement and have signed it freely and voluntarily.  I further understand that employment at Dexter Southfield is at the will and discretion of the Head of School.

By: _____          Date: _____
     Employee Signature

_____
Employee Print Name