# Exhibit B

DEXTER
SOUTHFIELD



March 10, 2017

Mr. Ronald Dantowitz
14 East Milton Road, #3
Brookline, MA 02445

Dear Ronald,

    As you know, you received an offer letter of employment from Dexter Southfield on April 17, 2014. The terms of that offer letter continue to be applicable to your employment with Dexter Southfield. This letter describes any changes in salary, position, etc., that will apply during your employment at the School during the 2017 – 2018 Fiscal Year.

Salary:    Commencing July 2017, your annualized salary will be $105,445.00, and will be paid as in your current installments, less any legally required and voluntarily authorized withholdings and deductions.

    Although we look forward to an enriching and productive experience with you at Dexter Southfield, please remember that your employment with the School is "at will," meaning that either you or the School may terminate your employment at any time, with or without notice, for any reason or for no reason. As stated in your offer letter, if your employment is terminated either by the School or by you, then the School will pay your monthly salary and benefits through the date of your termination.

    As always, please feel free to call me with any questions.

Very truly yours,

Todd A. Vincent
Head of School