# Exhibit C



DEXTER
SOUTHFIELD

March 8, 2018

Mr. Ronald Dantowitz
14 East Milton Road
Brookline, MA 02445

Dear Ronald,

As you begin your March break, I want to take this time to thank you for your contributions to Dexter Southfield's success over the past year. We look forward to building on this momentum as we plan for the next year. This letter outlines the changes that will apply to your base salary during your employment at the School during the 2018-2019 Academic Year, which will begin on July 1, 2018, and end on June 30, 2019.

Commencing in July 2018, your annualized base salary will be $106,500, and will be paid in twelve (12) equal monthly installments, less any legally required and voluntarily authorized withholdings and deductions.

Although we look forward to an enriching and productive experience with you at Dexter Southfield, please remember that your employment with the School is "at will," meaning that either you or the School may terminate your employment at any time, with or without notice, for any reason or for no reason. If your employment is terminated by the School, then the School will pay your monthly salary and benefits through the date of your termination. If you terminate your employment with the School prior to end of the Academic Year, you will be responsible for payment to the School to account for any pro rata percentage of your salary and benefits that were paid to you in advance.

All employees are expected to adhere to all policies, procedures, and rules contained in the School's Employee Handbook. Further, nothing in this letter restricts Dexter Southfield's right to revise or supplement the duties and responsibilities of your position at any time.

Please sign one copy of this letter and return it to me at 20 Newton Street, Brookline, MA 02445 by March 27, 2018. Your signature on the reverse side of this letter indicates your understanding of the at-will employment relationship and acceptance of any changes referenced in this letter.

As always, please feel free to call me with any questions.

Very truly yours,

*Todd A. Vincent*

Todd A. Vincent
Head of School

DXSF 000097

Mr. Ronald Dantowitz
March 8, 2018
Page 2


I accept the changes to my employment with Dexter Southfield as outlined on the reverse side of this letter. I have read and understand the terms of this letter and have signed it freely and voluntarily. I further understand that employment at Dexter Southfield is at the will and discretion of the Head of School.

By: _____     Date: _____
       Employee Signature

_____
Employee Print Name