# Exhibit D



# DEXTER SOUTHFIELD

# EMPLOYEE HANDBOOK

### August 2018

DXSF 000188

B. Continued employment or volunteer or subcontractor services is expressly conditioned upon receipt of satisfactory CHRI checks, as determined in the sole discretion of the School.

C. If a criminal record is received from DCJIS, the information will be closely compared with the information on the CHRI Acknowledgement Form and any other identifying information provided by the individual, to ensure that the criminal record belongs to the individual.

D. If the information in the CHRI record provided does not exactly match the identification information provided by the individual, a determination will be made, by an individual authorized to make such determinations, based on a comparison of the CHRI record and documents provided by the individual.

E. If a determination is made that the criminal record belongs to the applicant, employee, volunteer, or subcontractor, then a determination of suitability for the position will be made by the School. In determining whether an individual's CHRI Report is acceptable, the School will consider applicable laws and regulations and the nature of the conviction and/or pending charge information. A conviction or pending charge for certain child-related offenses, such as acts of violence against individuals or property, drug offenses or sexual offenses, as mentioned above, will almost always result in disqualification from employment, volunteer, or subcontractor service with the School. A conviction or pending charge for other offenses may result in disqualification from employment, volunteer, or subcontractor services with the School, as determined within the sole discretion of the School.

**Exempt and Non-Exempt Employees**

The School classifies each employee as exempt or non-exempt, based on the employee's job duties. Exempt employees are generally paid on a salary basis and are not eligible for overtime pay. Non-exempt employees are paid for hours worked and are eligible for overtime pay for all hours worked over forty (40) hours in a work week. Employees will be informed of their exempt or non-exempt status upon hire or transfer.

**Employment Classifications**

The School classifies employees as Regular (full-time or part-time) or Temporary/Seasonal and further specifies the applicable work schedule for each employee. Benefits eligibility and certain personnel policies apply to employees based on their employment classification and work schedule. In other words, benefit eligibility and personnel policies may differ depending on whether an employee is classified as full-time, part time, or temporary/seasonal, as listed below. Questions regarding employment classifications should be directed to the Director of Human Resources.

- **Regular Full-Time Employees (12-month):** Employees who have a regular work week of at least forty (40) hours throughout the full year, and who are not in temporary status. Such employees receive all benefits offered by the School and are eligible for vacation, sick, and personal time in accordance with the School's policies. This classification includes, but is not limited to, the Head of School and his direct reports (including the Assistant Head of School, Chief Financial Officer, Director of Human Resources, Director of Admissions and Enrollment, Director of Athletics and Interscholastic Sports, Director of Advancement, Director of Operations, and Director of Communications) as well as other salaried and full-time, 12-month positions.

- **Regular Full-Time Academic Employees (12-month):** Employees who have a regular work week of at least forty (40) hours during the academic year, who may be required to work occasionally during the non-academic periods, and who are not in temporary status. Such employees are paid over twelve (12) months and receive all benefits as offered by the School for regular full-time employees. This classification includes the administrative faculty such as coordinators, heads, deans of divisions, and all other full-time faculty members.

- **Regular Part-Time Employees:** Employees who have a regular work week of fewer than thirty (30) hours per week. This classification includes adjunct faculty (*i.e.*, part-time faculty up to 75 percent) and part-time administrative staff. Such employees may be eligible for: participation in the School's 403(b) plan in accordance with the plan; sick time in accordance with the School's policy; and legally mandated benefits such as workers' compensation and unemployment insurance. Such employees are not eligible for any other benefits or paid vacation.

- **Temporary/Seasonal Employees:** Employees who are hired to work for a limited period of time, generally no longer than three (3) months. Employment beyond any initially stated period does not in any way imply a change in employment status. Temporary/Seasonal employees retain that status until notified of a change in writing.

- **Full-Time and Part-Time Temporary/Seasonal Employees:** This classification includes substitute teachers, seasonal athletic coaches, summer camp administrative staff, seasonal maintenance employees, and casual employees. While temporary/seasonal employees receive all legally mandated benefits (such as workers' compensation insurance and Social Security), they are ineligible for all of the School's benefit programs and do not earn vacation or personal time. Temporary/Seasonal employees are eligible for paid sick time in accordance with the School's sick time policy and applicable law.

**Access to Personnel Files**

The School maintains a personnel file regarding each employee. An employee may review or obtain a copy of his or her personnel file, in accordance with applicable law, by submitting a written request to the Director of Human Resources, who will schedule an appointment during normal business hours for the employee to review his or her personnel file, or will provide the

## VI. TIME OFF

**Vacation Time**

Regular full-time (12-month) non-faculty employees are eligible to take up to five (5) weeks of paid vacation annually, based on their years of service, in accordance with the vacation schedule below.

Regular full-time 11-month and 10-month employees (including faculty members) are not eligible to accrue paid vacation time but will be paid during School vacation breaks during the academic year.

Eligible employees may not use vacation time during their first ninety (90) days of employment. Upon successful completion of ninety (90) days of employment with the School, the School will retroactively grant employees the vacation time that they would have accrued during their first ninety (90) days of employment.

The amount of paid vacation time eligible employees accrue each year increases with the length of their employment, as shown in the following schedule:

| Years of Service | Monthly Accrual Rate | Weeks Per Year |
|---|---|---|
| 0-2 | 12.00 hours | 3 Weeks (120 hours) |
| 3-10 | 13.33 hours | 4 Weeks (160 hours) |
| 11+ | 16.67 hours | 5 Weeks (200 hours) |

An employee's years of service are calculated on the basis of a "fiscal year" (July 1 to June 30). This is the twelve (12)-month period that begins when the employee starts to earn vacation time.

Paid vacation time can be used in minimum increments of one (1) day. In order to be approved for paid vacation, eligible employees must complete a Time Off Request Form for approval and signature by their supervisor. Requests will be reviewed based on a number of factors, including organizational needs and staffing requirements. Employees are expected to schedule vacations during periods that are least disruptive to academic and School operations. Requests for vacation time may be denied for a variety of reasons, including because the requested vacation time is during a busy period or because the duration is too lengthy. Where conflicts exist, approvals for vacation requests may be determined by seniority.

Vacation time is paid at the employee's base pay rate at the time of the absence. It does not include overtime or any special forms of compensation such as incentives, bonuses, or supplemental assignments.

Employees are encouraged to use available paid vacation time for rest, relaxation, and personal pursuits. Under certain circumstances, the School may permit employees to carry over unused vacation time, if it is in the best interest of the School, as determined by the Director of Human Resources or Head of School. Otherwise, unused vacation time will be forfeited at the end of the fiscal year in which it is accrued.