IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RONALD F. DANTOWITZ,<br><br>    Plaintiff,<br>v.<br><br>DEXTER SOUTHFIELD, INC.,<br>CARMEN ALIBER, and<br>STEWART TUCKER,<br><br>    Defendants. | CIVIL ACTION NO. 20-CV-10540-AK |

## DEFENDANTS' SUPPLEMENTAL MEMORANDUM
## IN SUPPORT OF MOTIONS *IN LIMINE*

Plaintiff claims that Defendants' motions *in limine*, filed on January 10, 2023, should be denied because Defendants failed to include certifications pursuant to Local Rule 7.1. The Court should not deny Defendants' motions on that basis. See Struzziero v. Lifetouch Nat. School Studios, Inc., 677 F. Supp. 2d 350, 354 (D. Mass. 2009) (citing Edwards v. New England Tel. & Tel. Co., 86 F.3d 1146 (1st Cir. 1995)).

In this case, the parties have had multiple discussions regarding the areas of evidentiary disputes. The parties met and conferred in advance of filing the parties' Joint Pre-Trial Memorandum, which identifies several areas of dispute.

"A district court has 'great leeway in the application and enforcement of its local rules.'" Sensitech, Inc. v. LimeStone FZE, 581 F. Supp. 3d 342, 350 (D. Mass. 2022) (quoting U.S. v. Roberts, 978 F.2d 17, 20 (1st Cir. 1992)). Indeed, given Plaintiff's vigorous substantive oppositions to Defendants' motions, it is highly unlikely that additional conferences would have been fruitful. See Khorsandian v. JP Morgan Chase Bank, N.A., 2013 WL 6979528 (D. Mass. Jan. 13, 2013) ("[p]arties need not file futile certifications under 7.1"); Sun Capital Partners III v.

-2-

N.E. Teamsters & Trucking Indus. Pension Fund, 329 F.R.D. 102, 105 (D. Mass. 2018) (7.1 conference "would [not] have changed the parties' fundamental positions").

 Accordingly, Defendants respectfully request that Defendants' motions in limine be adjudicated on the merits.

        Respectfully submitted,

        DEXTER SOUTHFIELD, INC.,
        CARMEN ALIBER, and
        STEWART TUCKER,

        By their attorneys,

        */s/ Anthony L. DeProspo, Jr.*
        Anthony L. DeProspo, Jr. (BBO No. 644668)
        (adeprospo@shpclaw.com)
        Cara E. Murphy (BBO No. 709521)
        (cmurphy@shpclaw.com)
        SCHWARTZ HANNUM PC
        11 Chestnut Street
        Andover, MA 01810
        Telephone: (978) 623-0900
        Facsimile:  (978) 623-0908

Date:  January 18, 2023

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 18th day of January 2023.

            */s/ Anthony L. DeProspo, Jr.*
            Anthony L. DeProspo, Jr.