

January 23, 2023

**VIA CM/ECF**

U.S. District Judge Angel Kelley
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Ronald F. Dantowitz v. Dexter Southfield Inc., et al., | Civil Action No. 20-CV-10540-AK

Dear Judge Kelley,

We are writing to supplement or correct a statement made at the Final Pretrial Conference on January 18. With regard to Defendants' Motion *in Limine* to Exclude Plaintiff's Proposed Experts (Dkt. 113), the Court asked if Jeanne M. Robertson, CPA, prepared the tax returns for Mr. Dantowitz and Celestial Computing Incorporated, and undersigned counsel responded that she did not. In fact, after further investigation, we can represent to the Court that Ms. Robertson did prepare the tax returns for Mr. Dantowitz for the tax years 2019-2021, and for Celestial Computing Incorporated for the tax years 2018-2021. After Ms. Robertson prepared the returns, her supervisor, Donald J. Troy, CPA, reviewed the returns and signed them.

We believe that this information supports Plaintiff's contention that Ms. Robertson is a fact witness and not an expert witness. As stated at the Pretrial Conference, if the parties are able to agree on a stipulation concerning Plaintiff's income, neither the tax returns nor Ms. Robertson's testimony will be needed.

Thank you for your consideration of this information.

Sincerely,

Inga S. Bernstein
David A. Russcol

Counsel for Plaintiff Ronald Dantowitz