| | |
|---|---|
| **From:** | Anthony DeProspo |
| **Sent:** | Friday, January 20, 2023 8:39 AM |
| **To:** | Inga Bernstein; 'David Russcol' |
| **Cc:** | Cara Murphy |
| **Subject:** | Dantowitz |
| **Attachments:** | 230120 Stipulation - Pl. Income.DOCX |

Inga and David –

It was nice seeing you yesterday.

I attach for your review a draft stipulation regarding Plaintiff's income from 2018 to 2020.

Let me know if this is acceptable.

Also, please let us know when we can expect to receive documentation of Plaintiff's 2022 income.

Thank you.

-Tony



**Tony DeProspo, Jr.**   |   Counsel
**SCHWARTZ HANNUM PC**   |   11 Chestnut Street, Andover, MA 01810-3744
adeprospo@shpclaw.com   |   T: (978) 623-0900   |   F: (978) 623-0908   |   **www.shpclaw.com**
Tony DeProspo | LinkedIn

PLEASE THINK BEFORE YOU PRINT.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. This e-mail is not intended to and does not constitute a waiver of any privilege applicable to this message or the confidentiality of this message. If the reader of this message is not an intended recipient or an agent responsible for delivering it to an intended recipient, please notify us immediately and delete the original message.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ, | ) ) ) |
| Plaintiff, | ) |
| v. | ) ) ) CIVIL ACTION NO. 20-CV-10540-AK |
| DEXTER SOUTHFIELD, INC., CARMEN ALIBER, and STEWART TUCKER | ) ) ) ) |
| Defendants. | ) ) |

**[DRAFT] STIPULATION CONCERNING PLAINTIFF'S INCOME**

| **Year** | **2018** | **2019** | **2020** |
|---|---|---|---|
| **Federal Taxable Income** | $175,004 | $656,832 | $369,587 |