Gmail

Ronald Dantowitz <rondantowitz@gmail.com>

## Fw: Various Topics
1 me    age

**Dantowitz, Ronald** <rdantowitz@dextersouthfield.org>            Tue, May 19, 2015 at 12:09 PM
To: "rondantowitz@gmail.com" <rondantowitz@gmail.com>

_____

**Ron Dantowitz, Director**
**Clay Center Observatory**
**DEXTER SOUTHFIELD**
**20 Newton Street**
**Brookline, MA 02445**

TEL: (617) 959-9945
e-mail: rdantowitz@DexterSouthfield.org

---

**From:** Dantowitz, Ronald
**Sent:** Monday, July 21, 2014 6:29 AM
**To:** Saul, Richard
**Subject:** Various Topics

Rick,

Thank you for the new key fob. I will pick it up next time I am able, which might be in a week+. I am at STEM training with Project Lead The Way (PLTW) professional instruction at WPI all this this week and next.

Clay Van:

1. I apologize if the previous email about the Clay AstroVan was not completely clear due to a typo. Bob Phinney and I agree, and we discussed it with Todd earlier this year, that having the Clay Van at the Mojave Spaceport is desirable to support one remaining student experience- the first private flight to space of Virgin Galactic.

   DXSF has prepared six students to track and image the upcoming first private flights to space, which will provide a unique student experience as well as enormous STEM PR in the Boston area. We have been working with VG for years, and have invested time and resources to provide this experience to our students. We anticipate bringing the van back to Brookline after the student experience, especially as we are not paying any rent or fees to have the van stored in the climate controlled spacecraft hangar, with high security. With respect to the new Strategic Plan, before pulling the Van I will find out if some funds could be provided to the schools for the upcoming imaging of Branson's flight to space. Richard is also expected to "Skype in" to Astronomy Day next May to talk to our students about STEM, by the way.

RD-ZDB0007

The Clay Van is currently in the Spacecraft Hangar at:
**Virgin Galactic - FAITH Hangar**
16555 Spaceship Landing Way, Building 220
Mojave Air and Space Port
Mojave, CA 93501 USA

I believe that I sent you the "list" of equipment in the empty van, which consisted only of monitors affixed to the walls of the vehicle- I will send or resend as needed later today when I get a chance.

    2. We have no intent of paying for the NASA research project on February 23. Hayabusa generated
       $69,000.00 for the reduction of data, paid to DXSF, and they reimbursed all travel and other expenses.
       The ATV5 program, which will involve students at DXSF and have one student fly with NASA, is expected
       to be similar. Happy to discuss after August 1, when I complete my STEM training.

    3. Offer Letter:
I did indeed speak with Todd last week, and I assure you that there was reason for the discussion. Thank you for your concern. I expect to return it to your office signed.

    4. 464 Pond Street
The house is "empty" except for some heavy furniture that should be picked up later this week. There were two pieces of furniture I have offered to the staff or anyone who wants them, but I have found a place that will take them. The painters and any other workers should be able to do whatever they need to do in the meantime.
 if you have any questions, please call my cell phone at 617 959 9945.

The only rooms that have anything that I will be picking up are:
Living / dining room
First bedroom upstairs with heavy dresser.

There is a filing cabinet and a futon on top floor which will be discarded unless anyone you know wants them. Thank you for your assistance.

Ron


_____
**Ron Dantowitz, Director**
**Clay Center Observatory**
**DEXTER SOUTHFIELD**
**20 Newton Street**
**Brookline, MA 02445**

TEL: (617) 959-9945
e-mail: rdantowitz@DexterSouthfield.org

_____

**From:** Saul, Richard
**Sent:** Wednesday, July 16, 2014 7:57 AM

RD-ZDB0008

**To:** Dantowitz, Ronald
**Cc:** Vincent, Todd
**Subject:** RE  Steady Progress

Ron,

I apologize if I missed the fact that your FOB no longer worked   I have programed a new one, and it can be picked up in my office.  I prefer not to have intermediaries or mailboxes handle either FOBs or keys.  We would also prefer that people use FOBS and not a key to enter the building   I think the problem of the power outages at the panels have been solved, so the FOB should work for those times it is programed.

I would like to make arrangements to have the van returned this summer.  If, as you say, there is no need for it in California, it should be on our property and in our control   If you cannot get it back, I will send someone to get it   Whether or not it is with Branson or in Brookline, I would also like to reiterate that we need a listing of and value of the owner supplied and installed equipment in the vehicle so that it can be properly insured   As indicated in the past, <u>none</u> of this equipment is insured because there is no listing with the insurance company.  Please, also, supply me with a street address so I can amend the garaging of the vehicle from Brookline to some other location on the insurance policy at least until it arrives on our property.   Without that information it is impossible to take advantage of any possible insurance discount for garaging

It is unclear to me what, if any responsibility, if any, we have for paying for the Australian research   Again, this is an insurance matter for us, and, because it is outside the United States, I need to be clear with the insurance company about the details of the trip   You had mentioned earlier in the year that students or former students were going to accompany you on this trip.  If this is the case, I would also need to know the details of that or any other person you hope to have accompany you

You indicated that you had the offer letter, but you needed to talk with Todd about it   I don't think there is anything that would alter our terms that would be contained in the letter, so it would be helpful if I could get a signed copy returned   We really should not have paid you this month without it

Thank you for your cooperation

*Rick Saul*

Richard D  Saul
Business Manager
**DEXTER**SOUTHFIELD
20 Newton Street
Brookline,  MA  02445 7498
T:    617-454-2715
F:    617 928 7696

This communication constitutes an electronic communication within the meaning of the Electronic Communications Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute loss of the confidential or privileged nature of the communication   Any review or distribution by others is strictly prohibited. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, please contact sender by return electronic mail and delete all copies of this communication   Similar laws in other countries where any recipient of this e-mail resides also apply.

**From:** Dantowitz, Ronald
**Sent:** Wednesday, July 02, 2014 6:55 PM
**To:** Saul, Richard
**Subject:** FW: Steady Progress

RD-ZDB0009

Rick,

This email includes some duplication of things that we already discussed, some in person at the Clay Center and some in email, so apologies if it sounds familiar.

Status of house:
I spoke with Dave Giardina this morning, looks like painters next week and I will see when Dave (or you) would like to go to the house. I still continue to trim the hedges and put out trash neatly as I work on moving it all out. I have successfully moved things out or down to the first level for easier moving over the weekend, and much remaining small things are being picked up by charity on Saturday (morning?). The move went as fast as it could go without any significant budget for movers or assistance, and it has been an accomplishment I assure you!  As I mentioned to Todd, the only things I cannot move are furniture dangerously heavy for one person to carry.

FYI you wrote that you are anxious about the house. I am responding to reassure you, in writing this letter to you that I am working diligently, without stoppage, and in earnest to move from the house. I also communicated to you that it is not frugality that keeps me from having movers just come in and move things to some storage unit somewhere. Without Faith being able to work and with the burden of our paying a second concurrent rent in Brookline every month, we have no funds for luxuries like movers, I have done it all myself. It is not about prioritizing, it is about having no resources whatsoever for moving furniture when there is not enough for food or therapy for sick kids.

Rick, we do not have a Human Resources Department that I know of, but as the Business Manager for DXSF, your office is where the faculty and staff have been informed to go to communicate issues when they arise. To that end, I submit to you the following, and request that you read, which describes the difficulty that our family is going through, so that you can understand that I am doing my absolute best on everything that the HEadmaster has requested of me, and that I remain dedicated to my work at Dexter Southfield.

The article I request you to read is at.
http://time.com/money/2793944/paying-for-my-special-needs-child/

If you are not able to read this article, please let me know via email so that I can find some other way to communicate our dedication to Dexter Southfield tasks as well as family needs.  Thank you.


Other Topics:

Clay Van:
As we discussed, as of June we did not have any trips planned for summer to retrieve the Van. Neither Both Bob and I see it as having more value in CA for the moment, since neither of us have an immediate pressing use for it on campus. It is in a super secure hangar literally next to Richard Branson's spaceship, and the battery is kept charged and vehicle safe, and it is started every week. Based on previous budget (and now higher fuel cost) It will cost more than $2k to drive it back, and regardless of when it does come back, we might want to think about budgeting such an expense for this fiscal year?

Intended trip to Australia:
The web site at http://atv5.seti.org/participants.html has the latest schedule and details, etc. This is the same program as the one where we had three students in Australia (Breitmeyer, Karavas, Berman).
Date: 2015 February 23 (cannot move earlier!).

I provided the (single) missing receipt to Hongyu today, thank you for the reminder. Every receipt is important, and it should be especially easy when there is only one. Done.

Offer Letter for the coming year:

RD-ZDB0010

I am confirming to you that I will be returning next year. I received the letter- signed, and before dropping it off had hoped to discuss some specific expectations of my upcoming year with Todd. I emailed him earlier today regarding this and he said we can meet next week, and to write to you, which I have now done. If you need anything else please let me know.

Last year (!) I mentioned to you that my electronic key fob broke. Can I get another one please? I use the open front door most mornings, but occasionally the side door when needed.


Thank you.

Ron Dantowitz



_____

**Ron Dantowitz, Director**
**Clay Center Observatory**
**DEXTER SOUTHFIELD**
**20 Newton Street**
**Brookline, MA 02445**

TEL: (617) 959-9945
e-mail: rdantowitz@DexterSouthfield.org


_____

**From:** Dantowitz, Ronald
**Sent:** Monday, June 09, 2014 4:07 PM
**To:** Saul, Richard
**Subject:** Steady Progress


Rick,


I received your telephone message regarding payroll for this month.


To answer your question, although I am working diligently on physically moving things from 464 Pond Street, I do not expect to have everything out of the house before this Friday. I will continue to do my best and will inform your office as I progress.


As I have shared with Mr. Vincent, although I am working hard on it, it has been slow going moving from 464, as I do not have funds to pay for movers. Further, I do not have any money for a storage unit of even the smallest size. You can be assured that I am not being cheap on movers, I am struggling to put food on the table, let alone pay $,$$$ for moving boxes to our tiny new apartment.

RD-ZDB0011

I was able to get a two-hour period last weekend with Brookline Movers to get some larger furniture and heavy boxes that I could not physically move, but that was all we could afford  I have been moving what I can by hand to our new 950+ sqf third floor apartment, and I will continue to work on it.

Meanwhile I continue to trim the hedges and put out trash neatly, though people have been ripping through our 3 mil thick contractor bags and leaving piles of things on the street  I re-bagged things last week when I saw this... at first I was repulsed but then I realized that there are some folks that have it far worse than I. They should try to be neater, though.

As for the electric, water, and oil bills

1) Electricity: Noone is in the house, and there are three CF high efficiency bulbs on for "Security". Refrigerator on to prevent mold, etc. in it.

2) Water: None being used

3) Heat: Has been off for months.

Thank you for your call,

Ron

_____

**Ron Dantowitz, Director**
**Clay Center Observatory**
**DEXTER SOUTHFIELD**
**20 Newton Street**
**Brookline, MA 02445**

TEL  (617) 959 9945
e-mail: rdantowitz@DexterSouthfield.org

_____

RD-ZDB0012