



Virgin Galactic's private spacecraft *VSS Enterprise* in flight over Mojave, California.   Photograph Courtesy Clay Center Observatory at Dexter Southfield.

### Tracking Virgin Galactic's Race to Space

For decades, space travel was the sole domain of professional astronauts. But soon Virgin Galactic will offer trips into space aboard its privately developed SpaceShip Two vehicles. Part airplane and part rocket-powered spaceship, the craft will be carried to an altitude of 16 km (52,000 feet) by its White Knight II carrier aircraft. Then the SpaceShip Two vehicle will separate, fire its rocket, and soar to heights of 110 km (70 miles). Aboard each flight will be two pilots and six passengers, who will experience roughly 6 minutes of weightlessness before gliding back to Earth for a landing.

Under an agreement with Virgin Galactic, Clay Center Observatory staff will provide exclusive tracking of each flight using specially developed telescopic equipment and techniques. For example, the view seen here, taken during a test flight on April 12, 2013, shows "cold" (unburned) propellant streaming from SpaceShip Two's rocket nozzle. The original version of this video image, which was recorded on the ground from 20 km (12 miles) away, resolves details on the vehicle less than 2 cm (1 inch) in size.

Beginning in late 2013, Virgin Galactic flights will involve Dexter Southfield upper-school students whenever possible. They will track the craft and record the images to be distributed to news media worldwide. Initial flights will launch from a test facility in California's Mojave Desert, but eventually operations will transfer to Spaceport America, the world's first commercial spaceport, in New Mexico.



Richard Ng (DX14) and Brigitte Berman (SF12) with Sir Richard Branson of Virgin Galactic

RD-ZDB0030