
PLAINTIFFS I

RD-ZDB0020