**From:** Vincent, Todd<tvincent@dextersouthfield.org> on behalf of Vincent, Todd
**Sent on:** Friday, September 14, 2018 11:26:48 AM
**To:** Dantowitz, Ronald<rdantowitz@dextersouthfield.org>
**CC:** Urbonas, Carmen<curbonas@dextersouthfield.org>
**Subject:** Re: Discussion of Request
**Attachments:** image001.png (9.37 KB), image001.png (9.37 KB)

Ron,

I have connected with Carmen, and I understand that you are meeting with her at 9:00 a.m. this morning. I am sure that it will be a productive meeting.

Best,
Todd

On Sep 14, 2018, at 5:56 AM, Dantowitz, Ronald <rdantowitz@dextersouthfield.org> wrote:

> Hi Todd,
> I'm sorry to bother you as I know you are quite busy, but I am hoping you can help me resolve certain issues relating to my upcoming need for FMLA leave to care for my son's serious health condition.
> Thank you again for your support and guidance when I first discussed this with you on August 30th. As you instructed me then, I tried to work with Carmen on the administrative details of my upcoming leave. I am concerned, however, that instead of guiding me through this process, she has tried to catch me in some sort of mis-step. Her emails have misrepresented my words and actions and imposed impossible deadlines. She has repeatedly stated without any basis in fact, that I did not fulfill my responsibilities at the observatory this summer. However, nothing could be farther from the truth. I hope this is the result of miscommunications, but these disturbing interactions highlighted my need for counsel, which I have now retained.
> To be clear and concise: **I need to take FMLA leave to care for my son, beginning on or before October 1, preferably from my perspective as soon as possible, and continuing for 12 weeks thereafter.** I am happy to complete and return any necessary paperwork within a reasonable time frame. I will continue to devote my full time and attention to being the Director of the Clay Observatory until my FMLA leave begins, and I look forward to returning to that position thereafter.
>
> I am sure you know how deeply I care for the School community, and how committed I am to my job. I truly appreciate your assistance and understanding as I navigate this challenging period.
> Thank you,
> Ron

**Ronald F. Dantowitz**
Director, Clay Center Observatory
Dexter Southfield
20 Newton Street, Brookline, MA 02445