## Tucker, Stewart

| | |
|---|---|
| From: | Dantowitz, Ronald |
| Sent: | Friday, September 14, 2018 5:29 AM |
| To: | Tucker, Stewart |
| Cc: | Dubois, Jeffrey; Moorhouse, Ian |
| Subject: | Success:  CCO follow up |

Good Morning Stewart, (and Jeff and Ian)

Just a quick note to let you know that both the first and second of the duties you assigned to me last week are completed and even a little ahead of the schedule you requested.

1) The Observatory and dome were ready as requested on 9/12 for tours, and the system is now awaiting modern (2018) electronics, should be good for another decade. I shipped the hand paddles back to DFM tonight, they are included in the quote they gave us, so they will definitely be ready when the new boards are installed.

2) This morning I completed the second task; you will find the less-used items from the past year+ that might have some value still - I placed a collection of them on the wooden bookshelves on L5 behind the black curved display. Please let me know what you want me to do with them next - I have been trying to discern values for them online, not so easy.

3) Tonight I started on the third task, namely working on the storage in the Clay Center - made progress.

Jeff, Ian, Stewart,  if any of you want to go over the items that I think are good candidates for sale, I would be happy to do so, preferably later afternoon is better if you ware available. Email is ok too.  I am just finishing up for the day and I am pretty beat- moved lots of boxes today - and many more to go!

Thank you,

Ron



Ronald F. Dantowitz
Director, Clay Center Observatory
Dexter Southfield
20 Newton Street, Brookline, MA 02445

TEL: 617-959-9945
e-Mail: RDantowitz@DexterSouthfield.org

DXSF 000377