

PLAINTIFFS M

Sign in

**This job has expired on Indeed**

Rea on could include: the employer i not accepting application i not actively hiring or i reviewing application

# Astronomy Teacher

Dexter Southfield School
Brookline, MA

**About Dexter Southfield**

Dexter Southfield is an independent school where boys and girls in Pre-K through Class 12 develop their individual talents and build an ethical foundation for life. Through a classical education and innovative programming, students learn to lead with confidence and serve with compassion. Our 36-acre campus is located on the Brookline-Boston line, just minutes from the city's best museums, libraries, hospitals, performing arts venues, colleges, and universities—all of which serve as an extension of our classrooms. Classes in the Lower and Middle Schools are single sex; the Upper School is coed. At Dexter Southfield we approach everything we do with enthusiasm and commitment, living by the School's motto: "Our Best Today, Better Tomorrow."

**About Us**

Our faculty is made up of highly talented and professional members who demonstrate exceptional commitment to instructing, engaging, and encouraging students to use their knowledge and skills to achieve post-secondary education goals. If you are passionate about sharing your love of astronomy and the sciences, then this role offers you the opportunity to do so in one of the region's most respected private schools. At Dexter Southfield we promote a culture of excellence that extends beyond academics, athletics, and the arts. We offer a culture and community in which both employees and students feel valued and respected.

**About You**

You are an experienced astronomy teacher who seeks to share your love of learning with others. Being a highly energetic and productive self-starter, you demonstrate a love of teaching how various forms of matter and energy interact. You have excellent organizational and relationship building skills, are adept at guiding students in the classroom, and support their extracurricular pursuits. You enjoy the rhythm and energy of an independent day school and demonstrate integrity, humor, and sound judgment in everything you do.

To be successful in this role, you must:

 By using Indeed you agree to our new Privacy Policy, Cookie Policy and Terms, which we encourage you to review.

OK

- Lead the study of celestial phenomena using a variety of ground-based and space-borne telescopes and scientific instruments.
- Design and deliver lesson plans to study celestial phenomena, using a variety of ground-based and space-borne telescopes and scientific instruments
- Develop instrumentation, software, and/or applications for astronomical observation, analysis, and scientific or technical use
- Calculate orbits and determine sizes, shapes, brightness, and motions of different celestial bodies.
- Use technology to analyze research data to determine its significance, using computers
- Develop theories based on personal observations or observations and theories of established astronomers
- Use a multi-facet and tactile approach to explore the solar system and follow current events in NASA exploration related to the planets, moon, or sun
- Assign daily reading from high-level texts to challenge student thinking and imagination
- Inspire students to explore the immensity of the Universe and how scientists unravel its mysteries
- Coordinate periodic sky observations to reinforce astronomical concepts learned in the classroom
- Ensure students acquire scientific knowledge, understand astronomical and technical terminology, and can explain the physical principles at work (e.g., what causes seasons, how an electromagnetic wave propagates)
- Deliver timely and ongoing communication and feedback to faculty, parents, and students
- Direct the operations and maintain equipment of the School's state-of-the-art observatory for in-school and extracurricular programming
- Create a learning environment that promotes character, respect, and goodwill
- Demonstrate a commitment to training and professional development to remain current with educational standards, emerging technology, classroom resources, and pedagogy
- Actively participate in faculty meetings, in-service programs, and training workshops
- Support the School's administration and align to the strategic direction of the School
- Fulfill other duties as assigned by the Head of School or his/her designee

**Skills and Qualifications**

- Bachelor's degree in the science field with an emphasis on astronomy; master's degree desirable.
- At least three years' full-time experience working with student population
- Ability to communicate effectively (orally and in writing) and possess the ability to establish and maintain effective working relationships with students, faculty, staff, and parents
- Familiarity using Stellarium astronomy software in the classroom is highly desirable
- Demonstrated knowledge in teaching principles, theories, methods, behavior management techniques, and conflict resolution strategies
- Ability to plan, organize, develop, and conduct comprehensive lesson plans and instruction
- Ability to provide a highly motivating and engaging learning environment
- History of continued education or professional development in general education or assigned subject area(s) through in service training programs or independent studies
- Ability to be flexible, effectively manage stress, and adapt to changing work priorities and assignments



By using Indeed you agree to our new Privacy Policy, Cookie Policy and Terms, which we encourage you to review.

OK

# Hiring Insights

**Job activity**

Posted 30+ days ago

Dexter Southfield School
original job

**Report job**

Teacher jobs in Brookline, MA

Jobs at Dexter Southfield School in Brookline, MA

Teacher salaries in Brookline, MA

Hiring Lab   Career Advice   Browse Jobs   Browse Companies   Salaries   Find Certifications
Browse Schools   Indeed Events   Work at Indeed   Countries   About   Help Center
ESG at Indeed

© 2022 Indeed   Your Privacy Choices   Accessibility at Indeed   Privacy Center   Cookies
Privacy   Terms

By using Indeed you agree to our new Privacy Policy, Cookie Policy and Terms, which we encourage you to review.

OK