## Tucker, Stewart

| | |
|---|---|
| **From:** | Dantowitz, Ronald |
| **Sent:** | Wednesday, December 19, 2018 7:59 AM |
| **To:** | Ronald Dantowitz; Urbonas, Carmen; Tucker, Stewart |
| **Subject:** | RE: Scheduled Days |

Good Morning!

I sent you my schedule email yesterday from my personal email, I wanted to make sure you got it.

If you need me for anything today, I am available to meet at any time in your office or in the Clay Center.

Have a nice day,

Ron

Sent from Mail for Windows 10

---

**From:** Ronald Dantowitz <rondantowitz@gmail.com>
**Sent:** Tuesday, December 18, 2018 6:05:54 PM
**To:** Urbonas, Carmen; Tucker, Stewart
**Cc:** Dantowitz, Ronald
**Subject:** Scheduled Days

Carmen,

As we discussed, this is the first time in twenty years at the School that I have been required to work through Holiday Break, and from what I can tell, I am the only faculty member at School and in the Clay Center this week. Because I did not expect to be working during the Break, I made plans to care for Emmett Thursday, Friday, and next week. I have tried to make other arrangements without success. So, I appreciate your understanding that I will not be at work beginning on Thursday, December 20, through January 1; I will be back on January 2.

In terms of discussing accommodations, I disagree with your assessment below, and believe that my medical documentation which I provided you in January, clearly outlines my limitations. Given our schedules, it seems that January will be the best time to meet and discuss this in more detail. Please let me know when and where this meeting will be.

Lastly, regarding my assignment and using Trackstar, I have found the task extremely challenging. I am unable to access my DXSF email, my account seems offline, which also means I cannot access Trackstar. Does the School or the system offer trainings?

Thank you in advance for your assistance.

Regards,

Ron

1