PLAINTIFFS Q

1 PM 1/18/19

C - OFFICE
C/S GRADING PEN!
TASKS/LISTS
WX COLD /ISSUE...

S ◯ C   SLOW/NOTES
  R

SUM 2018 REVIEW
WEATHER!

---

ST PARTS
LIST OF ↑ FAILURES (SIGMA)!

---

TCS
Ⓕ NO ADDR BEFORE LEFT
✓ SENT DFM QUOTE
EXP REPL → SUMR
DFM TEST $
Ⓕ DID NOT COMPLETE!

---

SCOPE
Ⓕ DID NOT CLEAN SCOPES
NO 7" - STUCK ↑
EXP TO CLEAN EVERYTHING
LIKE NEW 25"
⭐ SAVED 7K

---

Ⓕ
6 O+1 — 10 min!

---

SKS
Ⓕ TO DO YOUR $# JOB
DEAD COMP - X UPGRADE
386/2002   NO SPARES
DID NOT COMPL WORK
DID!
TEST → GET NEW!
UNQUAL. Ⓕ

---

INIT
Ⓕ TO FOLLOW THROUGH
HUD - INSTALLED/TEST
X MAJOR Ⓕ
DFM X FIX X SPARES!
Ⓟ
Ⓡ Ⓓ

RD-ZDB0013



**CARPETS**

(F)
└ NEW!

NOT COMPLETED (TASK)

HAND! VAC! LIKE NEW!
VAC / CLD / NO (SH)
? (F) ?
SAID (SH) DID NOT (SH) (C)
P/F (C)
"YOU FAILED" (C)
HUMID = BAD
IRREV
COMMIT → (SH)
(F) MEET COMMIT
~~UP~~
~~UP~~ (F)
(RD) ~~#~~ NEW!

DISRESP / DISTRACTING COMMENTS
X ABLE PER CCO (ATTITUDE SAYS)

---

IF THINK (DISAG)
NOT COMPLETED (F)
~~X~~ ~~X~~

**CCP**
✓ OPTICS  ✓ PROF!
FABRIC X (NO ROOM)
"SIMPLY A (F)"

LIGHTS — SLOW / CAREFUL / QUIET WORDS

(F) NOT INST BY END OF SUMMER
IR / IW ✓

LOOKED WHERE SHOULD HAVE SEEN —
WERE NOT THERE
AUG ✓
"N/ YOU DID NOT INSTALL THEM"
(RD)

RD-ZDB0014



MEDEL
- ① EXPECT IN SUM
- NOT POSS (COMPUTER)
- SIG ⓕ
- ? DIFF.
- COMPLETED TASK (SHOULD HAVE)

GAM
- ≥16 ⓕ
- DID NOT COMPLETE
- DEF → 72d9
- PRETEND TO NOT UNDERST. ISSUE (c)
- DEF = GOOD
- DISR/INSUB/UNPROF
- WRITE DOWN EXACTLY (WANTTO) (L)
- (WAITING)
- ⓡⓓ

UPS
- ① DID NOT COMP B/F LEAVE

BATTS - IT DEPT ✗
- "FALSE NARR"
- SAVE $ (REUSE)
- UNWILL → DO ~~JOB~~
- ⓡⓓ
- WILL/ABLE DO JOB
- ~~TEA~~ THEN/NOW

COVERS
- COMPL ⓕ
- DID NOT COMPL.
- DFM = ✗ FIX OLD
- NO SPARES
- NOT FIXED (PROBLEM)
- ACT SURPRISED (PRETENDING) (c)
- NOT P
- ① KEEP OPERATIONAL (c)
- 386/164 ✓
- ① REQ COPY REVIEW (RESPECTFULLY)
- NO NEED → WRITING (c)
- ① TO DO YOUR JOB (PUT IN WRITING)

DONE

- (F) WAS NOT REPAIRED
- NOT NEEDED — OK
- "FAILURE TO DO YOUR JOB"
- (RD)
- NO MAINT / ALL SET

---

SEP LIST

1 ✓
2 ✓
3 ✓
4  S16 (F)
→ 9/28
C = STOP 9/14
NOT COMPLETE IN TIME (DID NOT)
9/14 / 2 WKS
"You were late"
2 WKS ++...? / ? LATE IS LATE?
NEEDS DOCUMENTING / (C) /
(WAITING... 30 S.)
T+ / 2

---

HOW WAS THAT LATE?
(IMP WRITE DN ≠ VERBATIM (C)
(RLZ) NCL WORKED ON ≠ FORCED STOP 2 WEEKS
DISRESP. / UNPROFF !!

REQUEST ACCURATE NOTES OF MTG (POLITE!)
(→ WRITING)
(DON'T) BLAME OTHERS FOR (F)
FULFIL DUTIES

---

LS STORAGE

(F) NOT COMPLETED BEFORE YOU LEFT?
HAD 2 WKS / EXCELLED!
"NOT ACCURATE"
½ MONTH (TOOK AWAY)
IT WAS LATE
IF THINK → ∅
& (RD)



DEC LIST
TUES OPEN HOUSE
READY ✓ 1/29
STUD/FAM
IAN → NO RSP
X ☺ IAN (C)
? WORK? DID DO?
Y
CLDY = CXL or ?
(YOU) DON'T KNOW HOW CLOSE
   DOME IN RAIN? (C)
X DOME — PREF INDOOR IF BAD?
X QUAL → DIR (Q SAYS) (C)
X ABLE/WILL DO JOB (TOPIC SAYS)
D X ST ADM IN PREF CXL? Q ABOUT RAIN,
MUST REASS. POSITION (C)
BIZ NOT UP!
CONCERNED — X KNOW → OPEN DOME (C)
KNOW ✓ DOME ✗

? EXPECTATIONS: IF NO LEG, CLS
④?
POOR PERF?
SOUND CONFUSED (PRETEND TO) (C)
JUDGMENT NOT INTACT! ?
@ PREF CXL POLICY
CAN'T MAKE DECISIONS (CONCERNED)
(C)
4 INCRED CONDESCENDING 4!
REASSES ROLE @ SHOW
(NEED TO)
(C)
NOTIFY FAM YET?
Y
N HONEST (AN/PROF.)
READY — TUES
④



**MANUAL**

RECVD MANUAL - LATE!
(F)

BEST / ↑ TIME
ACCEPTABLE QUALITY?

LATE
X TIME TO LOOK / GOT 3 DAYS AGO (c)
FEEDBACK?
"LATE IS LATE" (c)
B/W w/ YOU (HAS TO BE) (c)
ANY FEEDB? / P / F?
ABLENABE!
? GOOD + LATE = (F)?
UNPROF Q!

(J) CONDESC / INSUB → TUCKER
COMPLETED / PRIORIT CLASS PREP (c) / STUD PROGRAMS / XMAS LIST / TRAIN FILLPE (1)
RUN CCO
COMPLETE (F)
DISAG (PLZ ALLOW)
PERF MANY DAY LATE = COMP (F)
WEEK WORSE???
DISRESP / UNPROF (Q)
(NAB → FULFIL DUTIES!)
ARGUE
? UNDERST GRADE OF PERF?
UNDERSTAND LATE?

INV
- ① LATE
- ADEQ?
- DO YOU UNDERSTAND LATE?
- Y / PRIORIT TASKS / ↑ TIME
- ①
- WROTE
- 70S+

MAINT
- ①

PLAN
- ①

UPDATES
- ①

END LIST

- LOOK @ ROLE (c)
- ADVERSARIAL (c)
- CAN'T MEET RESP. (c)
- ASKED OPEN DOME RAIN (JUDGMENT ISSUE) (c)
- N! OPEN LS, × DOME !!
- NOT ACCURATE @ OPENING DOME
- "YOU ADVISED AFTERWARD"
- N → LS !
- UNPROF! EXPECT FAR ABOVE
- PAR NO INC       THIS!
- DISRESP / POOR PERF
- RD ← SUPPOSITIONS  ← GOOD JUDG. ABLE DIR, CCO!
- N SUPP! RUDE!
- ~~CAN'T AGREE DEF~~
- AVAIL MEET AGAIN?
- N MEETING AGAIN (c)
- DISMISSED