HOME (/) > ABOUT



## The Dexter Southfield community is invited to attend evenings of virtual sky observations directly from the Clay Center Observatory.

Our astronomer and director of the Clay Center Observatory, Dr. Felipe Santos, will be on site conducting a remote observation night via Zoom. The Zoom webinar will display what the telescope is pointing to, via a camera that is mounted into the telescope and connected to a computer. The Remote Public Telescope Nights will happen every other Tuesday evening, weather permitting. The events will start about one hour after sunset.

The telescope is a research grade 24" Cassegrain Reflector telescope controlled by professional astronomical software, which allows for each pointing and automated tracking.

Depending on conditions and season, Dr. Felipe Santos will point the telescope toward a variety of planets, the Moon, stars, and nebulae. If the weather is rainy or overcast, the event will not happen

# Meet the Director of the Clay Center Observatory

Dr. Felipe Santos has been the Director of the Clay Center Observatory since January 2019. He is also a researcher at the Harvard-Smithsonian Center for Astrophysics for nearly eight years. A renowned researcher, Dr. Santos holds several advanced degrees, including a Ph D in astrophysics from the Universidade de Sao Paulo

Most recently, Dr. Santos was published in *Astrophysical Journal,* one of the most important journals in the field of astronomy and astrophysics, for his article, "Chandra Observations of the Spectacular A3411-12 Merger Event."