DEFENDANTS A



Partners HealthCare System, Inc.
BRIGHAM & WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

MRN: 18636951 (BWH)
DANTOWITZ,RONALD F
Date of Birth: 07/11/
Sex: M

## Notes from 1/1/2000 through 5/29/2015 (cont)

| | | | |
|---|---|---|---|
| 06/05/2014 | Comprehensive Medical Psychiatric Evaluation | Final | Leo, Joshua R., M.D.,M.P.H. |

Patient: DANTOWITZ,RONALD F 18636951(BWH) 07/11/ M          Signed 06/09/2014 08:17
Author: Electronically Signed by Joshua R. Leo, M.D.,M.P.H.          Visit Date: 06/05/2014

### COMPREHENSIVE MEDICAL PSYCHIATRIC DIAGNOSTIC EVALUATION

DATE: 06/05/2014     TIME:     9 AM     FACE TO FACE TIME: 90 min
Age: 48 years 10.8 months     Sex:M     Marital Status:  Married     Occupation: Astronomer
Referral Source: PCP/Self
Other Agency Involvement:
Interactive complexity (specify):

**CHIEF COMPLAINT:**     "Things are different for me and I'd like to better manage things..."

**HISTORY OF PRESENT ILLNESS** (including onset/duration):
The patient is a 48 year old married father of 3, employed as astronomer, without significant past psychiatric history, medical history significant for hyperlipidemia, moderate sleep apnea (diagnosed via home sleep study, untreated) who presents for neuropsychiatric evaluation, patient and wife concerned he may have an autism spectrum disorder ("I feel like I may have high functioning autism").

Per triage intake note "Patient is being referred by PCP for various symptoms of autism. Patient reports can not read more than a paragraph and comprehend what has been read. Patient has difficulty focusing and reports that this is beginning to interfere with his work."  He describes that he became aware that he "might be different" in recent time because his 3 1/2 year old son is autistic and non verbal and that "many of the things that he does, I do to a certain degree."

His main complaints are that he was asked to teach a physics class to HS students starting in September and that he is concerned that he will not be able to manage this (he has given speeches to groups before but has not taught a year long course before). He also describes having difficulty reading, he is unsure if this has changed significantly recently, but states "I will start to read 1 or 2 paragraphs in a text book, but then I can't make sense of it" and this relates to the fact that he'll have to teach the course from a textbook. He also complains of feeling exhausted and "tired all the time", denies significant problems with onset/maintenance of sleep. He has a diagnosis of moderate sleep apnea from a home sleep study about 2 years ago, but he has not followed up since.  He describes having few friends and has no interests/hobbies outside of work.

He describes that in his work as an astronomer, directing an observatory and working with NASA, that he can "sift through tens of thousands of images and compare and contrast all the images to find the ones that I want" and he can do this very quickly. He describes being very sensitive to light (he has to work in a darkened room), and is sensitive to most textures and sounds. He describes being able to "hear music" vividly at any time, he finds this enjoyable and not disturbing and does not want it to go away. He denies significant problems with memory, states that he can usually remember strings of up to 50 or more digits with ease. He acknowledged having some synesthetic experiences, such as some numbers can evoke colors.

He also feels exhausted from needing to put a lot of effort into social interactions, describing that he is constantly aware of paying attention to social cues, "listening and simulating 'normal' people", "like now I'm acutely aware that I will look at your right eye for a few seconds, then your left eye" which he uses "as my way to adapt and function."
He denies experiencing significant changes in his mood, denies feelings of depression, hopelessness, denies suicidal ideation, intent, or plan. He denies homicidal ideation, intent, plan. He denies experiencing auditory or visual hallucinations, denies experiencing paranoid ideation. He denies recent substance use.

Information from collateral/records (if pertinent):
 **REVIEW OF SYSTEMS** (use ROS custom paragraph if applicable):
   [X] ALL SYSTEMS HAVE BEEN REVIEWED AND ARE NEGATIVE, EXCEPT AS NOTED BELOW:
   [ ] Constitutional     [ ] fatigue, [ ] weight loss
   [ ] Musculoskeletal     [ ] painful joints, [ ] back pain
   [ ] Cardiovascular     [ ] palpitations, [ ] chest pain
   [ ] Neurological     [ ] seizures, [ ] numbness, [ ] dizziness, [ ] fainting
   [ ] Endocrine     [ ] sweating, [ ] heat intolerance, [ ] polyuria, [ ] polydipsia
   [ ] Respiratory     [ ] SOB, [ ] cough
   [ ] Gastrointestinal     [ ] appetite loss, [ ] nausea, [ ] vomiting
   [ ] E/E/N/T     [ ] blurred vision, [ ] vision loss, [ ] hearing loss, [ ] tinnitus
   [ ] Skin     [ ] rash, [ ] pruritus
   [ ] Genitourinary     [ ] dysuria, [ ] hot flashes
   [ ] Hematologic     [ ] bruising, [ ] bleeding
   [ ] Allergic/Immune     [ ] drug allergies

**PSYCHIATRIC HISTORY**



Partners HealthCare System, Inc.
BRIGHAM & WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

MRN: 18636951 (BWH)
DANTOWITZ,RONALD F
Date of Birth: 07/11/
Sex: M

## Notes from 1/1/2000 through 5/29/2015 (cont)

Patient: DANTOWITZ,RONALD F 18636951(BWH) 07/11/ M
Author: Electronically Signed by Joshua R. Leo, M.D.,M.P.H.

Signed 06/09/2014 08:17
Visit Date: 06/05/2014

History of Symptoms (describe mood, anxiety, OCD, psychosis, eating disorder, etc):
Denies history of symptoms consistent w/ significant depression, anxiety, OCD, psychosis, PTSD, or eating d/o
History of Risk Behaviors:
  Suicide attempts: [ X ] Denies or  [ ] Yes (explain):
  Self-mutilation:  [ X ] Denies or  [ ] Yes (explain):
  Violence:    [ X ] Denies or  [ ] Yes (explain):

History of Treatment:

INPATIENT HOSPITALIZATION: Denies

 PARTIAL OR DAY HOSPITALIZATION: Denies

PSYCHOTHERAPY/SELF-HELP GROUPS: Denies

**MEDICATION TRIALS:** None

**OTHER SOMATIC TREATMENTS** (e.g.: electroconvulsive therapy, transcranial magnetic stimulation, vagal nerve stimulation, phototherapy):None

**HISTORY OF SUBSTANCE USE:**

  Use of addictive substances (alcohol, illicit substances)/treatment: Denies
  Abuse of prescriptions:  Denies

  Average # caffeinated beverages/day: Rare 1 cup of coffee

  Use tobacco? [X  ] denies or [ ] yes, avg/day:

**MEDICAL HISTORY:**
Primary Care Doctor:
CECILIA SARKISSIAN

BRIGHAM AND WOMEN'S PRIMARY CARE ASSOCIATES OF BROOKLINE
1180 BEACON STREET
BROOKLINE, MA, 02446
(617) 278-1700     Date of last physical exam:
Relevant medical/surgical history (past and present):
**Problems**
Elevated cholesterol
Knee pain
Shoulder pain
Gastroesophageal reflux disease - laryngopharyngeal reflux : laryngopharyngeal reflux
Overweight
S/P appendectomy
**Sleep apnea :** AHI 22

Recent pain (absent-0->10-worst ever): Denies
Significant falls in past 6 months?:Denies
Recent unintentional weight change (> 20 lbs in 3 months):   Denies
Lifetime head trauma:Denies
Lifetime seizures:Denies

For women of reproductive age:  N/A
  Pregnancies/complications:
  Date of last menstrual period:
  Contraceptive method:



Partners HealthCare System, Inc.
BRIGHAM & WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

MRN: 18636951 (BWH)
DANTOWITZ,RONALD F
Date of Birth: 07/11/
Sex: M

## Notes from 1/1/2000 through 5/29/2015 (cont)

---

Patient: DANTOWITZ,RONALD F 18636951(BWH) 07/11/■ M    Signed 06/09/2014 08:17
Author: Electronically Signed by Joshua R. Leo, M.D.,M.P.H.    Visit Date: 06/05/2014

**CURRENT MEDICATIONS/DOSES/SIDE EFFECTS** :

**Medications**
Debrox (CARBAMIDE Peroxide 6.5%) 5 DROP (6.5 % DROPS ) BOTH EARS BID, Tilt head sideways and instill 5-10 drops twice daily for up to 4 days, tip of applicator should not enter ear canal; keep drops in ear for several minutes by keeping head tilted and placing cotton in ear.
Pravastatin 20 MG (20MG TABLET Take 1) PO QHS

**ALLERGIES/SENSITIVITIES**:
NKA

**FAMILY HISTORY (PSYCHIATRIC AND RELEVANT MEDICAL):**
Denies history of suicidality or suicide attempts
3.5 year old son is autistic/non verbal, 10 yr old daughter is "musical prodigy", 7 yr old son "math prodigy"
**SOCIAL HISTORY:** (provide brief narrative of key elements here; then address items below):
Married, 3 children, employed as astronomer/director of observatory at local HS, Identifies as Jewish, no hx of abuse
**EXAMINATION**
VITAL SIGNS:
**MENTAL STATUS EXAMINATION**
 Appearance: WDWN, intact grooming and hygiene, dressed in clean casual clothes, in no apparent distress
Behavior: Cooperative
Speech: Fluent, normal tone/rate/prosody; without paraphasic errors; ""
Mood: "I feel happy"
Affect: Constricted range of expression, pleasant in quality, stable in intensity, mood-congruent, appropriate to content and context of conversation
Thought Process: Circumstantial, coherent, no evidence of thought insertion, broadcasting, or withdrawal
Associations: Intact
Hallucinations: No evidence of hallucinations in any modality
Delusions: No overt delusional content elicited
Suicidal Ideation: Denies suicidal ideation, intent, or plan
Homicidal Ideation: Denies homicidal ideation, intent, or plan
Insight: Good
Judgment: Good

Cognitive Exam (orientation, memory, attention, language, fund of knowledge): Awake, alert, able to attend to interview, grossly intact attention, concentration, language, memory

Suicidal ideation:    [ ] no clinical indicators to suggest
                      [ X ] denies   [ ] present (explain intent, plan, access to means)

Homicidal Ideation:   [ ] no clinical indicators to suggest
                      [ X ] denies   [ ] present (explain intent, specificity of target, access to means)

**LABORATORY/IMAGING** (reviewed and/or ordered):
12/31/2013 CHOL 239 (*),  TRIG 99 (#),  HDL 50 (#),  LDLCAL 169 (*),  VLDL 20

**MEDICAL ASSESSMENT AND CLINICAL FORMULATION:**
The patient is a 48 year old married father of 3, without significant past psychiatric history, medical history significant for hyperlipidemia, untreated moderate sleep apnea who currently exhibits signs/symptoms consistent with a differential diagnosis that includes an autism spectrum disorder (including Asperger's syndrome) vs. social (pragmatics) communications disorder, given hx developmental speech delay, difficulty in social interactions and restricted patterns of interests/activities/behaviors. He has come to clinical attention because of significant changes at his job as an astronomer, he is supposed to teach a year long course from a textbook and he describes having problems that may represent a learning disorder, verbal/written processing problems related to an autism spectrum disorder, another cognitive disorder appears less likely at this time. However, he has not undergone any recent neuropsychological testing which will be useful to characterize his strengths and deficits. He also



Partners HealthCare System, Inc.
BRIGHAM & WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

MRN: 18636951 (BWH)
DANTOWITZ,RONALD F
Date of Birth: 07/11/
Sex: M

## Notes from 1/1/2000 through 5/29/2015 (cont)

---

Patient: DANTOWITZ,RONALD F 18636951(BWH) 07/11/ M             Signed 06/09/2014 08:17
Author: Electronically Signed by Joshua R. Leo, M.D.,M.P.H.      Visit Date: 06/05/2014

has untreated moderate sleep apnea (diagnosed by home sleep study) which may also be affecting his sleep and cognition.

He has many strengths including intelligence, some meaningful interpersonal relationships, and stable employment. He does not currently exhibit signs/symptoms of major depression, hypomania/mania, acute psychosis, substance intoxication/withdrawal, delirium or gross inability to care for self.
**RISK ASSESSMENT** (consider violence towards self or others, dangerous substance use, ability to provide adequate self-care/ need for family support/care; **make sure to stress current risks addressed in medical decision making**):

    [ X ]  Low risk of harm to self or others
    [   ]  Other (please specify):
    Assets / Strengths:

**MULTI-AXIAL DIAGNOSES**
    Axis I: Rule out Autism Spectrum Disorder, rule out Social (pragmatics) Communications Disorder
    Axis II: Deferred
    Axis III: As above
    Axis IV: Stressors at work
    Axis V (GAF) Current:   75/100 (Some Transient Mild Symptoms)
    Highest (12 Month):   80/100
    Lowest (12 Month): 70/100
**RECOMMENDATIONS** (please include specifics):

**- No indication for psychotropic medications at this time**

**- Referral for neuropsychological testing for further assessment of social/emotional processing, learning disorder, cognitive strengths/deficits, he verbalized an understanding and was in agreement**

**- Patient advised to keep scheduled appointment in Sleep Medicine for 7/2/2014, he  verbalized an understanding and was in agreement**


[X] I reviewed the risks and benefits of the recommendations with the patient, who understood and agreed.
[ ] The patient does not agree with some or all of the recommendations (explain why and how):
Discussed with psychiatrist, Shreya Raj MD, who is in agreement with assessment and plans.

**FOLLOW-UP RECOMMENDED IN:** Pt to follow up after neuropsychological testing and sleep medicine f/u
**PATIENT RECEIVED A COPY OF THE CLINIC POLICIES AND PROCEDURES:** [X]
**COMMUNICATION WITH REFERRING PHYSICIAN OR OTHER PERTINENT PROVIDERS:**
Plan to communicate initial evaluation/impression/preliminary recommendations to referring clinician


_____
Joshua R. Leo, M.D., M.P.H. (PGY-5)
p 18578