DEFENDANTS D

## Tucker, Stewart

| | |
|---|---|
| From: | Urbonas, Carmen |
| Sent: | Friday, January 11, 2019 2:06 PM |
| To: | Dantowitz, Ronald |
| Cc: | Tucker, Stewart |
| Subject: | Meeting January 10, 2019 |

Ron,

Thank you for working on your performance evaluation in Trakstar.

As noted in my December 13, 2018 email to you (and reiterated in our meetings on 12/14/18, 01/02/2019, and 01/10/2019), weekly status updates must be submitted to Stewart Tucker every Thursday by 3:30 PM. As you have attributed your failure to provide these updates to confusion over how such updates should be delivered, Mr. Tucker made clear yesterday that, effective immediately, all updates must be emailed to him. Our hope is that this will ensure timely delivery and effective communication.

You also requested that I state in writing that failure to meet one's stated job expectations constitutes substandard job performance. As we have repeatedly stated, all employees are required to perform their job in accordance with the standards and expectations established by supervisors, administrators, and School policy. Failure to meet stated deadlines, delivering work that does not meet the quality or quantity expected, and failure to promote student learning all constitute substandard job performance. This applies to all employees. The pattern of discourse that you have demonstrated over the past month, including during yesterday's conversation which you refused to end, signals an inability or unwillingness to acknowledge or accept the job expectations that have been presented to you orally and in writing.

In your role as director of the Clay Center Observatory, we expect you will take the steps necessary to manage your workload and complete all assigned job responsibilities and projects in accordance with the stated expectations. If you have any questions, please email me and Stewart Tucker.

Kind regards,
Carmen

From: Dantowitz, Ronald <rdantowitz@dextersouthfield.org>
Sent: Friday, January 11, 2019 10:31 AM
To: Urbonas, Carmen <curbonas@dextersouthfield.org>
Cc: Tucker, Stewart <stucker@dextersouthfield.org>
Subject: Meeting January 10, 2019

Carmen,

I am continuing my work on my Trakstar evaluation.

DXSF 000476

DXSF 000476

As we discussed in you office with Stewart yesterday at 3:30 pm, you were going to provide me some feedback and/or some comments from our meeting yesterday.

If there was anything significant from our meeting that you wish to share, I look forward to receiving that email from you.

Thank you,

Ron

Ronald F. Dantowitz
Director, Clay Center Observatory
Dexter Southfield
20 Newton Street, Brookline, MA 02445

TEL: 617-959-9945
e-Mail: RDantowitz@DexterSouthfield.org