**PROPUBLICA** CORONAVIRUS BAILOUTS

Donate

*Coronavirus Bailouts*
# Search Every Company Approved for Federal Loans

Search for PPP loan applications by organization, lender, zip code and business type.

Search

Home ›

## CELESTIAL COMPUTING, INC.

**Loan Amount**
**$49,986**

Where they said the money will go

| | |
|---|---|
| Payroll | $49,986 |
| Utilities | $0 |
| Mortgage Interest | $0 |
| Health Care | $0 |
| Rent | $0 |
| Refinance EIDL | $0 |
| Debt Interest | $0 |

**Location**
Chestnut Hill, MA
Urban

**Industry**
All Other Business Support Services

**Business Type**
Corporation

**Jobs Reported**
5

**Lender**
Bank of America, National Association

**Date Approved**
May 1, 2020

**Business Age**

New Business or 2 years or less

Loan Status
Not Disclosed

Companies and nonprofit organizations that receive PPP loans may have the loans forgiven if they meet certain criteria, including not laying off employees during an eight-week period covered by the loan. Applicants must attest in their application that the loans are necessary for their continuing operation. Note: This data includes loan applications approved by banks and submitted to the SBA. It may not reflect money distributed to, or credit used by, a given company.

If you are a representative of this company and believe this record is in error, use this form to let the SBA know.

## Has Your Company Received PPP Money?

We want to know what this means for your workplace. How has your company treated its workers during the crisis? Have you or your colleagues been laid off, furloughed or otherwise affected? Have you seen money used in surprising ways? What do you think we should be reporting on?

Name *

Email *

Phone:

### Our Commitment To Your Privacy

We appreciate you sharing your story and we take your privacy seriously. We are gathering these stories for the purposes of our reporting, and will contact you if we wish to publish any part of your story.

What is the name of your company?

What is your connection to this company?

○ I work there.
○ I used to work there.
○ I'm a customer.
○ Other

We're reporting on what happens as bailout money makes it to businesses. Select either or both of the following if you can help us report.
○ I have a tip or suggestion.
○ I'm available to answer journalists' questions as they arise.

Has this employer responded to the economic crisis with any of the following:
☐ Layoffs/furloughs
☐ Pay cuts
☐ Organizational restructuring
☐ Actions related to unionization or collective bargaining

What do you know about the bailout money this company received or applied for?
☐ I applied or helped with the application process.
☐ I have heard about how the money is being used.
☐ I don't know much about it.

Through which program did the company receive support?
☐ SBA Paycheck Protection Program
☐ Main Street Lending Program
☐ Primary Market Corporate Credit Facility (PMCCF)
☐ Secondary Market Corporate Credit Facility (SMCCF)
☐ I don't know
☐ Other

As bailout money reaches your company, what are you watching for or worried about?

Are there any documents (emails, memos, etc.) you think we should see? You can attach them here or email to bailout@propublica.org.

Upload a file

Some of the bailout programs come with restrictions on executive pay, stock buybacks and dividend payments.

Did your company recently buy back stock or issue a dividend?
○ Yes
○ No
○ I don't know

Has your company changed executive pay?
○ Yes
○ No
○ I don't know

Where are you located?

City

State

Is there anything else we should keep in mind as we report?

Do you want to be notified when ProPublica publishes big investigations? *
◉ Yes
○ No

Saved                                                                                                    Submit

Powered by CityBase.

**About this data**

This data comes from the Small Business Administration, and includes lender-approved loans under the Paycheck Protection Program as of Feb. 1, 2021. Other loan programs, such as Economic Injury Disaster Loans, are not included in this database. The data includes the congressional district of each organization, but for Pennsylvania and North Carolina the districts reflect pre-2018 redistricting.

Journalists: Thank you for using this database. Please cite ProPublica by linking to this page. Questions? Contact us.

ProPublica
ProPublica Illinois
The Data Store
Topics
Series
News Apps
Get Involved
Impact
Corrections

About Us
Board and Advisors
Officers and Staff
Diversity
Jobs and Fellowships
Reports
Media Center
Advertising Policy
Code of Ethics
Privacy Policy

Subscribe by Email
Subscribe by RSS
Twitter
Facebook
iOS and Android
Podcast

Leak to Us
Steal Our Stories
Contact Us
Donate



© Copyright 2017 Pro Publica Inc.