**Conversation with Ron Dantowicz**
Thursday, January 18, 2019
1:00 PM

Assistant Head of School Stewart Tucker (ST) and Director of Human Resources Carmen Urbonas (CU) met with Director of Clay Center Observatory Ronald Dantowitz (RD) to review his job performance as it related to previously stated expectations. This meeting followed four previous meetings (05/30/18, 12/14/18, 01/02/19, and 01/10/19) and several emails (notably, emails dated 06/19/18 and 12/13/18) in which expectations and deadlines for RD were clearly stated by ST and CU. This meeting also followed several requests by CU that RD provide a written status update on the progress of his assignments.

Referencing RD's 6/19/18 email of concrete actionable items, ST noted that RD had met expectations in completing 27 of the 38 "concrete areas that are in need of maintenance, repair, or replacement" prior to the opening of the school year. However, RD failed to notify ST or other leaders until August 30, 2018 of his failure to complete the remaining 11 tasks, including ensuring that the School's flagship telescope was ready and fully operational. RD's failure to ensure the Clay Center Observatory was fully operational at the start of the school year required the School to suspend and/or limit its programs for the first semester of the 2018-2019 academic year. Similarly, RD failed to complete two of the five responsibilities assigned to him by ST in September 2018, and he failed to complete 6 of the 11 tasks assigned to him by CU in her memo dated 12/13/18.

While reviewing his progress, ST reiterated to RD the School's expectation that RD was to have completed all tasks within the timeframes to which RD had committed himself and/or the School had assigned. RD took exception to several areas of failed completion, suggesting he was not clear on expectations and required written clarification for all points, and challenging the semantics of the issue by rhetorically asking, "How late is late?" He also claimed to have completed several tasks that, in fact, were done either partially or not at all. When asked if he recognized these discrepancies, he did not provide an adequate answer. When reminded that deadlines are meant to be met and failure to do so constitutes being late or incomplete, RD again asked, "But how late is late?" ST asked RD if he understood what the word "late" means, to which RD said he did before adding, "If I'm a day late, is it as bad as a week late?" RD repeatedly responded to direct and clear questions with counter-questions, purporting to seek clarity. CU said that a discussion of the semantics of lateness was not productive and should cease; failure to deliver complete work by stated due dates is deemed a failure to meet job expectations.

ST characterized RD's overall tone and discourse as "unprofessional, insubordinate, and distracting," given RD's frequent interruptions, refusal to answer questions directly, and demand that CU and ST provide everything to him in writing. RD was reminded that his expectations and responsibilities had been given to him clearly in writing, as RD had requested. ST also said that RD's consistently aggressive, confrontational conduct and discourse during meetings with ST and CU since his return from leave indicated an unwillingness to perform the duties of his position and to support the mission and leadership of the School at the level of excellence expected of all School employees. ST added that RD's conduct in this meeting was disrespectful and wasted time, underscoring his lack of professionalism and demonstrating poor performance. RD repeatedly insisted on clarification of matters that a director-level

leader is expected to understand, notably RD's repeated questioning of ST as to whether RD should open the School's flagship telescope and run Open Telescope Nights during inclement weather, events which have traditionally been weather-permitting only at the discretion of the Director. When advised that such a decision would be at his discretion, RD insisted on a yes or no answer, and asked in a condescending manner, "Or would this be considered poor performance?" -- a phrase he used repeatedly during the conversation. ST responded that RD's continued attempts to distract and ask insincere questions on this topic were another indication of his refusal to fulfill the duties required of his leadership role, and a sign that he is not fit for employment at the School.

Following a prolonged exchange in which RD demonstrated further highly antagonistic and condescending behavior, repeatedly shrugging and saying dismissively, "If that's what you think," or words to that effect, when a failure of his to perform was noted, CU cited the need to move on from that topic and continue reviewing the list of assigned tasks. In response, RD stated he was not ready to move on, noting he had scheduled the meeting to last for one hour, and he continued to claim that he needed clarification as to how weather issues would affect Open Telescope Night. CU noted that RD's refusal to assume responsibility for such basic decisions called into question his judgment and qualifications to serve as Director of the Clay Center Observatory. RD grew defensive and asked whether CU was questioning his character. CU responded that she was not doing so and that the issue was not his character but his willingness to accept the responsibilities of a leadership capacity and perform the essential functions of his job. ST added that RD must demonstrate greater honesty and professionalism during the remainder of the conversation, reiterating that RD's disrespectful and unprofessional manner suggested that he was unwilling to satisfy the requirements of his job. RD characterized these concrete examples and facts surrounding his failure to perform his job duties as "suppositions," to which ST noted that the facts were not suppositions.

Rather than addressing these general, vital performance concerns, RD again claimed that he needed clarification around the use of the telescopes in the event of inclement weather. CU recommended that RD contact ST on the day of an event if RD was unable to make such a determination. RD responded that he would need to include "weather permitting" in any promotional materials for Open Telescope Night, and admitted that he had not yet done anything to promote the event, despite presenting this task as complete. RD then sought to deflect responsibility for this failure by suggesting that others had failed to provide him with direction and asking whether others would be cited for poor job performance. CU reminded RD that the purpose of the meeting was to discuss his performance, and that as the Director of the Clay Center Observatory, he is expected to assume an active leadership role.

RD's behavior throughout the 01/18/19 meeting was yet another example of the pattern of insubordination, antagonism, and evasive and confrontational discourse that RD has consistently demonstrated over recent weeks. These behaviors were also on full display during RD's 01/10/19 meeting with ST and CU, during which RD refused to end the meeting and leave the Human Resources office despite being asked by CU to do so to allow her to prepare for a scheduled phone call. Through his actions, RD has signaled a consistent refusal to conform to appropriate, respectful and professional standards of behavior and to acknowledge and accept the job expectations that have been presented to him orally and in writing multiple times in recent months.