UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD F. DANTOWITZ,

        Plaintiff.

v.

DEXTER SOUTHFIELD INC.,

    Defendant.

Civil Action No. 20-CV-10540-AK

**PLAINTIFF'S REQUESTED SPECIAL VERDICT FORM**

Pursuant to Fed. R. Civ. P. 49(a), Plaintiff Ronald Dantowitz respectfully requests that the jury be asked to return a special verdict in a form substantially as follows:

*Please answer the following questions in the order presented, and follow the instructions included between the questions.*

1. Do you find that Mr. Dantowitz was terminated in retaliation for exercising his rights under the Family and Medical Leave Act (including but not limited to taking FMLA leave)?

        YES  _____        NO  _____

*Please continue to Question 2.*

2. Do you find that Dexter Southfield School discriminated against Mr. Dantowitz on the basis of his own handicap?

        YES  _____        NO  _____

*Please continue to Question 3.*

3. Do you find that Dexter Southfield School discriminated against Mr. Dantowitz on the basis of his association with his handicapped son?

    YES  _____            NO  _____

*If your answer to one or more of Questions 1, 2, or 3 is YES, proceed to Question 4. If your answer to all of Questions 1-3 is NO, skip to Question 8.*

4. What dollar amount, if any, would fairly and reasonably <u>compensate</u> Mr. Dantowitz for lost compensation and benefits <u>up to the present</u> because of the violation(s) you found in Questions 1-3?

    $_____ (In numbers)

    _____ (In words)

*Please continue to Question 5.*

5. What dollar amount, if any, would fairly and reasonably <u>compensate</u> Mr. Dantowitz for lost compensation and benefits <u>in the future</u> because of the violation(s) you found in Questions 1-3?

    $_____ (In numbers)

    _____ (In words)

*If your answer to one or more of Questions 2 and 3 is YES, proceed to Question 6. If your answer to both Questions 2 and 3 is NO, skip to Question 8.*

6. What dollar amount, if any, would fairly and reasonably <u>compensate</u> Mr. Dantowitz for emotional pain, suffering, humiliation, loss of reputation, loss of enjoyment of life or other noneconomic losses as a result of Dexter Southfield's actions?

$_____ (In numbers)

_____ (In words)

*Please continue to Question 7.*

7. What dollar amount, if any, do you award in <u>punitive damages</u> based on the violation(s) you have found when answering Questions 2 and/or 3?

$_____ (In numbers)

_____ (In words)

*Please continue to Question 8.*

8. Do you find that Dexter Southfield School interfered with Mr. Dantowitz's FMLA rights?

YES  _____    NO  _____

*If your answer to Question 8 is YES, please continue to Question 9. If your answer to Question 8 is NO, the foreperson should sign their name below and alert the Court Officer that you have completed the form.*

9. What dollar amount, if any, would fairly and reasonably <u>compensate</u> Mr. Dantowitz for lost compensation and benefits <u>up to the present</u> because of the violation(s) you found in Question 8?

$_____ (In numbers)

_____ (In words)

*Please continue to Question 10.*

10. How much, if any, of the dollar amount in Question 9 is <u>not</u> already included in your answer to Question 4? (If you did not answer Question 4, your answer will be the same as for Question 9.)

$_____ (In numbers)

_____ (In words)

*Please continue to Question 11.*

11. What dollar amount, if any, would fairly and reasonably <u>compensate</u> Mr. Dantowitz for lost compensation and benefits <u>in the future</u> because of the violation(s) you found in Question 8?

$_____ (In numbers)

_____ (In words)

*Please continue to Question 12.*

12. How much, if any, of the dollar amount in Question 11 is <u>not</u> already included in your answer to Question 5? (If you did not answer Question 5, your answer should be the same as for Question 11.)

$_____ (In numbers)

_____ (In words)

*If your answers to Questions 9 and 11 are both zero, continue to Question 13. Otherwise, the foreperson should sign their name below and alert the Court Officer that you have completed the form.*

13. What dollar amount, if any, do you award in <u>actual monetary loss</u> to Mr. Dantowitz (other than lost compensation and benefits) due to the violation you found in Question 8, up to a maximum of $24,576.92?

$ $_____ (In numbers)

_____ (In words)

*At this point, the foreperson should sign their name below and alert the Court Officer that you have completed the form.*

_____       _____
Date                                                            Foreperson

Respectfully submitted,

/s/ David A. Russcol
Inga S. Bernstein (BBO #627251)
David A. Russcol (BBO #670768)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020
ibernstein@zalkindlaw.com
drusscol@zalkindlaw.com

Dated: January 27, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on January 27, 2023.

/s/ David A. Russcol
David A. Russcol