IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br><br>        Plaintiff,<br>v.<br><br>DEXTER SOUTHFIELD, INC.,<br>CARMEN ALIBER, and<br>STEWART TUCKER,<br><br>        Defendants. | CIVIL ACTION NO. 20-CV-10540-AK |

## DEFENDANTS' PROPOSED SPECIAL VERDICT SLIP

**DISABILITY DISCRIMINATION**

    1.    Did Plaintiff prove by a preponderance of evidence that Dexter Southfield School unlawfully discriminated against Ronald Dantowitz by terminating his employment on the basis of a disability?

    YES_____          NO_____

    PROCEED TO QUESTION NO. 2.

**ASSOCIATIONAL DISCRIMINATION**

    2.    Did Plaintiff prove by a preponderance of evidence that Dexter Southfield School unlawfully discriminated against Ronald Dantowitz by terminating his employment because of his association with his disabled son?

    YES_____          NO_____

    PROCEED TO QUESTION NO. 3.

**FMLA INTERFERENCE**[1]

3. Did Plaintiff prove by a preponderance of evidence that Dexter Southfield School interfered with Ronald Dantowitz's right to take FMLA leave?

PROCEED TO QUESTION NO. 4.

YES_____          NO_____

**FMLA RETALIATION**

4. Did Plaintiff prove by a preponderance of evidence that Dexter Southfield School wrongfully terminated Ronald Dantowitz's employment in retaliation for taking FMLA leave?

YES_____          NO_____

INSTRUCTIONS BEFORE ANSWERING QUESTION NO. 5:

ONLY ANSWER QUESTION NO. 5 IF YOU ANSWERED "YES" TO QUESTION NOS. 1, 2 OR 4.  OTHERWISE, IF YOU HAVE ANSWERED "NO' TO ALL OF THE ABOVE QUESTIONS, YOUR DELIBERATIONS ARE COMPLETE.  PLEASE REPORT TO THE COURT THAT YOU HAVE REACHED A VERDICT.

**DAMAGES**

5. What amount of monetary damages will fully and fairly compensate Ron Dantowitz for any damages he has suffered:

(i) Back Pay

Amount in figures:        $_____

Amount in words:         $_____

(ii) Front Pay

---

[1] It does not clear what damages are available for FMLA interference.

-3-

        Amount in figures:        $_____

        Amount in words:        $_____

(iii)    <u>Emotional Distress</u> (Answer only if you answered "Yes" to Question No. 1 or 2).

        Amount in figures:        $_____

        Amount in words:        $_____

IF YOU ANSWERED "YES" TO QUESTION NO. 1 OR 2, PLEASE GO TO QUESTION NO. 6.  OTHERWISE, YOUR DELIBERATIONS ARE COMPLETE.  PLEASE REPORT TO THE COURT THAT YOU HAVE REACHED A VERDICT.

6.    Did Plaintiff prove by a preponderance of evidence that Dexter Southfield School acted egregiously or outrageously because of an evil motive or reckless indifference to Ron Dantowitz's rights?

    YES_____        NO_____

IF YOU ANSWERED "YES" TO QUESTION NO. 6, PLEASE GO TO QUESTION NO. 7.  OTHERWISE, YOUR DELIBERATIONS ARE COMPLETE.  PLEASE REPORT TO THE COURT THAT YOU HAVE REACHED A VERDICT.

7.    What amount of damages, if any, are appropriate to punish Dexter Southfield School and to deter future acts of discrimination?

        Amount in figures:        $_____

        Amount in words:        $_____

                          Respectfully submitted,

-4-

        DEXTER SOUTHFIELD, INC.,
        CARMEN ALIBER, and
        STEWART TUCKER,

        By their attorneys,

        */s/ Anthony L. DeProspo, Jr.*
        Anthony L. DeProspo, Jr. (BBO No. 644668)
        (adeprospo@shpclaw.com)
        Cara E. Murphy (BBO No. 709521)
        (cmurphy@shpclaw.com)
        SCHWARTZ HANNUM PC
        11 Chestnut Street
        Andover, MA 01810
        Telephone: (978) 623-0900
        Facsimile:  (978) 623-0908

Date:  January 27, 2023

-5-

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 27th day of January 2023.

                                              */s/ Anthony L. DeProspo, Jr.*
                                              Anthony L. DeProspo, Jr.