UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br><br>          Plaintiff.<br><br>v.<br><br>DEXTER SOUTHFIELD INC.,<br><br><br><br>Defendant. | Civil Action No. 20-CV-10540-AK |

**JOINT SUBMISSION OF REQUESTED VOIR DIRE QUESTIONS**

Pursuant to Fed. R. Civ. P. 47(a), the Parties respectfully request that prospective jurors be asked the following questions:

**Plaintiff's Requests**

1. Have you previously been involved in a court case as a party, witness, or juror, or had any other involvement in the legal system?

2. Do you believe jury service is a waste of time?

3. Have you or anyone close to you ever been an employee or independent contractor for Dexter Southfield School?

4. Do you know anyone employed by Dexter Southfield School?

5. Did you or anyone close to you ever attend the Dexter Southfield School?

6. This case involves a private K-12 educational institution. Have you or anyone close to you had any experience with public or private schools that could affect your views on this case?

7. Have you or anyone close to you ever been in a management or supervisor position over other employees?

8. Have you or anyone close to you ever been in a Human Resources or Personnel job or role?

9. Are you more likely to believe a witness who is a manager, supervisor, or Human Resources professional?  **Defendants object.**

10. Do you own your own business?

11. Have you ever terminated or disciplined an employee, or participated in such a decision?

12. Have any of your decisions in the workplace ever been subject to a complaint or lawsuit? **Defendants object.**

13. Have you or anyone close to you ever been accused of disability discrimination, or been put in a difficult situation where a person's disability was an issue? **Defendants object.**

14. Have you or anyone close to you ever filed a complaint with the Massachusetts Commission Against Discrimination, the Equal Employment Opportunity Commission, or the Department of Labor? **Defendants object.**

15. Some people think that there are too many lawsuits over discrimination being filed these days. Do you agree with that?  **Defendants object.**

16. Do you believe that people who sue for discrimination win too often?  **Defendants object.**

17. Do you believe that it is too easy for someone to sue and win big verdicts in our courts? **Defendants object.**

18. Have you, or has anyone close to you ever taken family or medical leave from work and had difficulty after coming back to work?  **Defendants object.**

19. Do you have any feelings in favor of, or against, individuals who need to take substantial time off from work in order to care for a family member?

20. Are you, or is anyone close to you, on the autism spectrum? **Defendants object.**

21. Do you or anyone close to you have responsibility for caring for a child with special needs? **Defendants object.**

22. Do you believe you could fairly apply a law that protects employees against retaliation for taking family or medical leave?  **Defendants object.**

23. Do you believe you could fairly apply a law that protects employees against discrimination because of their disability?  **Defendants object.**

24. Do you believe you could fairly apply a law that protects employees against discrimination because their child has a disability?  **Defendants object.**

25. Do you know of any fact or reason which would tend to make you more inclined to rule for or against any of the parties, before hearing the evidence?

26. Do you feel that you would have difficulty awarding large money damages if the evidence warranted such an award?  **Defendants object.**

27. Do you feel that you would have difficulty awarding damages for emotional distress if the evidence warranted such an award?  **Defendants object.**

28. Do you believe that it is important to hold employers who engage in illegal discrimination accountable?  **Defendants object.**

29. Have you or your employer ever been sued or investigated by a government agency for discrimination or retaliation?

**Defendant's Requests**

30. Have you ever considered filing a lawsuit but decided against it?

31. Have you experienced a significant hardship in the past three years?

32. Have you or someone close to you ever been victimized by unfair treatment in the workplace?

33. Have you ever made a request for a disability accommodation from your employer?

34. Do you think it is common for employees to be discriminated against based on a disability? **Plaintiff objects.**

35. Have you or someone close to you ever requested FMLA leave or some other medical leave from work?

36. Have you or someone close to you ever been denied FMLA leave or some other medical leave from work?

37. Have you or someone close to you ever taken FMLA leave to care for a family member?

38. In a dispute between an employee and an employer, would you tend to believe the employee?

39. In a dispute between an employee and his or her supervisor, would you tend to believe the employee?

40. Have you or someone close to you ever been discriminated against at work?

41. Have you or someone close to you ever been retaliated against at work?

42. Have you, any member of your immediate family, any relative by blood or marriage, or any close personal friend been diagnosed with Autism Spectrum Disorder? **Plaintiff objects.**

43. Do you believe that an employer who is sued must prove that it did nothing wrong? **Plaintiff objects.**

44. Do you believe that an employee who goes to the trouble of filing a lawsuit must have a valid case? **Plaintiff objects.**

45. Have you ever felt that you were being pushed out by your employer or supervisor?

46. Have you ever felt unfairly scrutinized by a new supervisor? **Plaintiff objects.**

47. Do you believe that a lawsuit must have some merit if it is not settled before trial? **Plaintiff objects.**

48. Do you believe that employers tend to resent employees who take medical leaves? **Plaintiff objects.**

49. Do you believe an employer will look for ways to get rid of an employee they do not like?

50. Do you believe Human Resource departments put the interests of the employer ahead of the employees?

51. Do you believe that Human Resource departments cannot be trusted to protect employee rights in the workplace?

52. Do you believe employees who take leaves of absence are often pushed out of their jobs? **Plaintiff objects.**

53. Would you tend to believe a disabled employee who claimed he or she experienced discrimination or retaliation at work?

54. Do you believe that disabled employees are often singled out for unfair treatment in the workplace? **Plaintiff objects.**

55. Do you believe employers often look for ways to get rid of disabled employees? **Plaintiff objects.**

        Respectfully submitted,

        /s/ David A. Russcol
        Inga S. Bernstein (BBO #627251)
        David A. Russcol (BBO #670768)
        Zalkind Duncan & Bernstein LLP
        65a Atlantic Avenue
        Boston, MA 02110
        (617) 742-6020
        ibernstein@zalkindlaw.com
        drusscol@zalkindlaw.com

                DEXTER SOUTHFIELD, INC.,
                CARMEN ALIBER, and
                STEWART TUCKER,

                By their attorneys,

                */s/ Anthony L. DeProspo, Jr.*
                Anthony L. DeProspo, Jr. (BBO No. 644668)
                (adeprospo@shpclaw.com)
                Cara E. Murphy (BBO No. 709521)
                (cmurphy@shpclaw.com)
                SCHWARTZ HANNUM PC
                11 Chestnut Street
                Andover, MA 01810
                Telephone: (978) 623-0900
                Facsimile:  (978) 623-0908

Date:  January 27, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on January 27, 2023.

/s/ David A. Russcol
David A. Russcol
