## 2022 W-2 and EARNINGS SUMMARY 

### W-2 Employee Reference Copy — Wage and Tax Statement 2022
Copy C for employee's records.  OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000110 BOST/GC4 | | | A    3 |

**c Employer's name, address, and ZIP code**
CELESTIAL COMPUTING INC
ONE HARVARD ST SUITE 4
BROOKLINE  MA  02445

Batch #01235

**e/f Employee's name, address, and ZIP code**
RONALD F DANTOWITZ
ONE HARVARD ST
SUITE 4
BROOKLINE  MA  02445

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 04-3286482 | |
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 160000.00 | 28677.19 |
| 3 Social security wages | 4 Social security tax withheld |
| 147000.00 | 9114.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 160000.00 | 2320.00 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| 505.68 MAPFML | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| 15 State  Employer's state ID no. | 16 State wages, tips, etc. |
| MA  WTH11442960-003 | 160000.00 |
| 17 State income tax | 18 Local wages, tips, etc. |
| 6700.00 | |
| 19 Local income tax | 20 Locality name |

---

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 160,000.00 | 160,000.00 | 160,000.00 | 160,000.00 |
| Wages Over Limit | N/A | 13,000.00 | N/A | N/A |
| **Reported W-2 Wages** | 160,000.00 | 147,000.00 | 160,000.00 | 160,000.00 |

**2. Employee Name and Address.**

RONALD F DANTOWITZ
ONE HARVARD ST
SUITE 4
BROOKLINE  MA  02445

© 2022 ADP, Inc.

---

### Federal Filing Copy — W-2 Wage and Tax Statement 2022
Copy B to be filed with employee's Federal Income Tax Return.

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 160000.00 | 28677.19 |
| 3 Social security wages | 4 Social security tax withheld |
| 147000.00 | 9114.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 160000.00 | 2320.00 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000110 BOST/GC4 | | | A    3 |

CELESTIAL COMPUTING INC
ONE HARVARD ST SUITE 4
BROOKLINE  MA  02445

b Employer's FED ID number 04-3286482   a Employee's SSA number

7 Social security tips | 8 Allocated tips
9 | 10 Dependent care benefits
11 Nonqualified plans | 12a See instructions for box 12
14 Other  505.68 MAPFML | 12b / 12c / 12d
13 Stat emp. Ret. plan 3rd party sick pay

RONALD F DANTOWITZ
ONE HARVARD ST
SUITE 4
BROOKLINE  MA  02445

15 State MA  WTH11442960-003 | 16 State wages, tips, etc. 160000.00
17 State income tax 6700.00 | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

### MA.State Reference Copy — W-2 Wage and Tax Statement 2022
Copy 2 to be filed with employee's State Income Tax Return.

(Same figures: Wages 160000.00; Fed tax 28677.19; SS wages 147000.00; SS tax 9114.00; Medicare wages 160000.00; Medicare tax 2320.00; Control 000110 BOST/GC4  A 3; FED ID 04-3286482; Other 505.68 MAPFML; State MA WTH11442960-003; State wages 160000.00; State income tax 6700.00)

### MA.State Filing Copy — W-2 Wage and Tax Statement 2022
Copy 2 to be filed with employee's State Income Tax Return.

(Same figures as above.)

RD-ZDB0042