IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RONALD F. DANTOWITZ,<br><br>         Plaintiff,<br>v.<br><br>DEXTER SOUTHFIELD, INC.,<br>CARMEN ALIBER, and<br>STEWART TUCKER,<br><br>         Defendants. | CIVIL ACTION NO. 20-CV-10540-AK |

## PARTIAL STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of Claims 1, 2, 6, and 7 of the Complaint with prejudice <u>as to Defendants Carmen Aliber and Stewart Tucker only</u>, with each party to bear its own costs.

Respectfully submitted,

| RONALD DANTOWITZ, | DEXTER SOUTHFIELD, INC.,<br>CARMEN ALIBER, and<br>STEWART TUCKER, |
|---|---|
| By his attorneys, | By their attorneys, |
| */s/David A. Russcol*<br>Inga S. Bernstein (BBO #627251)<br>David A. Russcol (BBO #670768)<br>Zalkind Duncan & Bernstein LLP<br>65a Atlantic Avenue<br>Boston, MA 02110<br>(617) 742-6020<br>ibernstein@zalkindlaw.com<br>drusscol@zalkindlaw.com | */s/ Anthony L. DeProspo, Jr.*<br>Anthony L. DeProspo, Jr. (BBO No. 644668)<br>(adeprospo@shpclaw.com)<br>Cara E. Murphy (BBO No. 709521)<br>(cmurphy@shpclaw.com)<br>SCHWARTZ HANNUM PC<br>11 Chestnut Street<br>Andover, MA 01810<br>Telephone: (978) 623-0900<br>Facsimile:  (978) 623-0908 |

Date:  February 6, 2023

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 6th day of February 2023.

                                                */s/ David A. Russcol*
                                                David A. Russcol