IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
)
RONALD F. DANTOWITZ,                              )
)
             Plaintiff,                    )
)
v.                                                )          CIVIL ACTION NO. 20-CV-10540-AK
)
DEXTER SOUTHFIELD, INC.,                          )
)
             Defendant.                    )
)
_____)

## SPECIAL VERDICT SLIP

### DISABILITY DISCRIMINATION

1.      Did Ronald Dantowitz prove by a preponderance of evidence that Dexter Southfield School unlawfully discriminated against him by terminating his employment on the basis of a disability?

      YES_____          NO__X__

PROCEED TO QUESTION NO. 2.

### ASSOCIATIONAL DISCRIMINATION

2.      Did Ronald Dantowitz prove by a preponderance of evidence that Dexter Southfield School unlawfully discriminated against him by terminating his employment because of his association with his disabled son?

      YES_____          NO__X__

PROCEED TO QUESTION NO. 3.

**FMLA INTERFERENCE**

3.　　Did Ronald Dantowitz prove by a preponderance of evidence that Dexter

Southfield School interfered with his right to take FMLA leave?

YES__X__　　　　　NO_____

PROCEED TO QUESTION NO. 4.

NOTE: IF YOU ANSWERED YES TO QUESTION NO. 3, ALSO ANSWER NO. 8.  IF YOU
ANSWERED NO TO QUESTION NO. 3, SKIP QUESTION 8.

**FMLA RETALIATION**

4.　　Did Ronald Dantowitz prove by a preponderance of evidence that Dexter

Southfield School wrongfully terminated his employment in retaliation for taking FMLA leave?

YES__X__　　　　　NO_____

INSTRUCTIONS BEFORE ANSWERING QUESTION NO. 5:

ONLY ANSWER QUESTION NO. 5 IF YOU ANSWERED "YES" TO QUESTION NOS. 1, 2
OR 4.  OTHERWISE, IF YOU HAVE ANSWERED "NO' TO ALL OF THE ABOVE
QUESTIONS, YOUR DELIBERATIONS ARE COMPLETE.  PLEASE REPORT TO THE
COURT THAT YOU HAVE REACHED A VERDICT.

**DAMAGES**

5.　　What amount of monetary damages will fully and fairly compensate Ron

Dantowitz for any damages he has suffered:

(i)　　Back Pay

Amount in figures:　　$ _15,000_

Amount in words:　　$ _Fifteen Thousand dollars_

(ii)　　Front Pay

Amount in figures:　　$ _0_

Amount in words: $ _zero dollars_

(iii) <u>Emotional Distress</u> (Answer only if you answered "Yes" to Question No. 1 or 2).

Amount in figures: $ _n/a_

Amount in words: $ _n/a_

IF YOU ANSWERED "YES" TO QUESTION NO. 1 OR 2, PLEASE GO TO QUESTION NO. 6.  OTHERWISE, YOUR DELIBERATIONS ARE COMPLETE.  PLEASE REPORT TO THE COURT THAT YOU HAVE REACHED A VERDICT.

6.      Did Ronald Dantowitz prove by a preponderance of evidence that Dexter

Southfield School acted egregiously or outrageously because of an evil motive or reckless

indifference to his rights?

YES_____          NO_____     _n/a_

IF YOU ANSWERED "YES" TO QUESTION NO. 6, PLEASE GO TO QUESTION NO. 7. OTHERWISE, YOUR DELIBERATIONS ARE COMPLETE.  PLEASE REPORT TO THE COURT THAT YOU HAVE REACHED A VERDICT.

7.      What amount of damages, if any, are appropriate to punish Dexter Southfield

School and to deter future acts of discrimination?

Amount in figures: $ _n/a_

Amount in words: $ _n/a_

IF YOU ANSWERED "YES" TO QUESTION NO. 3, PLEASE GO TO QUESTION NO. 8. OTHERWISE, YOUR DELIBERATIONS ARE COMPLETE. PLEASE REPORT TO THE COURT THAT YOU HAVE REACHED A VERDICT.

8.     What amount of damages, if any, are appropriate to fully and fairly compensate

Ronald Dantowitz for any losses between September 14, 2018 and October 1, 2018?

Amount in figures:     $ 0

Amount in words:     Zero dollars

Date: February 17, 2023

Foreperson's signature

-4-