✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Masschusetts

Dantowitz

V.

Dexter Southfield, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 20-cv-10540-AK

| PRESIDING JUDGE<br>Honorable Angel Kelley | | PLAINTIFF'S ATTORNEY<br>Bernstein, Russcol | | | DEFENDANT'S ATTORNEY<br>DeProspo Jr., Murphy |
| --- | --- | --- | --- | --- | --- |
| TRIAL DATE (S)<br>2/6/2023 - 2/17/2023 | | COURT REPORTER<br>L. Walsh | | | COURTROOM DEPUTY<br>M. Lara |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 2/7/2023 | | | Witness (1) Ronald F. Dantowitz - chalk of telescope |
| 45 | 45 | 2/7/2023 | Y | Y | Community Telescope Nights – Dexter Southfield" printout from Dexter Southfield website. |
| 1-49 | 1-49 | 2/8/2023 | Y | Y | (1) Ronald F. Dantowitz - JOINT EXHIBITS 1-49 ADMITTED INTO EVIDENCE. |
| 50 | | 2/8/2023 | Y | Y | Photograph of telescope mirror before and after Summer 2018 cleaning (RD-ZDB0020) |
| J | | 2/9/2023 | Y | | (1) Ronald F. Dantowitz - Email dated 9/14/18 from T. Vincent to R. Dantowitz (DXSF 416) |
| K | | 2/9/2023 | Y | | Email dated September 14, 2018 from R. Dantowitz to S. Tucker (DXSF 377) |
| 30a | | 2/9/2023 | Y | Y | Clearer copy of Joint Exhibit 30, previously admitted on 2/8/23 |
| | | 2/10/2023 | | | Witness (2) Dr. Daniel Steinberg |
| | 51 | 2/10/2023 | Y | Y | (1) Ronald F. Dantowitz - Mars Scientific Photo of Virgin Galactic |
| | 52 | 2/10/2023 | Y | Y | Declaration of Ronald F. Dantowitz dated September 28, 2021 |
| | 53 | 2/10/2023 | Y | Y | Email dated 10/10/2018 from R. Dantowitz to C. Aliber |
| | 54 | 2/10/2023 | Y | Y | Email dated 10/11/2018 from R. Dantowitz to C. Aliber |
| | 55 | 2/10/2023 | Y | Y | Email dated 10/25/2018 from R. Dantowitz to C. Aliber |
| | 56 | 2/13/2023 | Y | Y | (1) Ronald F. Dantowitz - Email dated 1/11/2019 from C. Aliber to R. Dantowitz (DXSF 476-477) |
| | 57 | 2/13/2023 | Y | Y | MARS sceitific website pages |
| | 58 | 2/13/2023 | Y | Y | Email dated June 9, 2014 |
| | 59 | 2/13/2023 | Y | Y | 2018 Dantowitz Federal Tax Return |
| | 60 | 2/13/2023 | Y | Y | 2019 Dantowitz Federal Tax Return |
| | 61 | 2/13/2023 | Y | Y | 2020 Dantowitz Federal Tax Return |
| | 62 | 2/13/2023 | Y | Y | 2021 Dantowitz Federal Tax Return |
| | 63 | 2/13/2023 | Y | Y | Uniform Residential Loan Application dated September 16, 2021 |
| | | 2/13/2023 | | | Witness (3) Michael Williams |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   2   Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Dantowitz | vs. | Dexter Southfield, Inc. | CASE NO. 20-cv-10540-AK | | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | 2/14/2023 | | | Witness (4) Robert Phinney | |
| | | 2/14/2023 | | | Witness (5) Stewart Tucker | |
| | | 2/14/2023 | | | Witness (6) Dr. Norman Wittels | |
| | | 2/14/2023 | | | Witness (7) Emilia Guy | |
| 64 | | 2/14/2023 | Y | Y | Witness (8) Carmen Aliber - C. Aliber notes 2/14/18 and 5/30/18 | |
| 65 | | 2/15/2023 | Y | Y | (8) Carmen Aliber - C. Aliber notes 8/30/18, 10:16 AM, and 9/11/18 | |
| 66 | | 2/15/2023 | Y | Y | Email dated 9/11/18 from R. Dantowitz to C. Aliber (DXSF 345) | |
| 67 | | 2/15/2023 | Y | Y | Email dated 9/11/18, 3:07 PM from C. Aliber to R. Dantowitz (DXSF 364) | |
| 68 | | 2/15/2023 | Y | Y | C. Aliber notes 1/22/19 | |
| | | 2/15/2023 | | | Witness (9) Faith Dantowitz | |
| | | 2/16/2023 | | | (9) Faith Dantowitz | |
| | | 2/16/2023 | | | (10) Todd Vincent | |

Page   2   of   2   Pages