UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ronald F. Dantowitz
          Plaintiff(s)

    v.                           Civil Action No. 20-cv-10540-AK

Dexter Southfield, Inc.
          Defendant(s)

## JUDGMENT IN A CIVIL CASE

**A. KELLEY, D.J.**

_X_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____   **Decision by the Court.** This action came to a trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HERBEY ORDERED AND ADJUDGED:**

Judgment is hereby entered for Defendant as to the Disability Discrimination and Associational Discrimination claims.

Judgment is hereby entered for Plaintiff as to the FMLA Interference Claim in the amount of $0. Judgment is hereby entered for Plaintiff as to the FMLA Retaliation Claim in the amount of $15,000.00.

Dated: March 8, 2023                             By the Court,

                                                              /s/ Miguel Lara
                                                               Deputy Clerk

**NOTE:** The post-judgment interest rate effective this date is 5.04%.