Question for Judge Kelley

Can we please have clarification on the Employer Notification Requirements (5 day rule) for informing an employee of their FMLA rights? (including whether was in effect as a law as of Aug 30 2018)?

— February 17, 2023

Fore person

EXHIBIT
M
2-17-23