# Exhibit A

| Type | Date | Hours | User | Description |
|---|---|---|---|---|
| TimeEntry | 11/14/2022 | 0.8 | Inga Bernstein | Prepare for hearing.  Appear for hearing.  Confer with Attorney Russcol. |
| TimeEntry | 11/15/2022 | 0.2 | Inga Bernstein | Review Trial Order. |
| TimeEntry | 11/29/2022 | 0.6 | Inga Bernstein | Meet with David re:  trial prep and client meeting. |
| TimeEntry | 11/30/2022 | 2.1 | Inga Bernstein | Meet with Ron and Faith, with David. |
| TimeEntry | 12/8/2022 | 0.5 | Inga Bernstein | Review case communications, select documents, and confer with Attorney Russcol re:  witness and exhibit lists. |
| TimeEntry | 12/14/2022 | 0.3 | Inga Bernstein | Pull together materials for review. |
| TimeEntry | 12/16/2022 | 2.1 | Inga Bernstein | Review case communications and exhibits.  Meet with David and Daisy on trial prep.  (.5) Email opposing counsel and court re:  1/6 deadline extension.  Draft and file motion to extend 1/6 deadlines. |
| TimeEntry | 12/19/2022 | 3.1 | Inga Bernstein | Review depositions & case documents/exhibits. |
| TimeEntry | 12/20/2022 | 5.1 | Inga Bernstein | Continued review of defendants' proposed exhibits. (1.7) Confer with David and review Defendant's proposed exhibits.  (2.2) Phone call with Ron and David. (1.2) |
| TimeEntry | 12/21/2022 | 1.2 | Inga Bernstein | Prepare for call with mediator.  Call with Holtz.  Revise letter to Dr. Friedman.  Confer with David. |
| TimeEntry | 12/22/2022 | 0.7 | Inga Bernstein | Review and comment on draft objections.  Confer with Attorney Russcol. |
| TimeEntry | 12/23/2022 | 1 | Inga Bernstein | Confer with David re:  to do list and issues.  Review email exchange with Suzie H. |
| TimeEntry | 12/30/2022 | 2.6 | Inga Bernstein | Confer with David.  (.3) Video meeting with Ron, Faith and David to prepare for mediation. (2.3) |
| TimeEntry | 1/3/2023 | 2.5 | Inga Bernstein | Review and edit mediation memo.  Zoom meeting with Ron, Faith and David.  Confer with David. |
| TimeEntry | 1/4/2023 | 7.5 | Inga Bernstein | Mediation. |
| TimeEntry | 1/5/2023 | 0.2 | Inga Bernstein | Legal research on FMLA liquidated damages. |
| TimeEntry | 1/6/2023 | 2 | Inga Bernstein | Review DXSF Draft Joint PTM.  Confer with David.  Email Rob Mantell and Dave Belfort.  Work on Joint PTM. |
| TimeEntry | 1/8/2023 | 2.4 | Inga Bernstein | Review case materials, esp CA depo transcript & exhibits. |
| TimeEntry | 1/9/2023 | 1.4 | Inga Bernstein | Confer with David. (.7)  Meet and confer with Opposing counsel. (.7) |
| TimeEntry | 1/10/2023 | 0.4 | Inga Bernstein | Meet and confer with opposing counsel and David. |
| TimeEntry | 1/11/2023 | 1.2 | Inga Bernstein | Review DXSF Motions in Limine.  Confer with David. Update to-do list. |
| TimeEntry | 1/12/2023 | 2.5 | Inga Bernstein | Confer with Daisy and David re:  exhibits, motions and other trial prep issues.  Video call with Jeanne Robertson and David (2 hr) |
| TimeEntry | 1/13/2023 | 3.6 | Inga Bernstein | Meeting with Ron, Faith and David.  Confer with David. Preliminary work on MIL oppositions. |
| TimeEntry | 1/16/2023 | 4.8 | Inga Bernstein | Work on Oppositions to Motions in Limine.  Review defendants' newly filed MIL. |
| TimeEntry | 1/17/2023 | 6.6 | Inga Bernstein | Work on finalizing and filing MIL oppositions. |
| TimeEntry | 1/18/2023 | 0.6 | Inga Bernstein | Confer with David.  Assist with letter to clerk. |
| TimeEntry | 1/19/2023 | 4.3 | Inga Bernstein | Prepare for PTC.  Appear for PTC. Confer with Ron & David. |
| TimeEntry | 1/20/2023 | 0.9 | Inga Bernstein | Call with Dr. Wittels (.9) (IB joined a little late) |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 1/23/2023 | 1.6 | Inga Bernstein | Review case communications.  Coordinate depo prep with Faith. Confer with David.  Efforts to reach Dr. Friedman.  Confer with Jeanne Robertson. |
| TimeEntry | 1/24/2023 | 2.1 | Inga Bernstein | Case communications.  Continue to try to reach Dr. Friedman.  Phone call with Friedman.  Prep for meeting with Faith and meeting with Faith. |
| TimeEntry | 1/25/2023 | 2.9 | Inga Bernstein | Prep with Faith.  Call with DeProspo and David re: subpoenas. |
| TimeEntry | 1/26/2023 | 4.8 | Inga Bernstein | Confer with David.  Review and revise draft jury instructions.  Review Verdict slip.  Meet with Michael Williams.  Review contested exhibits submission.  Preliminary review of draft Voir Dire questions. |
| TimeEntry | 1/27/2023 | 4.7 | Inga Bernstein | Travel to/from Andover and appear with Faith at deposition. (2.5)  Work on tax stipulation. Confer with Ron.  Review their responses to proposed jury instructions.  Review responses to proposed voir dire. |
| TimeEntry | 1/28/2023 | 1.5 | Inga Bernstein | Trial exam prep:  RD & others. |
| TimeEntry | 1/29/2023 | 5.8 | Inga Bernstein | Confer with David re:  trial prep issues/questions.  Prepare for call with colleague on voir dire.  Phone call with colleague. Review deposition transcripts as part of trial prep.  Prep session with Ron (2.0) |
| TimeEntry | 1/30/2023 | 4.2 | Inga Bernstein | Review exhibits for trial prep.  Trial Prep with Ron (2 hrs). Email Santos.  Review draft Stip of Dismissal.  Review TED Talk segment.  Trial planning. |
| TimeEntry | 1/31/2023 | 5.7 | Inga Bernstein | Prepare for Initial Charge Conference.  Confer with David and Daisy (for some). (1.0) Communications with Ron.  Review revised draft Stipulation on Income and edit transmittal to opposing counsel.  Trial prep with Ron (1.5) |
| TimeEntry | 2/1/2023 | 4.3 | Inga Bernstein | Travel to/from court and appear for pretrial hearing. (4.1)  Review notes from hearing.  Reschedule prep session with Ron. |
| TimeEntry | 2/2/2023 | 3.3 | Inga Bernstein | Trial prep with Daisy & David (exhibits, binders).  Trial prep (stip, witnesses) with David.  Review revised draft Stipulation.  Work on opening. |
| TimeEntry | 2/3/2023 | 8.9 | Inga Bernstein | Trial prep, continue to prep for RD testimony (1.3)  Prep with Ron.  (9:45-12; 2-5) Confer with David & Daisy on various trial prep issues. |
| TimeEntry | 2/4/2023 | 7.7 | Inga Bernstein | Trial prep: Review case materials, including exhibits & transcripts, materials from client.  Examination prep with Ron. (4 hr) |
| TimeEntry | 2/5/2023 | 9.7 | Inga Bernstein | Trial prep. Work on Opening, RD examination.  Confer with Opposing Counsel.  Confer with David & client.  Prep with Ron. |
| TimeEntry | 2/6/2023 | 14.4 | Inga Bernstein | Trial prep:  work on Opening (2.8) Travel to/from court (8-8:35; 3:30-4) Appear for trial (Day 1, jury selection) (8:35-3:30) (less .5 lunch)  Check in with paralegals, David.  Prepare for day 2.  Communications with Opposing counsel.  Meet with Ron to prepare for testimony.  Work on examination. |
| TimeEntry | 2/7/2023 | 7.9 | Inga Bernstein | Travel to/from and attend trial (5.0)   Meet with Ron and David (1.7) Trial prep with Ron (1.2) |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 2/8/2023 | 12.7 | Inga Bernstein | Prepare for Trial day 3 (2.3)  Travel to court.  Appear for Trial. (5.1). Prepare for trial.  Meet with Ron. (5.3) |
| TimeEntry | 2/9/2023 | 8.8 | Inga Bernstein | Trial prep. (1.1)  Travel to and appear in court.  (5.0) Continued trial prep (2.7) |
| TimeEntry | 2/10/2023 | 7 | Inga Bernstein | Trial prep for Day 5. (1.5) Travel to Court & appear for Trial (5.5) |
| TimeEntry | 2/12/2023 | 4.4 | Inga Bernstein | Trial prep: Meet with Faith.  Review Attorney Russcol's draft examination of Williams, Wittels.  Work on Re-Direct prep. |
| TimeEntry | 2/13/2023 | 10.9 | Inga Bernstein | Trial prep. (1.1)  Travel to/from and appear in court (8.8) |
| TimeEntry | 2/13/2023 | 0.4 | Inga Bernstein | Trial prep for day 7. |
| TimeEntry | 2/14/2023 | 12 | Inga Bernstein | Trial prep: Guy and Aliber examinations.  Travel to/from Court and Appear for Trial Day 7.  (9.0)  Trial prep: Aliber, Faith D. examinations.  Confer with Faith.  Confer with Ron. |
| TimeEntry | 2/15/2023 | 15.3 | Inga Bernstein | Trial prep: Aliber examination.  Travel to/from court and appear for trial (10.5).  Prepare for final witness and closing. |
| TimeEntry | 2/16/2023 | 10.3 | Inga Bernstein | Trial prep. Closing and Vincent exam prep (1.8) Appear for Trial Day 9.  (8.5) |
| TimeEntry | 2/17/2023 | 6 | Inga Bernstein | Appear for Trial Day 10. |
| | | 238.5 | | |