# Exhibit B

| Type | Date | Description | Cost |
|------|------|-------------|------|
| ExpenseEntry | 11/18/2022 | Mediator - JAMS, Deposit for services, inv 6415806 | 4800 |
| ExpenseEntry | 11/30/2022 | Transcript of 4/21/21 deposition - O'Brien & Levine Court Reporting, inv 109560 | 1149.1 |
| ExpenseEntry | 11/30/2022 | Transcript of 4/27/21 deposition - O'Brien & Levine Court Reporting, inv 109561 | 800.6 |
| ExpenseEntry | 11/30/2022 | Transcript of 3/24/21 deposition - O'Brien & Levine Court Reporting, inv 109562 | 1287.35 |
| ExpenseEntry | 12/31/2022 | Westlaw research | 11.98 |
| ExpenseEntry | 12/31/2022 | Westlaw research | 16.81 |
| ExpenseEntry | 1/18/2023 | Courier - ZDB to USDC | 16.9 |
| ExpenseEntry | 1/30/2023 | Transcript of 1/27/23 deposition - Dunn Reporting Services inv 50644tra | 388.8 |
| ExpenseEntry | 1/31/2023 | Westlaw research | 57.41 |
| ExpenseEntry | 1/31/2023 | Westlaw research | 117.03 |
| ExpenseEntry | 2/6/2023 | Attorney Bernstein parking for trial | 40 |
| ExpenseEntry | 2/7/2023 | Attorney Russcol parking for trial | 32 |
| ExpenseEntry | 2/7/2023 | Attorney Bernstein parking for trial | 40 |
| ExpenseEntry | 2/8/2023 | Exhibit Presentations - Key Discovery, inv 2302076 | 252 |
| ExpenseEntry | 2/8/2023 | Attorney Bernstein parking for trial | 40 |
| ExpenseEntry | 2/8/2023 | Attorney Russcol parking for trial | 32 |
| ExpenseEntry | 2/9/2023 | Attorney Bernstein parking for trial | 40 |
| ExpenseEntry | 2/9/2023 | Attorney Russcol parking for trial | 32 |
| ExpenseEntry | 2/10/2023 | Attorney Russcol parking for trial | 32 |
| ExpenseEntry | 2/13/2023 | Attorney Russcol parking for trial | 32 |
| ExpenseEntry | 2/14/2023 | Attorney Russcol parking for trial | 32 |
| ExpenseEntry | 2/15/2023 | Attorney Bernstein parking for trial | 40 |
| ExpenseEntry | 2/15/2023 | Attorney Russcol parking for trial | 32 |

| | | | |
|---|---|---|---:|
| ExpenseEntry | 2/16/2023 | Attorney Bernstein parking for trial | 40 |
| ExpenseEntry | 2/16/2023 | Attorney Russcol parking for trial | 32 |
| ExpenseEntry | 2/17/2023 | Attorney Bernstein parking for trial | 40 |
| ExpenseEntry | 2/17/2023 | Attorney Russcol parking for trial | 32 |
| ExpenseEntry | 2/28/2023 | Westlaw research | 9.92 |
| ExpenseEntry | 2/28/2023 | Westlaw research | 30.16 |
| ExpenseEntry | 2/28/2023 | Westlaw research | 464.46 |
| ExpenseEntry | 3/21/2023 | Mediator - JAMS, Refund Check for Overpayment | ($969.30) |
| | | | 9001.22 |