# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD F. DANTOWITZ,

                  Plaintiff.

v.

DEXTER SOUTHFIELD INC.,

                  Defendant.

Civil Action No. 20-CV-10540-AK

### DECLARATION OF DAVID E. BELFORT
### IN SUPPORT OF PETITION FOR ATTORNEY'S FEES
### BY INGA BERNSTEIN AND DAVID RUSSCOL

I, David E. Belfort, do hereby declare under oath as follows:

1. I am an attorney in good standing and licensed to practice in the Commonwealth of Massachusetts. I am a founding partner of the firm of Bennett & Belfort, P.C. a successor firm to Corrigan, Bennett & Belfort, P.C., which I co-founded in 2003.


2. I graduated from Hobart College with honors in 1992 and from University of New Hampshire School of Law (f/k/a Franklin Pierce Law Center) in 1996. I was admitted to the Massachusetts bar in 1996 and to the United States District Court for the District of Massachusetts in 1997. I remain a member in good standing in all courts and jurisdictions and have never been sanctioned by a court or other tribunal.

3.  I devote the majority of my practice to employment law and litigation with an emphasis on discrimination, harassment and retaliation.  I have handled numerous individual and institutional client matters before both judicial and administrative tribunals, including state and federal courts, the Massachusetts Commission Against Discrimination, the U.S. Equal Employment Opportunity Commission, and the Massachusetts Department of Labor and Workplace Development.

4.  I handle matters in all areas of employment discrimination including those based on race, color, religion, national origin, sex, gender, age, handicap, disability, retaliation, sexual harassment and sexual orientation.  My employment practice has also included handling cases involving Family Medical Leave, whistleblower claims, wage and hour claims, retaliation claims, privacy claims and unemployment matters.

5.  I was twice elected President of the Massachusetts Employment Lawyers Association, an organization dedicated to employee-side representation and advocating for workers in Massachusetts.  I am a member of the Massachusetts Bar Association and co-chaired the MBA's Labor and Employment Section Council for two years. While on the MBA Labor and Employment Section Council, I also served on the Massachusetts Commission Against Discrimination (MCAD) committee to propose reforms to the Massachusetts Maternity Leave Act (MMLA) (Now Parental Leave) in light of the Goodridge same sex marriage decision.

6.  I am rated AV Preeminent ®, the highest available peer-based ranking afforded by Martindale-Hubbell.  Based on peer recognition, ethical standards and achievement in the field of employment litigation, I have been named a Massachusetts and/or New England "Super Lawyer" spanning 2006 through 2022.  From 2014 to 2022 I received distinction as a Massachusetts "Top 100 Super Lawyer."  From 2016 through 2022, I was honored as a New England "Best Lawyer" in the field of Labor and Employment.  In 2023, I was selected by Massachusetts Lawyer's Weekly as a "Massachusetts Go To Lawyer" in Employment.

7.  I was co-trial counsel and assisted in the appeal of *Haddad v. Wal-Mart Stores, Inc.* 455 Mass 91 (2009), wherein the Supreme Judicial Court (SJC) affirmed a $2,000,000 Berkshire county jury verdict based on gender discrimination and pay bias under M.G.L. 151B.  The *Haddad* case remains an important precedent-setting decision that clarifies the legal standard for punitive and front pay damages.  A decade or so later, I successfully tried as co-counsel in the Suffolk Superior Court the case of *DaPrato v. MWRA*, 482 Mass. 375 (2019), in which judgment issued, including interest, attorneys fees and costs, in an amount exceeding $2,000,000 that was affirmed on appeal to the SJC.

8.  I served a three year term on the Joint Bar Committee on Judicial Appointments, a committee that participates in the judicial nominating process by reviewing, evaluating, voting and reporting on the qualifications of individuals under consideration for all judicial appointments, including clerk-magistrates, to all Commonwealth courts.

9.  I am a frequent volunteer speaker and author on recent developments in employment law and have been quoted and published in various general circulation articles and law journals. A comprehensive list of my speaking engagements and articles I authored or was quoted in are listed in my online law firm biography. See http://www.bennettandbelfort.com/who-we-are/david-e-belfort/

10. I am familiar with the billing rates of seasoned Boston area employment attorneys. Based on my experience and knowledge of the rates charged and the rates approved by courts in employment cases and these attorneys' experience, I believe that Inga Bernstein's rate at $650 per hour is eminently reasonable given her incredible reputation, skill level and the verdict that was obtained for the plaintiff in this case. I also believe that David Russcol's rate of $500 per hour is reasonable in light of his knowledge, reputation, and experience in the area of employment law.

11. I have known and worked with Attorney Bernstein for many years. We worked together closely during the years 2012 through 2014 when I was President and she was Vice-President of the Massachusetts Employment Lawyer's Association (MELA). Since that time, we have frequently discussed our respective cases and other developments in the field, as well as cheered each other's successes and challenges in representing our clients. I believe she is an outstanding attorney - intelligent, insightful, balanced, articulate and extremely well qualified.

12. Attorney Russcol has been a member of MELA for nearly ten years. He frequently contributes to email discussions with other MELA members, and he has researched and written amicus briefs on behalf of MELA. I have interacted with him in person and electronically, and based on these interactions and discussions with MELA members, I believe Attorney Russcol is highly knowledgeable and thoughtful in the area of employment law.

13. I have no financial interest in the outcome of this litigation.

14. I have not been paid or otherwise compensated for my time to draft this declaration.


**Signed under the penalties of perjury this _20th__ day of March, 2023.**


David E. Belfort

Digitally signed by David E. Belfort
DN: cn=David E. Belfort, o=Bennett &
Belfort PC, ou,
email=Dbelfort@bennettandbelfort.c
om, c=US
Date: 2023.03.20 15:59:27 -04'00'

**David E. Belfort, Esq.**

*--- REMAINDER OF PAGE DELIBERATELY LEFT BLANK ---*