# Exhibit A

| Type | Date | Hours | User | Description |
|---|---|---|---|---|
| TimeEntry | 11/14/2022 | 0.5 | David Russcol | Confer with Attorney Bernstein; attend status conference |
| TimeEntry | 11/14/2022 | 0.3 | David Russcol | Email to client; email to JAMS |
| TimeEntry | 11/15/2022 | 0.1 | David Russcol | Email exchange with JAMS; Email to client |
| TimeEntry | 11/18/2022 | 0.2 | David Russcol | Email exchange with client; Email to opposing counsel; Email to JAMS |
| TimeEntry | 11/23/2022 | 0.2 | David Russcol | Email to client; Email exchange with opposing counsel |
| TimeEntry | 11/29/2022 | 2 | David Russcol | Review file and prepare for meeting with client |
| TimeEntry | 11/30/2022 | 2.1 | David Russcol | Meeting with client and Attorney Bernstein |
| TimeEntry | 11/30/2022 | 0.4 | David Russcol | Email exchange with client |
| TimeEntry | 12/5/2022 | 1.1 | David Russcol | Email exchange with client; review discovery and case documents |
| TimeEntry | 12/6/2022 | 4.2 | David Russcol | Email exchange with client; confer with Attorney Bernstein; Phone call with client; review case documents; Phone call with Attorney Fishkin |
| TimeEntry | 12/7/2022 | 3.8 | David Russcol | Email exchange with client; review discovery and possible exhibits |
| TimeEntry | 12/8/2022 | 5.1 | David Russcol | Email exchange with client; confer with paralegal; review files from prior counsel; draft witness and exhibit lists |
| TimeEntry | 12/13/2022 | 0.2 | David Russcol | Confer with Attorney Bernstein re next steps |
| TimeEntry | 12/13/2022 | 0.9 | David Russcol | Review public documents from MCAD; review discovery documents; Email exchange with opposing counsel |
| TimeEntry | 12/14/2022 | 0.3 | David Russcol | Email exchange with opposing counsel; download discovery documents |
| TimeEntry | 12/15/2022 | 1 | David Russcol | Review proposed exhibits; Email exchange with client |
| TimeEntry | 12/16/2022 | 0.4 | David Russcol | Review proposed exhibits and analyze possible objections; review discovery requests and court docket |
| TimeEntry | 12/16/2022 | 0.5 | David Russcol | Confer with Attorney Bernstein and paralegal |
| TimeEntry | 12/16/2022 | 0.1 | David Russcol | Email to mediator |
| TimeEntry | 12/19/2022 | 1 | David Russcol | Review proposed exhibits and analyze possible objections |
| TimeEntry | 12/20/2022 | 1.2 | David Russcol | Review proposed exhibits and analyze possible objections |
| TimeEntry | 12/20/2022 | 2.2 | David Russcol | Confer with Attorney Bernstein re exhibits |
| TimeEntry | 12/20/2022 | 1.2 | David Russcol | Phone call with client and Attorney Bernstein |
| TimeEntry | 12/21/2022 | 0.7 | David Russcol | Phone call with mediator and Attorney Bernstein |
| TimeEntry | 12/21/2022 | 2.7 | David Russcol | Email exchange with client; Email exchange with opposing counsel; review documents from client and transcripts; research admissibility of tax returns |
| TimeEntry | 12/22/2022 | 2.8 | David Russcol | Email exchange with client; review discovery document; review transcripts; draft objections to Deft exhibits |
| TimeEntry | 12/23/2022 | 0.9 | David Russcol | Review transcripts; email to Attorney Herold; email to Dr. Friedman |
| TimeEntry | 12/23/2022 | 0.8 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 12/27/2022 | 2.7 | David Russcol | Review transcripts; Email exchange with client |
| TimeEntry | 12/29/2022 | 4.5 | David Russcol | Review transcripts |
| TimeEntry | 12/30/2022 | 1.7 | David Russcol | Research and analyze damages; Email exchange with client |
| TimeEntry | 12/30/2022 | 0.3 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 12/30/2022 | 2.3 | David Russcol | Meeting with client and Attorney Bernstein |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 1/2/2023 | 1.7 | David Russcol | Draft mediation memo |
| TimeEntry | 1/3/2023 | 1.8 | David Russcol | Draft mediation memo; Email exchange with JAMS |
| TimeEntry | 1/3/2023 | 1.7 | David Russcol | Meeting with client (1.5h); confer with Attorney Bernstein |
| TimeEntry | 1/4/2023 | 7.5 | David Russcol | Attend mediation |
| TimeEntry | 1/5/2023 | 1.5 | David Russcol | Email to client; review trial order and analyze outstanding tasks for pretrial memo; review draft pretrial memo |
| TimeEntry | 1/6/2023 | 0.4 | David Russcol | Email exchange with client |
| TimeEntry | 1/6/2023 | 0.8 | David Russcol | Review pleadings; work on pretrial memo; Email to opposing counsel |
| TimeEntry | 1/6/2023 | 0.7 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 1/6/2023 | 2.6 | David Russcol | Prepare for and make witness calls |
| TimeEntry | 1/8/2023 | 4.1 | David Russcol | Work on pretrial memo |
| TimeEntry | 1/9/2023 | 0.5 | David Russcol | Revise pretrial memo; Email exchange with opposing counsel; review and analyze exhibits |
| TimeEntry | 1/9/2023 | 0.7 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 1/9/2023 | 0.7 | David Russcol | Meeting with opposing counsel |
| TimeEntry | 1/10/2023 | 0.2 | David Russcol | Research motions in limine |
| TimeEntry | 1/10/2023 | 1.1 | David Russcol | Review and revise pretrial memo; Email exchange with client |
| TimeEntry | 1/10/2023 | 0.4 | David Russcol | Meet with opposing counsel |
| TimeEntry | 1/11/2023 | 0.3 | David Russcol | Email exchange with client; email to accountant |
| TimeEntry | 1/11/2023 | 0.3 | David Russcol | Review motions in limine |
| TimeEntry | 1/11/2023 | 0.9 | David Russcol | Confer with Attorney Bernstein (42m); Email to client; email to mediator |
| TimeEntry | 1/11/2023 | 0.2 | David Russcol | Confer with intern re research on motions in limine |
| TimeEntry | 1/12/2023 | 0.4 | David Russcol | Confer with Attorney Bernstein and paralegal |
| TimeEntry | 1/12/2023 | 2.1 | David Russcol | Call/meeting with accountant |
| TimeEntry | 1/12/2023 | 2.6 | David Russcol | Review intern research for motions in limine; review new discovery documents; research motion in limine oppositions and review exhibits; draft opposition to motions in limine |
| TimeEntry | 1/13/2023 | 0.3 | David Russcol | Email exchange with client; Email to opposing counsel |
| TimeEntry | 1/13/2023 | 1.9 | David Russcol | Meeting with client |
| TimeEntry | 1/13/2023 | 0.5 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 1/14/2023 | 3.8 | David Russcol | Email to client; research and draft oppositions to motions in limine 113 (2h), 109 (.4), 108 (1.1) |
| TimeEntry | 1/16/2023 | 1.2 | David Russcol | Research and draft opposition to motion in limine 114 |
| TimeEntry | 1/16/2023 | 0.7 | David Russcol | Draft income stipulation |
| TimeEntry | 1/16/2023 | 0.9 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 1/17/2023 | 4.3 | David Russcol | Revise motion in limine oppositions; review exhibits; Email to opposing counsel re income stipulation; revise opposition to 111 (.6); draft opposition to 115 (.6); Email exchange with client; revise response to 112 (.1); review new discovery documents |
| TimeEntry | 1/18/2023 | 0.4 | David Russcol | Email exchange with client |
| TimeEntry | 1/18/2023 | 0.8 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 1/19/2023 | 0.1 | David Russcol | Email exchange with client; email to mediator |
| TimeEntry | 1/19/2023 | 1.1 | David Russcol | Research jury instructions; research definition of handicap; research individual liability |
| TimeEntry | 1/19/2023 | 0.3 | David Russcol | Prepare for hearing on motions in limine |
| TimeEntry | 1/19/2023 | 2.9 | David Russcol | Travel to/from and attend final pretrial conference |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 1/20/2023 | 0.9 | David Russcol | Email exchange with client; Email exchange with opposing counsel; email to tax preparer |
| TimeEntry | 1/20/2023 | 1 | David Russcol | Witness meeting |
| TimeEntry | 1/20/2023 | 0.1 | David Russcol | Review exhibits; organize trial preparation |
| TimeEntry | 1/20/2023 | 0.7 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 1/21/2023 | 5.3 | David Russcol | Research and draft jury instructions |
| TimeEntry | 1/22/2023 | 0.7 | David Russcol | Research and revise jury instructions |
| TimeEntry | 1/23/2023 | 0.8 | David Russcol | Email traffic with client and opposing counsel; witness call |
| TimeEntry | 1/23/2023 | 0.5 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 1/23/2023 | 0.9 | David Russcol | Meet with accountant |
| TimeEntry | 1/23/2023 | 0.3 | David Russcol | Draft and file letter re tax returns |
| TimeEntry | 1/23/2023 | 1 | David Russcol | Review subpoenas; research land records (.1); research voir dire questions (.6); research motion to quash subpoena (.3) |
| TimeEntry | 1/24/2023 | 0.8 | David Russcol | Email traffic with client and opposing counsel; review documents from client |
| TimeEntry | 1/24/2023 | 1.3 | David Russcol | Research and draft motion to quash subpoena; Email exchange with opposing counsel re same |
| TimeEntry | 1/24/2023 | 0.3 | David Russcol | Research and revise jury instructions |
| TimeEntry | 1/24/2023 | 0.5 | David Russcol | Draft proposed voir dire questions |
| TimeEntry | 1/25/2023 | 0.2 | David Russcol | Phone call with opposing counsel |
| TimeEntry | 1/25/2023 | 0.3 | David Russcol | Revise and file motion to quash |
| TimeEntry | 1/25/2023 | 0.7 | David Russcol | Phone call with client |
| TimeEntry | 1/25/2023 | 0.7 | David Russcol | Draft special verdict form |
| TimeEntry | 1/25/2023 | 0.2 | David Russcol | Phone call with mediator |
| TimeEntry | 1/26/2023 | 0.5 | David Russcol | Review deft court filing; email traffic with client and opposing counsel |
| TimeEntry | 1/26/2023 | 1.9 | David Russcol | Work on parties' positions on exhibits |
| TimeEntry | 1/26/2023 | 0.4 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 1/26/2023 | 1.2 | David Russcol | Prepare for meeting with Williams |
| TimeEntry | 1/26/2023 | 1.5 | David Russcol | Meeting with Williams |
| TimeEntry | 1/26/2023 | 0.4 | David Russcol | Revise special verdict form |
| TimeEntry | 1/26/2023 | 0.7 | David Russcol | Revise jury instructions |
| TimeEntry | 1/27/2023 | 0.2 | David Russcol | Email traffic with client and opposing counsel |
| TimeEntry | 1/27/2023 | 0.4 | David Russcol | Draft income stipulation |
| TimeEntry | 1/27/2023 | 1.9 | David Russcol | Research and draft trial brief |
| TimeEntry | 1/27/2023 | 1.6 | David Russcol | Review and revise jury instructions |
| TimeEntry | 1/27/2023 | 0.6 | David Russcol | Revise voir dire |
| TimeEntry | 1/27/2023 | 0.5 | David Russcol | Prepare for witness call |
| TimeEntry | 1/29/2023 | 0.3 | David Russcol | Email to clerk |
| TimeEntry | 1/30/2023 | 0.3 | David Russcol | Draft stipulation of dismissal |
| TimeEntry | 1/30/2023 | 0.3 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 1/30/2023 | 2.1 | David Russcol | Research and prepare witness examinations |
| TimeEntry | 1/30/2023 | 0.4 | David Russcol | Phone call with accountant |
| TimeEntry | 1/31/2023 | 0.2 | David Russcol | Coordinate with paralegal re preparation of exhibits for trial |
| TimeEntry | 1/31/2023 | 1 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 1/31/2023 | 0.6 | David Russcol | Revise income stipulation; Email to opposing counsel |
| TimeEntry | 1/31/2023 | 3.2 | David Russcol | Prepare for charge conference |
| TimeEntry | 1/31/2023 | 1 | David Russcol | Confer with Attorney Bernstein and paralegal |
| TimeEntry | 1/31/2023 | 0.8 | David Russcol | Witness call |
| TimeEntry | 2/1/2023 | 3.5 | David Russcol | Attend court |
| TimeEntry | 2/1/2023 | 0.2 | David Russcol | Review DaPrato jury instructions as delivered |
| TimeEntry | 2/1/2023 | 0.1 | David Russcol | Email to clients |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 2/2/2023 | 2.1 | David Russcol | Confer with Attorney Bernstein and paralegal to prepare for trial; confer with Attorney Bernstein |
| TimeEntry | 2/2/2023 | 0.1 | David Russcol | Email to Steinberg |
| TimeEntry | 2/2/2023 | 0.7 | David Russcol | Revise income stipulation (20m); Email exchange with opposing counsel re same |
| TimeEntry | 2/2/2023 | 0.8 | David Russcol | Draft witness schedule; email witnesses re scheduling; Email to opposing counsel |
| TimeEntry | 2/3/2023 | 3.4 | David Russcol | Scheduling emails with witnesses; Email traffic with opposing counsel; email to clerk; draft trial subpoena; trial preparation (including Wittels exam) |
| TimeEntry | 2/3/2023 | 0.5 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 2/4/2023 | 0.4 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 2/4/2023 | 2.6 | David Russcol | Prepare for trial: Phinney exam, Williams exam, Wittels exam |
| TimeEntry | 2/5/2023 | 5.7 | David Russcol | Prepare for trial: Phinney exam, Tucker exam |
| TimeEntry | 2/5/2023 | 0.5 | David Russcol | Confer with Attorney Bernstein |
| TimeEntry | 2/5/2023 | 0.8 | David Russcol | Travel to/from office |
| TimeEntry | 2/6/2023 | 0.3 | David Russcol | Review and revise opening |
| TimeEntry | 2/6/2023 | 8 | David Russcol | Travel to/from and attend court |
| TimeEntry | 2/6/2023 | 1.8 | David Russcol | Research FRE 615 issue; draft and file memo on same; prepare for trial; coordinate scheduling with witnesses |
| TimeEntry | 2/6/2023 | 0.4 | David Russcol | Review Needham Bank documents |
| TimeEntry | 2/7/2023 | 5 | David Russcol | Travel to/from and attend trial |
| TimeEntry | 2/7/2023 | 1.1 | David Russcol | Trial preparation and related tasks, including Williams exam |
| TimeEntry | 2/7/2023 | 3 | David Russcol | Witness prep (Phinney) |
| TimeEntry | 2/7/2023 | 1.7 | David Russcol | Meeting with client and Attorney Bernstein |
| TimeEntry | 2/8/2023 | 6 | David Russcol | Travel to/from and attend court |
| TimeEntry | 2/8/2023 | 5.3 | David Russcol | Trial preparation and related tasks, including Steinberg exam and Tucker exam |
| TimeEntry | 2/8/2023 | 1 | David Russcol | Witness call (Steinberg) |
| TimeEntry | 2/9/2023 | 5.8 | David Russcol | Travel to/from and attend trial |
| TimeEntry | 2/9/2023 | 1.2 | David Russcol | Witness prep (Williams) |
| TimeEntry | 2/9/2023 | 1.7 | David Russcol | Trial preparation and related tasks, including Williams exam |
| TimeEntry | 2/10/2023 | 6 | David Russcol | Travel to/from and attend trial |
| TimeEntry | 2/10/2023 | 0.7 | David Russcol | Trial preparation and related tasks, including Wittels exam |
| TimeEntry | 2/10/2023 | 0.7 | David Russcol | Meeting with client |
| TimeEntry | 2/11/2023 | 1.2 | David Russcol | Witness prep (Wittels) |
| TimeEntry | 2/11/2023 | 2.3 | David Russcol | Draft and file trial brief re FMLA causation |
| TimeEntry | 2/12/2023 | 4.4 | David Russcol | Trial preparation, including Wittels exam, Phinney exam, Tucker exam, Williams exam |
| TimeEntry | 2/13/2023 | 4.1 | David Russcol | Trial preparation, including Tucker exam |
| TimeEntry | 2/13/2023 | 8.8 | David Russcol | Travel to/from and attend court |
| TimeEntry | 2/13/2023 | 0.7 | David Russcol | Phone call with client |
| TimeEntry | 2/14/2023 | 9 | David Russcol | Travel to/from and attend trial |
| TimeEntry | 2/14/2023 | 1.1 | David Russcol | Trial preparation, including emails with opposing counsel and proposals for jury instructions and verdict slip; research, draft, and file trial brief re burden-shifting instruction |
| TimeEntry | 2/15/2023 | 10.5 | David Russcol | Travel to/from and attend court |
| TimeEntry | 2/15/2023 | 1.7 | David Russcol | Trial preparation; confer with Attorney Bernstein |
| TimeEntry | 2/16/2023 | 9.5 | David Russcol | Travel to/from and attend court |

| TimeEntry | 2/17/2023 | 6 | David Russcol | Travel to/from and attend trial |
|---|---|---|---|---|
| | | 270.4 | | |