# Exhibit B



MASSACHUSETTS
LawyersWeekly

# 100
### LARGEST LAW FIRMS IN MASSACHUSETTS
2020

James B. Peloquin
Partner
jpeloquin@connkavanaugh.com

Barry E. Gold
Partner
bgold@connkavanaugh.com

Erin K. Higgins
Partner
ehiggins@connkavanaugh.com

Carol A. Starkey
Partner
cstarkey@connkavanaugh.com

Kristen Z. Young
Partner
kyoung@connkavanaugh.com

Sheila B. Giglio
Partner
sgiglio@connkavanaugh.com

**MARKETING DIRECTOR**
Kristyn Brophy
Marketing and Business Development Manager
kbrophy@connkavanaugh.com

**MA Attorneys:** 38 (22 male, 16 female)
**Equity Partners:** 8 male, 5 female
**Number of Non-Equity Partners:** 3 male, 4 female
**Governing/Executive Committee:** Yes
**Number of Members in Governing/Executive Committee:** 4 male, 2 female
**Compensation Committee:** Yes
**Number of Members in Compensation Committee:** 5 male, 1 female
**Diversity or Women's Advancement Committee:** Yes
**Chairperson's Contact for Firm's Diversity or Women's Advancement Committee:**
Carol A. Starkey, Partner, cstarkey@connkavanaugh.com
**New Hires in 2019:** 1 male, 1 female
**Elevations in 2019:** 1 male, 0 female
**Departures in 2019:** 2 male, 0 female
**"Of Counsel" Lawyers:** 4 male, 0 female
**Paralegals/Support Staff:** 4 Paralegals, 19 Support Staff
**Minority Lawyers:** 0 Partners, 0 Non-Partners
**Alternative Billing Options Offered:** No
**Total Annual Hours Devoted to Pro Bono Representation:** 1,700
**Dress Policy:** Business Casual Dress Policy
**Backup/Emergency Child Care:** No
**Flextime for Attorneys:** No
**Flextime for Part-Time Attorneys:** No
**Telecommuting for Attorneys:** No

## 58
### 38 LAWYERS

### MELICK & PORTER, LLP
One Liberty Square
Boston 02109
(617) 523-6200
(617) 523-8130 (fax)

**MA Attorneys:** 38 (25 male, 13 female)
**Total Attorneys (Worldwide):** 49

## 60
### 37 LAWYERS

### ANDERSON & KREIGER LLP
50 Milk Street
Boston 02109
(617) 621-6500
(617) 621-6501(fax)

**MA Attorneys:** 37 (19 male, 18 female)
**Total Attorneys (Worldwide):** 37

## 60
### 37 LAWYERS



### LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Suite 345
Boston 02210
(617) 439-4990
(617) 439-3987 (fax)
www.lawson-weitzen.com
Founded 1973



**RICHARD B. WEITZEN**

**MANAGING PARTNER**
Richard B. Weitzen

### MISSION STATEMENT
Lawson & Weitzen, LLP offers timely, effective and quality services performed by skilled and experienced lawyers at fair and affordable fees with an innovative, client-friendly operating structure. Our firm has a well-established reputation for excellence within the New England business and legal communities. We are a partner-oriented firm whose foundation is personal service. Firm attorneys provide representation in a broad range of matters for national companies, financial institutions, successful private and family owned closely held businesses,

municipalities, families and individuals. Our attorneys represent clients in trials and appeals at all levels of the Federal and State court systems in both civil and criminal matters. Lawson & Weitzen, LLP partners manage each case individually, tailoring the staffing to the circumstances and ensuring a streamlined, knowledgeable response that maximizes results and client satisfaction. Partners take personal charge, work one-on-one with clients, listen to their clients' concerns, help clients define their objectives and manage the delivery of legal services efficiently. Our goal is always to solve client issues in the most effective, cost-efficient manner. Lawson & Weitzen, LLP offers all the advantages of larger, multi-service practices, with the responsive, personal attention today's clients expect. Lawson & Weitzen, LLP prides itself on having delivered excellent lawyering and great client relations for over four decades, which in turn has made both our clients and firm successful.

### AREAS OF PRACTICE
Administration
Admiralty/Maritime
Alternative Dispute Resolution
Business/Corporate
Construction
Criminal Defense
Dram Shop Law
Education
Energy/Environmental/Regulatory
Family & Probate/Domestic Relations
Financial Services/Institutions
General Tort Law
Governmental Regulations & Affairs/
    Public
Health Care/Life Sciences
Hotel & Restaurant
Insurance
Intellectual Property
Labor, Employment & Employee Benefits
Litigation
Mergers & Acquisitions
Nonprofit Organizations
Personal Injury
Premises Liability
Products Liability
Professional Liability/Medical
    Malpractice
Projects/Municipal
RICO Actions
Real Estate/Development/Land Use
Trusts & Estates
Workers' Compensation
Workplace Discrimination

### IMPORTANT FIRM CONTACTS
Jeffrey P. Allen
Partner - Civil Litigation, Land Use, Business Litigation
jallen@lawson-weitzen.com

George E. Christodoulo
Partner - Business, Corporate and Mergers and Acquisitions
gchristodoulo@lawson-weitzen.com

J. Mark Dickison
Partner - Complex Civil Litigation, including the varied disciplines of Intellectual Property, Media Law, Alcohol Beverage Regulation, Products Liability, Employment Law, Environmental Law, and Commercial Law
mdickison@lawson-weitzen.com

Patricia Lang Farnsworth
Partner - Business and Commercial Law, Business Formation, Employment Law, Alcoholic Beverage Licensing, Retail Food Hospitality, Banking and Financing
tfarnsworth@lawson-weitzen.com

Kenneth B. Gould
Partner - Real Estate and Financing
kgould@lawson-weitzen.com

K. Scott Griggs
Partner - Healthcare Defense
sgriggs@lawson-weitzen.com

George F. Hailer
Partner – Environmental
ghailer@lawson-weitzen.com

Scott P. Lopez
Partner - White Collar Criminal Defense; Federal and Government Litigation
slopez@lawson-weitzen.com

Linda A. Ouellette
Partner - Domestic Relations
louellette@lawson-weitzen.com

Ira H. Zaleznik
Partner - Municipal Law, Complex Litigation and Appeals
izaleznik@lawson-weitzen.com

### MARKETING DIRECTOR
Mary S. Sweeney
Office Manager
msweeney@lawson-weitzen.com

**MA Attorneys:** 37 (23 male, 14 female)
**Governing/Executive Committee:** Yes
**Number of Members in Governing/
    Executive Committee:** 4 male, 1 female
**Compensation Committee:** No
**Diversity or Women's Advancement
    Committee:** No
**New Hires in 2019:** 1 male, 1 female

**Case 1:20-cv-10540-AK   Document 184-2   Filed 03/22/23   Page 5 of 5**

**Elevations in 2019:** 0 male, 0 female
**Departures in 2019:** 1 male, 1 female
**"Of Counsel" Lawyers:** 0 male, 0 female
**Paralegals/Support Staff:** 9 Paralegals, 8 Support Staff
**Minority Lawyers:** 1 Partner, 0 Non-Partner
**Hourly Billing Rates:** $300-650 - partners, $150-300 - associates, $75-150 - paralegals
**Annual Billable Hours Expected of Associates:** 1850
**Alternative Billing Options Offered:** Yes
**Dress Policy:** Business Casual Dress Policy
**Backup/Emergency Child Care:** No
**Flextime for Attorneys:** Yes
**Flextime for Part-Time Attorneys:** Yes
**Telecommuting for Attorneys:** Yes
**Telecommuting for Staff:** No
**Flextime for Staff:** No
**Flextime for Part-Time Staff:** Yes
**Unique Benefits:**
Comprehensive health, dental and vision
Generous vacation, sick and holiday schedule
401(k) and tuition reimbursement
**Total Attorneys (Worldwide):** 39

---

## 62
**36 LAWYERS**

### BULKLEY RICHARDSON
1500 Main Street
Springfield 01115
(413) 272-6200
(413) 272-6396 (fax)

**MA Attorneys:** 36 (20 male, 16 female)
**Total Attorneys (Worldwide):** 36

---

## 62
**36 LAWYERS**

### ECKERT SEAMANS CHERIN & MELLOTT
2 International Place
Boston 02110
(617) 342-6800

**MA Attorneys:** 36
**Total Attorneys (Worldwide):** 360
*Information obtained from firm's website*

---

## 64
**35 LAWYERS**

### LITTLER
One International Place, Suite 2700
Boston 02110
(617) 378-6000

**MA Attorneys:** 35
**Total Attorneys (Worldwide):** 1378
*Information obtained from firm's website*

---

## 64
**35 LAWYERS**

### ROBINSON+COLE
One Boston Place, 26th Floor
Boston 02108
(800) 762-2678

**MA Attorneys:** 35
**Total Attorneys (Worldwide):** 230
*Information obtained from firm's website*

---

## 66
**34 LAWYERS**



### DAVIS MALM
One Boston Place, 37th Floor
Boston 02108
(617) 367-2500
(617) 523-6215
www.davismalm.com
Founded April 1, 1979

 

**AMY L. FRACASSINI**     **C. MICHAEL MALM**

**MANAGING PARTNERS**
Amy L. Fracassini

**FOUNDING MEMBER**
C. Michael Malm

**MISSION STATEMENT**

Davis Malm is a premier full-service, Boston-based business law firm that represents businesses and institutions of all sizes and individuals in a wide spectrum of industries. For over 40 years, clients have relied on Davis Malm's attorneys to efficiently deliver successful results through direct partner involvement, responsive client service, and creative and strategic problem solving. Attorneys practice at the top level of the profession and possess the agility necessary to handle any issues that arise during the course of a matter. While we love the challenging work we do for our clients, we also recognize our responsibility to share our time, knowledge and skills to help improve the lives of others and the communities in which we work and live. The firm's attorneys and staff volunteer time, enthusiasm and pro bono services to, and hold leadership positions within, organizations that are near and dear to us. Davis Malm is a member of the International Lawyers Network, representing