# Exhibit D



# MASSACHUSETTS
# Lawyers Weekly

# 100
## — 2022 —
# LARGEST LAW FIRMS
# IN MASSACHUSETTS

## 63
**36 LAWYERS**

### ORRICK

222 Berkeley Street
Suite 2000
Boston 02116
(617) 880-1800

**MA Attorneys:** 36
**Total Attorneys (Worldwide):** 1,318
*Information obtained from firm's website*

## 65
**35 LAWYERS**

### CETRULO LLP

2 Seaport Lane, 10th floor
Boston 02210
(617) 217-5500

**MA Attorneys:** 35

## 65
**35 LAWYERS**

### MELICK & PORTER, LLP

One Liberty Square
Boston 02109
(617) 523-6200

**MA Attorneys:** 35 (23 male, 12 female)
**Total Attorneys (Worldwide):** 46

## 67
**33 LAWYERS**

### BULKLEY RICHARDSON

1500 Main Street
Suite 2700
Springfield 01115
(413) 272-6200

**MA Attorneys:** 33 (19 male, 14 female)
**Total Attorneys (Worldwide):** 33

## 67
**33 LAWYERS**



### DAVIS MALM

One Boston Place, 37th Floor
Boston 02108
(617) 367-2500
(617) 523-6215 (fax)
www.davismalm.com
Founded 1979

### MANAGING PARTNER



**AMY L. FRACASSINI**

### MISSION STATEMENT

   Davis Malm is a premier full-service, Boston-based business law firm representing clients in a wide spectrum of industries. The firm also maintains a robust private client practice, representing individuals involved in high-stakes, high-profile divorce and family law matters. For over 40 years, clients have relied on Davis Malm's attorneys to efficiently deliver successful results through direct partner involvement, responsive client service, and creative and strategic problem solving. Attorneys practice at the top level of the profession and possess the agility necessary to handle any issues that arise over the course of the case. While we love the challenging work we do for our clients, we also recognize our responsibility to share our time, knowledge and skills to help improve the lives of others and the communities in which we work and live. The firm's attorneys and staff volunteer time, enthusiasm and pro bono services to, and hold leadership positions within, organizations that are near and dear to them. Davis Malm is a member of the International Lawyers Network, representing Massachusetts and northern New England. This membership enables the firm to offer high-quality, efficient services to clients doing business globally.

### REPRESENTATIVE CLIENTS

- Clean Harbors Environmental Services, Inc.
- F.W. Webb Company
- Bernardi Auto Group
- American Alarm & Communications, Inc.
- Eastern Bank

## AREAS OF PRACTICE

Administration
Alternative Dispute Resolution
Automotive
Banking & Finance
Bankruptcy & Business Restructuring
Business/Corporate
Construction
Energy/Environmental/Regulatory
Financial Services/Institutions
Governmental Regulations & Affairs/Public
Health Care/Life Sciences
Hotel & Restaurant
Immigration
Intellectual Property
International Law/Trade
Labor, Employment & Employee Benefits
Litigation
Mergers & Acquisitions
Nonprofit Organization
Private Equity
Professional Liability/Medical Malpractice
Projects/Municipal
Real Estate/Development/Land Use
Rental & Leasing Car Companies
Securities & Finance
Syndications
Tax/Benefits/ERISA
Technology

Workplace Discrimination

## IMPORTANT FIRM CONTACTS

Amy L. Fracassini
President
afracassini@davismalm.com

Lawrence J. Casey
Executive Committee Member
lcasey@davismalm.com

Joshua S. Grossman
Executive Committee Member
jgrossman@davismalm.com

Christopher J. Marino
Executive Committee Member
cmarino@davismalm.com

## MARKETING DIRECTOR

Joanne M. Thorud
Director of Marketing & Business Development
jthorud@davismalm.com

**MA Attorneys:** 33 (26 male, 7 female)
**Total Attorneys (Worldwide):** 33
**Equity Partners:** 19 male, 3 female
**Number of Non-Equity Partners:** 0 male, 0 female
**Governing/Executive Committee:** Yes
**Number of Members in Governing/Executive Committee:** 3 male, 1 female
**Compensation Committee:** No
**Diversity or Women's Advancement Committee:** No
**New Hires in 2021:** 1 male, 3 female
**Elevations in 2021:** 0 male, 0 female
**Departures in 2021:** 5 male, 1 female
**"Of Counsel" Lawyers:** 2 male, 2 female
Paralegals/Support Staff: 2 Paralegals, 18 Support Staff
**Minority Lawyers:** 0 Partners, 0 Non-Partner
**Hourly Billing Rates:** $400-790 - partners, $300-495 - junior partners/associates, $235 - paralegals
**Alternative Billing Options Offered:** Yes
**Dress Policy:** Business Casual Dress Policy
**Flextime for Attorneys:** Yes
**Flextime for Part-Time Attorneys:** Yes
**Flextime for Staff:** Yes
**Flextime for Part-Time Staff:** Yes
**Telecommuting for Attorneys:** Yes
**Unique Benefits:**
Benefits for domestic partners

**67**
—
**33 LAWYERS**

# ECKERT SEAMANS CHERIN & MELLOTT LLC

Two International Place, 16th Floor
Boston 02110
(617) 342-6800

**MA Attorneys:** 33 (24 male, 4 female)
**Total Attorneys (Worldwide):** 316





# **LAWSON & WEITZEN, LLP**

88 Black Falcon Avenue
Suite 345
Boston 02210
(617) 439-4990
(617) 439-3987 (fax)
www.lawson-weitzen.com
Founded 1973

## **MANAGING PARTNER**



**RICHARD B. WEITZEN**

## **CHIEF OPERATING PARTNER**



**LAUREN J. WEITZEN**

## **MISSION STATEMENT**

Lawson & Weitzen, LLP offers timely, effective and quality services performed by skilled and experienced lawyers at fair and affordable fees with an innovative, client-friendly operating structure. Our firm has a well-established reputation for excellence within the New England business and legal communities. We are a partner-oriented firm whose foundation is personal service. Firm attorneys provide representation in a broad range of matters for national companies, financial institutions, successful private and family owned closely held businesses, municipalities, families and individuals. Our attorneys represent clients in trials and appeals at all levels of the Federal and State court systems in both civil and criminal matters. Lawson & Weitzen, LLP partners manage each case individually, tailoring the staffing to the circumstances and ensuring a streamlined, knowledgeable response that maximizes results and client satisfaction. Partners take personal charge, work one-on-one with clients, listen to their clients' concerns, help clients define their objectives and manage the delivery of legal services efficiently. Our goal is always to solve client issues in the most effective, cost-efficient manner. Lawson & Weitzen, LLP offers all the advantages of larger, multi-service practices, with the responsive, personal attention today's clients expect. Lawson & Weitzen, LLP prides itself on having delivered excellent lawyering and great client relations for over four decades, which in turn has made both our clients and firm successful.

## **AREAS OF PRACTICE**

Administration
Admiralty/Maritime
Alternative Dispute Resolution
Alcoholic Beverage Law
Business/Corporate
Cannabis Law
Construction
Criminal Defense
Dram Shop Law
Education
Energy/Environmental/Regulatory
Family & Probate/Domestic Relations
Financial Services/Institutions
General Tort Law
Governmental Regulations & Affairs/Public
Health Care/Life Sciences
Hotel & Restaurant
Insurance
Intellectual Property
Labor, Employment & Employee Benefits
Litigation
Mergers & Acquisitions
Nonprofit Organization
Personal Injury
Premises Liability
Products Liability
Professional Liability/Medical Malpractice
Projects/Municipal
RICO Actions

**67**

**33 LAWYERS**

Real Estate/Development/Land Use
Trusts & Estates
Workers' Compensation
Workplace Discrimination

## IMPORTANT FIRM CONTACTS

Jeffrey P. Allen
Partner - Civil Litigation, Land Use,
Business Litigation, Cannabis Law
jallen@lawson-weitzen.com

Pamela B. Bankert
Partner – Estate and Probate, Family
Law
pbankert@lawson-weitzen.com

George E. Christodoulo
Partner - Business, Corporate and
Mergers and Acquisitions
gchristodoulo@lawson-weitzen.com

J. Mark Dickison
Partner - Complex Civil Litigation,
including the varied disciplines of
Intellectual Property, Media Law,
Alcoholic Beverage Law, Products
Liability, Employment Law, Environ-
mental Law, and Commercial Law
mdickison@lawson-weitzen.com

Patricia Lang Farnsworth
Partner - Business and Commercial
Law, Business Formation, Employ-
ment Law, Alcoholic Beverage Law,
Retail Food Hospitality, Banking and
Financing
tfarnsworth@lawson-weitzen.com

Kenneth B. Gould
Partner - Real Estate and Financing
kgould@lawson-weitzen.com

K. Scott Griggs
Partner - Healthcare Defense
sgriggs@lawson-weitzen.com

George F. Hailer
Partner – Environmental Law
ghailer@lawson-weitzen.com
Scott P. Lopez
Partner – Criminal and White Collar
Defense; Federal and Government
Litigation
slopez@lawson-weitzen.com

Ira H. Zaleznik
Partner - Municipal Law, Complex
Litigation and Appeals

izaleznik@lawson-weitzen.com

## MARKETING DIRECTOR

Mary S. Sweeney
Office Manager
msweeney@lawson-weitzen.com

**MA Attorneys:** 33 (24 male, 11 female)
**Total Attorneys (Worldwide):** 35
**Governing/Executive Committee:** Yes
**Number of Members in Governing/
Executive Committee:** 4 male, 1
female
**Compensation Committee:** No
**Diversity or Women's Advancement
Committee:** No
**New Hires in 2021:** 2 male, 3 female
**Elevations in 2021:** 1 male, 0 female
**Departures in 2021:** 1 male, 6 female
**"Of Counsel" Lawyers:** 0 male, 0
female
**Paralegals/Support Staff:** 9 Paralegals,
8 Support Staff
**Minority Lawyers:** 1 Partner, 1
Non-Partner
**Hourly Billing Rates:** $300-650 - part-
ners, $150-300 - associates, $75-150
- paralegals
**Annual Billable Hours Expected of
Associates:** 1,850
**Alternative Billing Options Offered:**
Yes
**Dress Policy:** Business Casual Dress
Policy
**Backup/Emergency Child Care:** No
**Flextime for Attorneys:** Yes
**Flextime for Part-Time Attorneys:** Yes
**Flextime for Staff:** No
**Flextime for Part-Time Staff:** Yes
**Telecommuting for Attorneys:** Yes
**Telecommuting for Staff:** No
**Unique Benefits:**
Comprehensive health, dental and
vision
Generous vacation, sick and holiday
schedule
401(k) and tuition reimbursement