# Exhibit E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br><br>    Plaintiff.<br><br>v.<br><br>DEXTER SOUTHFIELD INC.,<br><br><br>    Defendant. | Civil Action No. 20-CV-10540-AK |

## **DECLARATION OF JAMIE GOODWIN**

I, Jamie Goodwin, hereby depose and state under oath as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts (2008) and State of Florida (2015). I am the Managing Partner of Duddy Goodwin and Pollard. The firm has attorneys barred to practice in Maine, Massachusetts, Connecticut, Rhode Island, New York, Maryland, Washington, DC, Virginia, Florida and Texas. I have practiced Labor and Employment law exclusively in my career in a variety of settings throughout the United States.

2. Part of my firm's practice focuses on representing employees in claims under the Massachusetts wage and anti-discrimination statutes, which provide for mandatory attorneys' fees and costs, along with damages. Thus, I am aware of fees that have been awarded by courts in Massachusetts in cases involving violations of the statutes designed to protect the rights of employees.

3. I am or have been a member of relevant professional associations including the Massachusetts Employment Lawyers Association (MELA), National Employment Lawyers Association, the AFL-CIO Lawyers Coordinating Committee, National Organization of Social

Security Claimants Representatives, the Essex County Bar Association, the Boston Bar Association, the Massachusetts Bar Association, the Worcester Bar Association and other similar organizations.

4. I am familiar with the background, experience, and skills of Attorney David Russcol, and can say without reservation, that he is an exceptional member of the employment bar. He and the firm he works at are widely regarded as the best employment litigators in the Northeast.

5. I have known Attorney Russcol professionally since 2018. I have shared at least one client with him. I know firsthand that he is able to achieve outcomes that other attorneys do not. I readily recommend him to other attorneys and clients. He is an outstanding advocate.

6. Employment law cases are complex, and it is a considerable benefit to a plaintiff seeking to pursue such claims to retain a lawyer with substantial expertise in the area as possessed by Attorney Russcol. Such cases often require substantial out-of-pocket cash expenditures in connection with deposition practice and third-party experts. I have been retained at an hourly rate of $500.00 dollars per hour and I have not tried as many cases as Attorney Russcol.

7. I am also familiar with the billing rates of Boston area attorneys, both through my work in Labor Relations at Boston University and the MBTA and in my present practice. Based on my experience and knowledge of the rates charged and the rates approved by courts in employment cases and these attorneys' experience, I believe that the rate requested by Attorney Russcol is eminently reasonable for an attorney of his level of experience and expertise.

8. As has been repeatedly reported in the media, the hourly rates of Boston lawyers are on the rise. *See, e.g.,* Kit Chellel, *In Downturn, No Break on Legal Fees,* BOSTON GLOBE,

Jan. 16, 2010, http://archive.boston.com/business/articles/2010/01/16/in_downturn_no_break_on_legal_fees/ (stating that Boston law firms' billing rates are "as high as $700 to $900 an hour").  Moreover, in the more than ten years since then, these rates have increased substantially.  *See* Debra Cassens Weiss, "At least 3 BigLaw firms charge more than $1K per hour for top *associates*," ABA Journal (May 27, 2020) (https://www.abajournal.com/news/article/at-least-3-biglaw-firms-charge-more-than-1k-an-hour-for-top-associates).

9. I have no financial interest in the outcome of this litigation.

10. I have not been paid or otherwise compensated for my time to draft this affidavit.

**I declare under the penalty of perjury under the Laws of the Commonwealth of Massachusetts that the foregoing is true and correct on March 21, 2023.**

*Jamie Goodwin*
_____
Jamie Goodwin