# Exhibit A

| Date | Name | Hours | Description |
|---|---|---|---|
| 6/18/2019 | Dantowitz | 0.8 | PH client re: introduction.  Begin file review.  EMX Atty Brody.  Dra fee k.  EM client. |
| 6/24/2019 | Dantowitz | 1.2 | Continue dra / edit supporting statement.  EMX client. |
| 6/25/2019 | Dantowitz | 1.2 | Edit/FIN Charge.  Various EMX client.  Dra cvr ltr.  Scan/EM docs client. |
| 7/16/2019 | Dantowitz | 0.1 | EMX opc re: mediation. |
| 7/23/2019 | Dantowitz | 0.7 | PH opc.  Review file re: deman.  EM client. |
| 7/24/2019 | Dantowitz | 0.1 | EMX client re: update. |
| 7/25/2019 | Dantowitz | 0.1 | PH Atty Brody. |
| 7/30/2019 | Dantowitz | 0.1 | EMX client. |
| 8/1/2019 | Dantowitz | 0.1 | Various PH client. |
| 8/2/2019 | Dantowitz | 0.3 | PH client.  EM opc. |
| 8/9/2019 | Dantowitz | 0.1 | EMX opc.  EM client. |
| 8/14/2019 | Dantowitz | 0.1 | EMX client and opc re: moving. |
| 8/20/2019 | Dantowitz | 0.1 | EMX opc and client. |
| 8/22/2019 | Dantowitz | 0.1 | Various EMX opc and client. |
| 10/7/2019 | Dantowitz | 0.1 | EM client re: position statement. |
| 10/8/2019 | Dantowitz | 0.4 | Review file.  PH client.  EMX client.  EMX witness. |
| 10/25/2019 | Dantowitz | 0.8 | EMX witness.  Dra declaration. EMX client. |
| 10/29/2019 | Dantowitz | 0.5 | EMX client.  Edit affi.  EMX witness. |
| 10/30/2019 | Dantowitz | 0.1 | EMX witness re: affi. |
| 11/12/2019 | Dantowitz | 0.1 | EMX client re: update. |
| 11/19/2019 | Dantowitz | 0.3 | PH and EM client re: update. |
| 11/22/2019 | Dantowitz | 0.1 | Various EMX client. |
| 12/27/2019 | Dantowitz | 0.1 | EMX client re: update. |
| 12/30/2019 | Dantowitz | 3.2 | Dra complaint. Dra c.a. cover sheet. Dra cvr ltr.  Copies.  Scan/EM docs opc.  Mail docs court.  PH client. |
| 1/7/2020 | Dantowitz | 0.3 | Review docket.  Dra agreement accept.  EM opc. |
| 1/27/2020 | Dantowitz | 0.1 | EMX MCAD. |
| 1/20/2020 | Dantowitz | 0.2 | Review file.  Dra MCAD withdrawal.  Scan/EM docs MCAD. |
| 3/2/2020 | Dantowitz | 0.1 | EMX opc. |
| 6/30/2020 | Dantowitz | 0.5 | Review file.  EMX client re: initial disclosures.  Begin dra initial disclosures. |
| 7/1/2020 | Dantowitz | 0.1 | EMX client. |
| 7/13/2020 | Dantowitz | 0.1 | EMX opc. |
| 7/14/2020 | Dantowitz | 0.2 | RR proposed schedule.  Edit doc.  EMX opc. |
| 8/3/2020 | Dantowitz | 0.1 | RR proposed order.  EMX opc. |
| 8/4/2020 | Dantowitz | 0.1 | RR doc.  EMX opc. |
| 8/18/2020 | Dantowitz | 0.5 | E-file 16.1.  RR docs client.  EMX cient. |
| 8/20/2020 | Dantowitz | 0.3 | PH client re: damage analysis. |
| 8/25/2020 | Dantowitz | 0.4 | EMX opc. Prepare for hearing. Attend hearing. |
| 8/31/2020 | Dantowitz | 0.6 | RR docs client.  Begin dra initial disclosures.  EMX client. |
| 9/4/2020 | Dantowitz | 0.5 | PH client.  Review file re: witness.  EMX witness. |
| 9/10/2020 | Dantowitz | 0.8 | Review file.  Continue dra initial disclosures.  EM opc. EMX witness.  EMX client. |
| 9/14/2020 | Dantowitz | 0.3 | RR multiple client EM.  Edit intial disclosures.  EMX client. |
| 10/23/2020 | Dantowitz | 0.1 | EM opc re: discovery in Word. |
| 10/27/2020 | Dantowitz | 0.1 | EMX client.  EM opc. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/28/2020 | Dantowitz | 0.1 | EMX client re: update. |
| 11/15/2020 | Dantowitz | 1.5 | Begin dra discovery resp. Dra sig page. EMX client. EM opc. |
| 12/11/2020 | Dantowitz | 0.1 | PH and EM client re: discovery. |
| 12/14/2020 | Dantowitz | 0.4 | RR docs client. EMX client. EMX opc. |
| 12/16/2020 | Dantowitz | 1.8 | Dra int responses. EM client re: int responses. Review file and begin organizing docs for production. EMX client re: docs needed. |
| 12/17/2020 | Dantowitz | 0.1 | EMX client re: interrogatory responses. |
| 12/18/2020 | Dantowitz | 0.2 | Review file. Attend status conference. |
| 12/21/2020 | Dantowitz | 1.7 | Review file. Dra discovery. |
| 2/5/2021 | Dantowitz | 0.1 | EMX client re: docs needed. |
| 2/17/2021 | Dantowitz | 0.5 | RR texts from client. EMX cliebt. EMX opc. |
| 2/18/2021 | Dantowitz | 0.1 | EMX client and opc re: discovery. |
| 2/21/2021 | Dantowitz | 0.3 | RR file re: discovery respnses. EMX client. |
| 3/1/2021 | Dantowitz | 0.2 | EMX client. Review file. EMX opc. |
| 3/16/2021 | Dantowitz | 0.6 | Review file. Upload docs to Dropbox. EMX client. EMX witness. EM opc. |
| 3/20/2021 | Dantowitz | 0.3 | RR remote deposition agreement. EMX opc. |
| 3/22/2021 | Dantowitz | 1.6 | Prepare for meeting. Meeting client re: depo prep. EMX client. RR edited depo agreement. Scan/EM docs opc. EMX opc. |
| 3/24/2021 | Dantowitz | 7.1 | Attend client depo. EMX opc. Various PH client. |
| 3/26/2021 | Dantowitz | 0.2 | Review file. EMX opc. EM client. |
| 3/30/2021 | Dantowitz | 0.2 | RR docs client. EMX client. EMX opc. RR motion opc. |
| 4/3/2021 | Dantowitz | 0.2 | RR subpoena. EM client. EM court re: hearing. |
| 4/6/2021 | Dantowitz | 0.1 | EMX clerk. |
| 4/8/2021 | Dantowitz | 0.2 | Dra depo noties. EM opc. Book stenos. |
| 4/15/2021 | Dantowitz | 0.1 | EMX opc. |
| 4/16/2021 | Dantowitz | 0.3 | PH opc re:depo dates. EMX client. |
| 4/19/2021 | Dantowitz | 0.6 | EMX client. PH client re: deposition update. EMX opc re: subpoena. |
| 4/20/2021 | Dantowitz | 0.1 | EMX opc re: subpoena. |
| 4/21/2021 | Dantowitz | 5 | Attend client depo. PH client. |
| 4/27/2021 | Dantowitz | 5.3 | Attend Michael Williams depo. |
| 4/28/2021 | Dantowitz | 0.2 | EMX witness re: TC. PH witness. |
| 4/30/2021 | Dantowitz | 2.3 | Depo prep. |
| 5/3/2021 | Dantowitz | 9.3 | Prepare for depose. Take Aliber and Tucker depos. EMX court reporter. |
| 5/10/2021 | Dantowitz | 3.1 | Review file. Dra and file opp motion compel Celestial. Dra and file opp motion compel production of documents. EM client re: docs needed. |
| 6/1/2021 | Dantowitz | 0.1 | EMX witness. |
| 6/7/2021 | Dantowitz | 0.1 | EMX opc re: SJ. |
| 6/9/2021 | Dantowiz | 0.1 | EMX client re: update. |
| 6/15/2021 | Dantowitz | 0.1 | EMX clerk. |
| 6/21/2021 | Dantowitz | 0.1 | EMX client. |
| 7/21/2021 | Dantowitz | 0.4 | EMX opc. Dra motion contnue. E-file. |
| 8/2/2021 | Dantowitz | 1.1 | Prepare for hearings. Attend hearings. EMX client. |
| 8/3/2021 | Dantowitz | 0.7 | Review file. Preoare for TC. EMX opc re: 9C. EM client re: docs needed. |
| 8/9/2021 | Dantowitz | 0.2 | RR docs client. EMX client. EM opc. |
| 8/11/2021 | Dantowitz | 0.5 | Review file. PH client. EM opc. |
| 8/26/2021 | Dantowitz | 0.5 | RR medical records. EMX opc. |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 8/31/2021 | Dantowitz | 0.3 | PH opc.  EM client. |
| 9/2/2021 | Dantowitz | 0.3 | Review file.  Dra affi.  EM opc.  EM client. |
| 9/10/2021 | Dantowitz | 0.1 | EMX opc.  EM client. |
| 9/20/2021 | Dantowitz | 0.5 | EMX client.  EMX opc. RR tax return. |
| 9/28/2021 | Dantowitz | 0.3 | EMX opc and client.  RR / edit aff. |
| 10/7/2021 | Dantowitz | 0.1 | EMX client.  EM opc. |
| 10/21/2021 | Dantowitz | 0.3 | EMX client and opc.  PH accountant. |
| 11/4/2021 | Dantowitz | 0.2 | PH opc re: settlement.  Review file re: demand. |
| 11/5/2021 | Dantowitz | 0.3 | Review file.  Begin damage analysis. |
| 11/11/2021 | Dantowitz | 0.1 | EMX client re: settlement. |
| 11/16/2021 | Dantowitz | 0.1 | RR motion deadlines.  EMX opc. |
| 11/18/2021 | Dantowitz | 0.1 | PH opc re: settlement demand. |
| 11/22/2021 | Dantowitz | 0.2 | EMX opc re: settlement. |
| 11/24/2021 | Dantowitz | 0.2 | Review file re: int resp and insurance info.  EMX client. |
| 12/3/2021 | Dantowitz | 0.1 | PH opc re: SJ. |
| 12/15/2021 | Dantowitz | 0.8 | Download docs.  Begin review motion SJ and SOF.  EMX opc. |
| 12/28/2021 | Dantowitz | 0.4 | EMX opc.  Dra motion extend.  E-file. |
| 1/6/2021 | Dantowitz | 0.6 | RR sof.  RR EM client. |
| 1/7/2021 | Dantowitz | 1 | Begin dra opp SOF. |
| 1/9/2021 | Dantowitz | 0.5 | Review file.  Continue dra opp sof.  EMX client. |
| 1/10/2021 | Dantowitz | 0.2 | EMX client.  RR memo re: SJ. |
| 1/11/2022 | Dantowitz | 0.4 | EMX client.  PH client.  Review personnel file re: NASA paperwork. |
| 1/12/2022 | Dantowitz | 2.5 | PH accountant re: tax issues for SJ.  EMX client.  Continue dra opp sof and sj. |
| 1/13/2022 | Dantowitz | 3.9 | Continue dra opp sj and sof. |
| 1/14/2021 | Dantowitz | 4.2 | Continue dra opp sj and sof. |
| 1/17/2022 | Dantowitz | 4.6 | Continue dra opp sj and sof. |
| 1/19/2022 | Dantowitz | 5 | Continue dra opp sj and sof.  Various EMX client.  EM accountant. |
| 1/20/2022 | Dantowitz | 7.8 | Continue dra opp sj and sof.  Create exhibits.  EMX client.  PH accountant.  Scan/EM docs accountant. |
| 1/21/2021 | Dantowitz | 9 | Continue dra opp sof and sj.  PH client.  Create exhibits.  E-file. |
| 1/24/2022 | Dantowitz | 0.1 | PH opc.  EM client. |
| 1/31/2022 | Dantowitz | 0.1 | EMX and PH opc. |
| 2/8/2022 | Dantowitx | 0.8 | RR motion strike.  Begin dra opp. |
| 2/9/2022 | Dantowitz | 0.9 | Continue dra opp motion strike. |
| 2/11/2022 | Dantowitz | 3.3 | Research.  Continue dra opp motion strike.  E-file. |
| 2/16/2022 | Dantowitz | 0.1 | EM client re: invoice. |
| 3/2/2022 | Dantowitz | 0.6 | Begin hearing prep. |
| 3/3/2022 | Dantowitz | 4.2 | Continue SJ prep.  Travel to and from Boston.  Attend SJ hearing.  PH cient. |
| 3/16/2022 | Dantowitz | 0.1 | EM client re: invoice. |
| 4/19/2022 | Dantowitz | 0.2 | EMX opc and client re: mediation.  Research mediator. |
| 4/27/2022 | Dantowitz | 1.2 | EMX opc re: mediation.  EMX client.  PH client.  Review file re: insurance policy. |
| 4/28/2022 | Dantowitz | 0.1 | EMX client re: mediation. |
| 4/29/2022 | Dantowitz | 0.1 | Execute mediaitoni forms. |
| 5/4/2022 | Dantowitz | 3.5 | EMX client.  PH opc.  EMX opc. Research and mediation prep.  EMX mediator. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 5/6/2022 | Dantowitz | 0.7 | Prepare for TC.  PH client re: mediation. |
| 5/12/2022 | Dantowitz | 0.1 | EMX client re: FMLA damages. |
| 5/18/2022 | Dantowitz | 3.6 | Prepare for meeting.  Travel to and from Charlestown.  Meeting client. |
| 5/20/2022 | Dantowitz | 0.1 | EMX client. |
| 6/3/2022 | Dantowitz | 0.1 | EMX client. |
| 6/8/2022 | Dantowitz | 0.1 | EM client. |
| 6/8/2022 | Dantowitz | 0.1 | EM client.  EMX opc. |
| 6/9/2022 | Dantowitx | 0.3 | Various EM and PH opc client and JAMS. |
| 6/10/2022 | Dantowitz | 0.1 | EMX opc client and JAMS.  PH opc. |
| 6/16/2022 | Dantowitz | 0.1 | EMX client.  RR tax return. |
| 6/22/2022 | Dantowitz | 0.2 | RR witness statement.  EMX witness. |
| 6/28/2022 | Dantowitz | 0.2 | RR doc.  PH client. |
| 7/5/2022 | Dantowitz | 0.1 | EMX client. |
| 7/7/2022 | Dantowitz | 3.1 | Scan/EM docs JAMS.  EM client.  Begin mediation prep.  EM mediation dos to mediator. |
| 7/8/2022 | Dantowitz | 0.5 | EMX client.  EMX JAMS.  PH mediator. |
| 7/10/2022 | Dantowitz | 0.4 | Continue mediation prep.  EMX client. |
| 7/11/2022 | Dantowitz | 11.3 | Travel to and from mediation.  Attend mediaiton. |
| 7/19/2022 | Dantowitz | 0.2 | Research after acruired evidence.  EMX client. |
| 7/21/2022 | Dantowitz | 0.1 | EMX meditor. |
| 7/22/2022 | Dantowitz | 0.1 | EMX client. |
| 7/23/2022 | Dantowitz | 0.2 | EM client re: mediation.  EM mediator. |
| 7/25/2022 | Dantowitz | 0.4 | EMX client.  EM opc. EM mediator.  PH client. |
| 7/26/2022 | Dantowitz | 0.2 | EMX client.  EMX opc. |
| 7/27/2022 | Dantowitz | 0.1 | EMX client. |
| 7/29/2022 | Dantowitz | 0.7 | PH client re: mediation.  EMX mediator. |
| 8/2/2022 | Dantowitz | 0.1 | EMX client.  EMX opc. EM mediator. |
| 8/3/2022 | Dantowitz | 0.1 | EMX opc.  EMX client. |
| 8/4/2022 | Dantowitz | 0.1 | EM client. |
| 8/9/2022 | Dantowitz | 0.4 | EMX client.  EMX opc. PH opc. EMX mediator. |
| 8/10/2022 | Dantowitz | 0.6 | EMX opc. Dra opp motion t compel.  E-file. |
| 8/11/2022 | Dantowitz | 0.1 | EMX opc. |
| 8/16/2022 | Dantowitz | 0.1 | EMX meditor. |
| 8/22/2022 | Dantowitz | 0.1 | Review file.  EM opc. |
| 8/26/2022 | Dantowitz | 0.3 | PH opc. PH client.  EM client. |
| 8/27/2022 | Dantowitz | 0.6 | EMX client.  PH client re: settlement. |
| 8/31/2022 | Dantowitz | 0.1 | EM client. |
| 9/2/2022 | Dantowitz | 0.1 | EMX client. |
| 9/6/2022 | Dantowitz | 0.2 | EMX opc.  EM client. |
| 9/8/2022 | Dantowitz | 0.4 | RR SJ Order.  EM client. |
| 9/22/2022 | Dantowitz | 0.8 | Prepare for hearing.  EMX client.  Attend hering.  EM client. |
| 9/23/2022 | Dantowitz | 0.2 | EMX opc.  EMX client. |
| 9/26/2022 | Dantowitz | 0.4 | PH opc.  EM client.  EM JAMS. |
| 9/27/2022 | Dantowitz | 0.1 | EMX client. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 9/28/2022 | Dantowitz | 0.1 | EMX client. EM opc. EM JAMS. |
| 10/4/2022 | Dantowitz | 0.2 | Attend hearing. |
| 10/7/2022 | Dantowitz | 0.2 | EMX client. |
| 10/11/2022 | Dantowitz | 0.1 | EMX client. |
| 10/18/2022 | Dantowitz | 0.6 | RR tax return. EM docs opc. Begin mediation prep. EM client. |
| 10/20/2022 | Dantowitz | 1.5 | EMX client. Continue medition prep. EM mediator. |
| 10/24/2022 | Dantowitz | 0.1 | EMX mediator re: prep. |
| 10/25/2022 | Dantowitz | 0.1 | EM client re: mediation prep. EMX JAMS. |
| 10/26/2022 | Dantowitz | 0.6 | PH client. Various EMX client. Review file. |
| 10/27/2022 | Dantowitz | 0.2 | Various EMX client. PH opc. EM JAMS. |
| 10/28/2022 | Dantowitz | 0.1 | EMX JAMS. EM client re: mediation cancellations. |
| 10/31/2022 | Dantowitz | 0.1 | PH opc. EM client re: update. |
| 11/1/2022 | Dantowitz | 0.2 | EMX JAMS and EMX client re: mediation issue. Review file re: invoices and payments |
| 11/3/2022 | Dantowitz | 0.2 | Various EM client. PH opc re: status conference and next steps. |
| 11/4/2022 | Dantowitz | 0.1 | EMX client re: update. |
| 11/8/2022 | Dantowitz | 0.3 | Attend status conference |
| | | 156 | |