# Exhibit B



**DGC, a Division of PFK O'Connor Davies, LLP**

| | |
|---|---|
| **PAYMENTS OPTIONS:** | **PAY BY CREDIT CARD & ACH BY OUR SECURE PORTAL:** |
| DGC | Online - https://www.dgccpa.com/client-portal |
| 150 Presidential Way | By Phone - Call Allison Holleman at 781-937-5378 |
| Suite 510 | |
| Woburn, MA 01801 | **BILLING INQUIRIES:**   billing@dgccpa.com |

Suzie Herold, Esq.
Herold Law Group P.C.
50 Terminal Street, Building 2, Suite 716
Charlestown, MA 02129

Client ID: CEL6482.1 Dantowitz
Email Address: suzie@heroldlawgroup.com

Invoice No.      129134
Date:            01/31/2022

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2022

Services in connection with schedules as requested by Herold Law Group, P.C.

    Preliminary correspondence with RD and SH to determine information required.

    Walk through of tax returns with SH to explain cash flow vs income reported.

    Analysis of individuals and corporate tax returns for 2018, 2019, and 2020.

    Preparation of draft schedules of review by SH.

    Related discussions of schedule format and details to be included.

    Preparation of updated schedules and draft cover letter for review by SH.

    Final schedules and cover letter e-mailed to SH.

|  |  |
|---:|---:|
| Total | $ 7,336.00 |
| Less Professional Courtesy Discount | (1,834.00) |
| Current Amount Due | $  5,502.00 |

| Staff | Hours |
|---|---|
| Troy | 2.6 |
| Robertson | 15.1 |
| Other | 0.4 |
|  | 18.1 |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 5,502.00 | 0.00 | 0.00 | 2,740.00 | 0.00 | 8,242.00 |

# I N V O I C E

1 of 1



GLOBAL COVERAGE • court-reporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 100485 | 5/11/2021 | 97205 |
| Job Date | Case No. ||
| 5/3/2021 | 20-CV-10540-FDS ||
| Case Name |||
| Ronald F. Dantowitz v. Dexter Southfield, Inc., et al. |||
| Payment Terms |||
| Net 30, after 30 int. @ 1.5% per month |||

Suzanne Herold
Herold Law Group, P.C.
50 Terminal Street
Building 2, Suite 716
Charlestown, MA 02129

Videoconferenced Transcript/Index of:
    Carmen Aliber    204.00 Pages @ 4.150    846.60
        Exhibit Processing    9.00 Pages @ 0.350    3.15
        Electronic File Formats    1.00 @ 35.000    35.00
        Transcript Archiving    1.00 @ 15.000    15.00
        Videoconferencing (Zoom) Connection    1.00 @ 175.000    175.00
        Less 50% Discount: Videoconference    1.00 @ -87.500    -87.50

**TOTAL DUE   >>>**      **$987.25**

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop.
To set up your demo, email demo@court-reporting.com

**Tax ID:** 04-3106514

*Please detach bottom portion and return with payment.*

Suzanne Herold
Herold Law Group, P.C.
50 Terminal Street
Building 2, Suite 716
Charlestown, MA 02129

Invoice No.   : 100485
Invoice Date   : 5/11/2021
**Total Due**   : **$987.25**

Remit To: **O'Brien & Levine**    888.825.3376
           **68 Commercial Wharf**
           **Boston, MA 02110**

Job No.   : 97205
BU ID   : 1-MAIN
Case No.   : 20-CV-10540-FDS
Case Name   : Ronald F. Dantowitz v. Dexter Southfield, Inc., et al.

# I N V O I C E

1 of 1



GLOBAL COVERAGE • court-reporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 100510 | 5/11/2021 | 97206 |
| Job Date | Case No. | |
| 5/3/2021 | 20-CV-10540-FDS | |
| Case Name | | |
| Ronald F. Dantowitz v. Dexter Southfield, Inc., et al. | | |
| Payment Terms | | |
| Net 30, after 30 int. @ 1.5% per month | | |

Suzanne Herold
Herold Law Group, P.C.
50 Terminal Street
Building 2, Suite 716
Charlestown, MA 02129

Videoconferenced Transcript/Index of:
    Stewart Tucker     137.00 Pages @ 4.150    568.55
      Exhibit Processing     5.00 Pages @ 0.350    1.75
      Electronic File Formats     1.00 @ 35.000    35.00
      Transcript Archiving     1.00 @ 15.000    15.00

**TOTAL DUE  >>>**  **$620.30**

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop.
To set up your demo, email demo@court-reporting.com

**Tax ID:** 04-3106514

*Please detach bottom portion and return with payment.*

Suzanne Herold
Herold Law Group, P.C.
50 Terminal Street
Building 2, Suite 716
Charlestown, MA 02129

Invoice No.   : 100510
Invoice Date  : 5/11/2021
**Total Due**   : **$620.30**

Remit To:  **O'Brien & Levine**   888.825.3376
          **68 Commercial Wharf**
          **Boston, MA 02110**

Job No.    : 97206
BU ID      : 1-MAIN
Case No.   : 20-CV-10540-FDS
Case Name  : Ronald F. Dantowitz v. Dexter Southfield,
          Inc., et al.

# I N V O I C E

1 of 2

**O'Brien & Levine Court Reporting Solutions**
A Magna Legal Services Company

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 104921 | 1/24/2022 | 96842 |
| Job Date | Case No. ||
| 3/24/2021 | 20-CV-10540-FDS ||
| Case Name |||
| Ronald F. Dantowitz v. Dexter Southfield, Inc., et al. |||
| Payment Terms |||
| Net 30, after 30 int. @ 1.5% per month |||

Suzanne Herold
Herold Law Group, P.C.
50 Terminal Street
Building 2, Suite 716
Charlestown, MA 02129
T: (617) 944-1325  F: (617) 398-2730

Videoconferenced and/or Videorecorded Transcript/Index of:

| | | | | |
|---|---:|---|---:|---:|
| Ronald F. Dantowitz | 360.00 | Pages @ | 3.300 | 1,188.00 |
| Exhibit Processing | 141.00 | Pages @ | 0.350 | 49.35 |
| Electronic File Formats | 1.00 | @ | 35.000 | 35.00 |
| Transcript Archiving | 1.00 | @ | 15.000 | 15.00 |
| Videoconferencing (Zoom) Connection | 1.00 | @ | 175.000 | 175.00 |
| Less 50% Discount: Videoconference | 1.00 | @ | -87.500 | -87.50 |

**TOTAL DUE   >>>**                                                       **$1,374.85**

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

Go Paperless! Eliminate shipping and copying costs associated with exhibits. Introduce your exhibits via iPad or laptop.
To set up your demo, email demo@court-reporting.com

TAX ID: 04-3106514

**(-) Payments/Credits:**                                                 1,374.85

---

**Tax ID:** 04-3106514

*Please detach bottom portion and return with payment.*

Suzanne Herold
Herold Law Group, P.C.
50 Terminal Street
Building 2, Suite 716
Charlestown, MA 02129

Invoice No.   : 104921
Invoice Date  : 1/24/2022
**Total Due**     : **$0.00**

Remit To:  **O'Brien & Levine**        888.825.3376
           **68 Commercial Wharf**
           **Boston, MA 02110**

Job No.     : 96842
BU ID       : 1-MAIN
Case No.    : 20-CV-10540-FDS
Case Name   : Ronald F. Dantowitz v. Dexter Southfield, Inc., et al.

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 104921 | 1/24/2022 | 96842 |
| **Job Date** | **Case No.** ||
| 3/24/2021 | 20-CV-10540-FDS ||
| **Case Name** |||
| Ronald F. Dantowitz v. Dexter Southfield, Inc., et al. |||
| **Payment Terms** |||
| Net 30, after 30 int. @ 1.5% per month |||

Suzanne Herold
Herold Law Group, P.C.
50 Terminal Street
Building 2, Suite 716
Charlestown, MA 02129
T: (617) 944-1325  F: (617) 398-2730

|  |  |
|---|---:|
| (+) Finance Charges/Debits: | 0.00 |
| (=) **New Balance:** | **$0.00** |

**Tax ID:** 04-3106514

*Please detach bottom portion and return with payment.*

Suzanne Herold
Herold Law Group, P.C.
50 Terminal Street
Building 2, Suite 716
Charlestown, MA 02129

Invoice No.   : 104921
Invoice Date  : 1/24/2022
**Total Due**     : **$0.00**

Remit To:  **O'Brien & Levine**       888.825.3376
           **68 Commercial Wharf**
           **Boston, MA 02110**

Job No.    : 96842
BU ID      : 1-MAIN
Case No.   : 20-CV-10540-FDS
Case Name  : Ronald F. Dantowitz v. Dexter Southfield,
             Inc., et al.



# STATEMENT

**Date**
7/01/2022 through 7/31/2022

Bill To: **Suzanne Herold Esq.**
**Herold Law Group, P.C.**
**50 Terminal St.**
**Building 2, Suite 716**
**Charlestown MA 02129**

**Reference #:** 1400019740 - Rep# 1
**Billing Specialist:** Mason, Glenn T
**Email:** gmason@jamsadr.com
**Telephone:** 949-224-4654
**Employer ID:** 68-0542699

RE: **Dantowitz, Ronald vs. Dexter Southfield, Inc., et al.**
Representing: **Ronald Dantowitz**

Neutral(s):   **Hon. Nancy Holtz, (Ret.)**
Hearing Type: **MEDIATION**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | | Balance Forward: | | 0 |
| 7/6/22 | Hon. Nancy S Holtz (Ret.)<br>Review submission; Call with counsel | 1.40 | $600.00 | $840.00 | 2 | $420.00 |
| 7/8/22 | Hon. Nancy S Holtz (Ret.)<br>Review with counsel; call with counsel | 1.00 | $600.00 | $600.00 | 2 | $300.00 |
| 7/11/22<br>9:30 AM | Hon. Nancy S Holtz (Ret.)<br>Additional Session Time | 1.00 | $600.00 | $600.00 | 2 | $300.00 |
| 7/11/22<br>9:30 AM | Hon. Nancy S Holtz (Ret.)<br>Session Time | 8.00 | | $6,000.00 | 2 | $3,000.00 |
| 7/31/22 | Case Management Fee | | | | | $54.60 |
| | Fees: | | | | | $4,074.60 |

**Expenses:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/6/22 | Hon. Nancy S Holtz (Ret.)<br>LOOP UP CHARGE for conference call between Neutral and | | | $10.28 | 2 | $5.14 |
| | Expenses: | | | | | $5.14 |
| | Total: | | | | | $4,079.74 |

**Payment Activity:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/8/22 | Check No. echeck 4260<br>Paid By: Ronald Dantowitz | | | | | ($3,700.00) |
| | Total Payments: | | | | | ($3,700.00) |
| | Balance Due: | | | | | $379.74 |

Unused Deposits will not be refunded until the conclusion of the case.
Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**



**STATEMENT**

**Date**
9/01/2022 through 9/30/2022

Bill To: **Suzanne Herold Esq.**
**Herold Law Group, P.C.**
**50 Terminal St.**
**Building 2, Suite 716**
**Charlestown MA 02129**

| | |
|---|---|
| **Reference #:** | **1400019740 - Rep# 1** |
| Billing Specialist: | Kim, Joseph |
| Email: | josephkim@jamsadr.com |
| Telephone: | |
| Employer ID: | 68-0542699 |

RE: **Dantowitz, Ronald vs. Dexter Southfield, Inc., et al.**
Representing: **Ronald Dantowitz**

Neutral(s): **JAMS**
Hearing Type: **MEDIATION**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | Balance Forward: | | | | | $379.74 |
| **Payment Activity:** | | | | | | |
| 9/1/22 | Check No. visa 4499<br>Paid By: Ronald F Dantowitz | | | | | ($379.74) |
| 9/30/22 | Check No. amex 1007<br>Paid By: Suzanne Herold | | | | | ($4,800.00) |
| | Total Payments: | | | | | ($5,179.74) |
| | Credit Balance, Do Not Pay: | | | | | ($4,800.00) |

Unused Deposits will not be refunded until the conclusion of the case.
Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

| Standard mail: | Overnight mail: |
|---|---|
| P.O. Box 845402 | 18881 Von Karman Ave. Suite 350 |
| Los Angeles, CA 90084 | Irvine, CA 92612 |