IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEXTER SOUTHFIELD, INC., ) <br> CARMEN ALIBER, and ) <br> STEWART TUCKER ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 20-CV-10540-ADB |

## **DEFENDANTS' MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT**

Defendants Dexter Southfield, Inc., Carmen Aliber and Stewart Tucker move pursuant to Fed. R. Civ. P. 54(b) for the entry of separate and final judgment in their favor. As grounds for the allowance of this motion, Defendants state as follows:

On September 8, 2022, the Court entered summary judgment in Defendants' favor on the following claims:

- Claim 3 – Retaliation under G.L. c. 151B against Defendants Dexter Southfield, Inc., Carmen Aliber and Stewart Tucker;

- Claim 4 – Aiding and Abetting Discrimination under G.L. c. 151B against Defendants Carmen Aliber and Stewart Tucker; and

- Claim 5 – Threats, Coercion and Intimidation under G.L. c. 151B against Defendants Carmen Aliber and Stewart Tucker.

A copy of the Court's summary judgment decision is appended hereto at <u>Tab A</u>.

No just reason exists for delaying the entry of separate and final judgment in Defendants' favor.

WHEREFORE, Defendants request that the Court allow their Motion for Entry of Separate and Final Judgment.

Respectfully submitted,
DEXTER SOUTHFIELD, INC.,
CARMEN ALIBER, and
STEWART TUCKER

By their attorneys,

*/s/ Anthony L. DeProspo, Jr.*
William E. Hannum III (BBO No. 643155)
(whannum@shpclaw.com)
Anthony L. DeProspo, Jr. (BBO No. 644668)
(adeprospo@shpclaw.com)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
Telephone: (978) 623-0900
Facsimile: (978) 623-0908

Date: March 30, 2023

### Certificate of Compliance with Local Rule 7.1(a)(2)

I, Anthony L. DeProspo, Jr., counsel for Defendants, certify that on March 29, 2023, I requested a conference with Plaintiff's counsel in an effort to narrow or resolve the issues that are the subject of this Motion, and that Plaintiff's counsel does not assent to the relief sought in this Motion.

/s/Anthony L. DeProspo, Jr.                                             March 30, 2023
Anthony L. DeProspo, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 30th day of March 2023.

David A. Russcol (counsel for Plaintiff)
drusscol@zalkindlaw.com
Inga S. Bernstein
iberstein@zalkindlaw.com
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110

*/s/ Anthony L. DeProspo, Jr.*
Anthony L. DeProspo, Jr.