# Tab A

## Anthony DeProspo

| | |
|---|---|
| **From:** | Suzie Herold <suzie@heroldlawgroup.com> |
| **Sent:** | Monday, November 22, 2021 2:38 PM |
| **To:** | Anthony DeProspo |
| **Cc:** | William E. Hannum III |
| **Subject:** | Re: Dantowitz/Dexter |

Tony,

In response to your renewed request for a demand, my client will be seeking $4M at trial. The breakdown includes his lost wages, his future lost wages through his anticipated retirement at age 65, the loss of tuition for his eligible children to attend Dexter Southfield, the loss of health benefits and retirement savings, the forced sale of roughly $1.7M in business assets, $250,000 I emotional distress and a sum for attorney's fees.

He knows he has to earn this from a jury, and he knows if Dexter wants to attend mediation there would be significant compromise. But, the message here should be clear. He has a high value on his claims and believes he can win.

If your client wants to mediate, let me know.

Thank you,

Suzie Herold, Esq.
HEROLD LAW GROUP, P.C.
50 Terminal Street
Building 2, Suite 716
Charlestown, MA 02129
(617) 944-1325 (office)
(413) 262-1077 (cell)
(617) 398-2730 (fax)
suzie@heroldlawgroup.com
heroldlawgroup.com

This electronic message contains a communication from a law office, which is strictly confidential and intended solely for the use of the addressee.

The communication may be privileged under the attorney-client and/or the attorney work product privileges. Any non-addressee is prohibited from reading, disseminating, distributing, or copying the communication contained herein. If you are in possession of the communication in error, please immediately notify the sender via electronic mail excluding the original communication. Thank you.

Applicable U.S. Treasury Regulations require that we inform you that any Federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.