# Tab B

## Anthony DeProspo

| | |
|---|---|
| **From:** | Anthony DeProspo |
| **Sent:** | Tuesday, September 6, 2022 4:32 PM |
| **To:** | 'Suzie Herold' |
| **Cc:** | William E. Hannum III |
| **Subject:** | Dantowitz v. Dexter Southfield, et al. |

CONFIDENTIAL SETTLEMENT COMMUNICATION

Suzie –

As you know, Defendants have offered Plaintiff $300,000 to resolve this case. Please be advised that Defendants' offer automatically expires upon the Court rendering a decision on Defendants' motion for summary judgment, or close of business on September 30, 2022, whichever comes first.

Let me know if you have any questions.

-Tony

 SCHWARTZ HANNUM PC

**Tony DeProspo, Jr.** | Counsel
**SCHWARTZ HANNUM PC** | 11 Chestnut Street, Andover, MA 01810-3744
*adeprospo@shpclaw.com* | T: (978) 623-0900 | F: (978) 623-0908 | **www.shpclaw.com**
Tony DeProspo | LinkedIn

PLEASE THINK BEFORE YOU PRINT.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. This e-mail is not intended to and does not constitute a waiver of any privilege applicable to this message or the confidentiality of this message. If the reader of this message is not an intended recipient or an agent responsible for delivering it to an intended recipient, please notify us immediately and delete the original message.