Tab D

**EXHIBIT 2**

 **BRIGHAM AND WOMEN'S HOSPITAL**

 **HARVARD MEDICAL SCHOOL**

Brigham and Women's/Faulkner
Department of Neurology
1153 Centre Street, Suite 4970
Boston, Massachusetts 02130
Tel: (617) 983-7580
Fax: (617) 983-7582

**REDACTED**

January 17, 2018

RE:  Ronald Dantowitz
     DOB: ~~███████~~
     MRN: ~~███████~~
     Date of Evaluation: 8/5/14

To Whom It May Concern:

Mr. Ronald Dantowitz underwent a comprehensive neuropsychological evaluation on 8/5/14.
Below is a summary of his clinical exam, test performance, and my diagnostic impressions.

SUMMARY OF TEST FINDINGS:  The most salient aspects of Mr. Dantowitz's cognitive exam are
his significantly reduced processing speed and reading rate, his impaired performance on a
measure of emotional processing, and his endorsement of symptoms consistent with autism
spectrum disorders. These deficits are noted in the context of superior verbal and nonverbal
abilities.  Although he endorsed an elevated level of executive functioning on a self-report
questionnaire, performance on objective measures during the exam were generally within
normal limits.  Memory for contextually bound information was reduced given his superior
verbal abilities, although his ability to learn and recall a list of words was normal.  Language and
visuospatial abilities were normal, and he is not endorsing an elevated level of emotional
distress at this time.

DIAGNOSTIC IMPRESSIONS: Mr. Dantowitz presents with a number of symptoms that are
consistent with a mild autism spectrum disorder. These include his restricted pattern of
behavior and interests, his sensitivity to sensory aspects of the environment, and most notably,
his difficulty interpreting social behavior and reading social cues.  His difficulties with reading
comprehension and reading rate are also consistent with this diagnosis.

Mr. Dantowitz has demonstrated remarkable compensatory strategies.  He is extremely
intelligent and committed to improving himself, both of which have enabled him to
compensate for his difficulties and function well in multiple roles. However, as above, this is not
a natural or intuitive process, and social interactions can be quite effortful for him.  For ongoing
support in this area, it was recommended that he work with a clinician that has experience with
autism spectrum disorders, such as through the Asperger's Association of New England or
Forward Motion Coaching, where he can continue to improve his social, cognitive, and
behavioral skills to improve his functioning in all domains.

**EXHIBIT 2**

His slowed reading and reported comprehension difficulties are likely due to a combination of factors, such as an impaired ability to comprehend the main point, understand complex use of language, and make appropriate inferences, and professionals who are skilled in this area will have the most appropriate methods to help him compensate.  He would be an ideal candidate for such intervention, given his high intellect, insight, and motivation.

Please feel free to contact me with any questions.

Pamela Friedman, Psy.D., ABPP
Board Certified in Clinical Neuropsychology