Tab E

**EXHIBIT 21**

**From:** Urbonas, Carmen
**Sent:** Monday, December 17, 2018 2:48 PM
**To:** Dantowitz, Ronald <rdantowitz@dextersouthfield.org>
**Cc:** Tucker, Stewart <stucker@dextersouthfield.org>
**Subject:** RE: Monday times

Ron,

Thank you for sending us your syllabus, as requested in my December 13, 2018 email. The information you shared provides Stewart Tucker and I with a general overview of your classroom instruction plans and negates the need for us to meet at 3:00 PM today. Please continue to fulfill the job expectations detailed in my December 13, 2018 email and noted in your draft job description and the employee handbook.

You reference a disability for which neither you nor your medical provider have identified specific accommodations, if any, that may be needed to help you perform the essential functions of your job. If the disability you are referencing is interfering with your ability to perform the essential functions of your job, then I would like to set up a time to meet to discuss next steps. Stewart Tucker should be part of this conversation given his expertise in academic programming.

Please confirm when you are available to meet, mindful that I am on a scheduled vacation next week.

Kind regards,
Carmen



DEXTER
SOUTHFIELD

**Carmen Urbonas**
Director of Human Resources
Dexter Southfield
20 Newton Street
Brookline, MA 02445
617-751-3622
www.dextersouthfield.org

**From:** Dantowitz, Ronald <rdantowitz@dextersouthfield.org>
**Sent:** Monday, December 17, 2018 2:10 PM

**To:** Urbonas, Carmen <curbonas@dextersouthfield.org>; Tucker, Stewart <stucker@dextersouthfield.org>
**Subject:** Re: Monday times

Carmen,

Per your request, please find the syllabus attached.

Also, in connection with my disability, I remain concerned about taking thorough notes during our discussions. I would respectfully ask you to reconsider my request to have someone take notes on my behalf. Alternatively, I would appreciate being provided a copy of your notes.

Thank you,

Ron

**Ronald F. Dantowitz**
Director, Clay Center Observatory
Dexter Southfield
20 Newton Street, Brookline, MA 02445

TEL: 617-959-9945
e-Mail: RDantowitz@DexterSouthfield.org

---

**From:** Urbonas, Carmen
**Sent:** Friday, December 14, 2018 3:54 PM
**To:** Dantowitz, Ronald; Tucker, Stewart
**Subject:** RE: Monday times

Hi Ron,

Whereas Stewart is not available after 3:30 PM today, may I suggest that you forward via email or scan the syllabus today given that you note it is the same syllabus you have used in previous years? This will allow us to review in advance of our meeting on Monday.

Carmen

**From:** Dantowitz, Ronald <rdantowitz@dextersouthfield.org>
**Sent:** Friday, December 14, 2018 3:45 PM
**To:** Tucker, Stewart <stucker@dextersouthfield.org>
**Cc:** Urbonas, Carmen <curbonas@dextersouthfield.org>
**Subject:** Monday times

Stewart

Regarding Your suggestion that we meet Monday, anytime after 12 on Monday is fine if it meets your schedule. Let me know what works for you. I will likely be in L5 and we can meet there if you like.

You suggested that I share with you the astronomy syllabus when we meet Monday. I noted in our conversation that this year uses the same syllabus I used previously, which I do each year. I have taught this class multiple times before!

I could also print out a syllabus copy if you want to go over it together in detail.

As it is the end of the day you might get this Monday, but I wanted to make sure to email you right away after our meeting, as you requested thank you.

Have a pleasant weekend

Ron

_____

Ronald F. Dantowitz
Director, Clay Center Observatory
Dexter Southfield
20 Newton Street, Brookline, MA 02445

TEL: 617-959-9945
e-Mail: RDantowitz@DexterSouthfield.org