# Tab F

**Sherin and Lodgen LLP**

Invoice #: 241373

October 3, 2018

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 9/12/18 | DIB | ATTEND INITIAL OFFICE CONSULT WITH CLIENT; CONFER WITH COLLEAGUES RE: STRATEGY | 1.70 | 552.50 |
| 9/13/18 | DIB | REVIEW EMPLOYEE HANDBOOK AND CLIENT'S EMAIL COMMUNICATION; DRAFT EMAIL FOR CLIENT TO SEND TO HEADMASTER, CONFER WITH J. MCNEELY AND N. SHILEPSKY RE: SAME; ADVISE CLIENT RE: NEXT STEPS. | 3.80 | 1,235.00 |
| 9/13/18 | JLM | REVIEW AND DISCUSS E-MAIL TO HEADMASTER. | .50 | 155.00 |
| 9/14/18 | DIB | ADVISE CLIENT RE: NEXT STEPS; ATTEND TELECONFERENCE WITH CLIENT AND DRAFT EMAIL TO HR, REVIEW LETTER FROM ER, DRAFT RESPONSE TO HR, DRAFT AND SEND SURFACE EMAIL. | 3.20 | 1,040.00 |
| 9/14/18 | JLM | REVIEW E-MAILS FROM CLIENT AND EMPLOYEE HANDBOOK TO CONFIRM FMLA USE OF ACCRUED TIME POLICY; REVIEW E-MAILS FROM CLIENT TO HR AND E-MAILS FROM COUNSEL TO HR. | 1.00 | 310.00 |
| 9/17/18 | DIB | ADVISE CLIENT RE: NEXT STEPS; EXCHANGE EMAILS WITH OPPOSING COUNSEL CONFIRMING BENEFIT CONTINUATION; ATTEND TO DEADLINES, ETC. | .90 | 292.50 |
| 9/23/18 | DIB | ATTEND TO FMLA CERTIFICATION, REVIEW CLIENT'S RESPONSE AND SCHEDULE TELECONFERENCE WITH CLIENT RE: SAME. | .40 | 130.00 |
| 9/24/18 | DIB | ATTEND TO FMLA CERTIFICATION; DRAFT CERTIFICATION, ATTEND TELECONFERENCE WITH CLIENT AND CLIENT'S WIFE, CONFER WITH B. MACDONOUGH RE: CERTIFICATION AND SEND SAME TO CLIENT FOR REVIEW / EXECUTION. REVIEW OPPOSING COUNSEL'S EMAIL RE: DENTAL COVERAGE, CONFIRM SAME WITH CLIENT. | 1.80 | 585.00 |
| 9/25/18 | DIB | ATTEND TO FMLA CERTIFICATION; ATTEND TELECONFERENCE WITH CLIENT RE: REVISED AGREEMENT WITHOUT SUPPLEMENTAL INFORMATION FROM PHYSICIAN. | .60 | 195.00 |
| 9/27/18 | DIB | ATTEND TO FMLA CERTIFICATION; DRAFT COVER EMAIL TO OPPOSING COUNSEL, CONFER WITH B. MACDONOUGH AND CLIENT RE: SAME. SUBMIT FMLA CERTIFICATION. | .40 | 130.00 |
| | | **TOTAL PROFESSIONAL SERVICES** | | **$ 4,625.00** |
| | | **BALANCE DUE THIS INVOICE** | | **$ 4,625.00** |