UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br><br>      Plaintiff,<br><br>v.<br><br>DEXTER SOUTHFIELD INC.,<br><br>      Defendant. | Civil Action No. 20-CV-10540-AK |

**PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**

Plaintiff Ronald F. Dantowitz respectfully requests pursuant to Fed. R. Civ. P. 59(e) that this Honorable Court alter or amend the Judgment entered March 8, 2023 (Dkt. 178) to include prejudgment interest as required by statute; to include liquidated damages; and to include equitable relief in the form of front pay. Such relief is either required or permitted under FMLA on the claims on which Plaintiff prevailed. *See* 29 U.S.C. § 2617(a)(1)(A)(ii), (A)(iii), (B). As reason therefor, Plaintiff relies upon his accompanying memorandum of law.

WHEREFORE, Plaintiff requests that the Court alter or amend the judgment to include interest, liquidated damages, and equitable relief, and such other and further relief as the Court deems just and proper.

Respectfully submitted,
RONALD F. DANTOWITZ,
The Plaintiff,
By His Attorneys,

/s/ David A. Russcol
Inga S. Bernstein (BBO #627251)
David A. Russcol (BBO #670768)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020
ibernstein@zalkindlaw.com
drusscol@zalkindlaw.com

Dated: April 4, 2023

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, with supporting memorandum and affidavits, was served upon the attorney of record for each party by electronic filing on April 4, 2023.

/s/ David A. Russcol
David A. Russcol

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

I hereby certify that on April 4, 2023, undersigned counsel conferred with counsel for Defendant in good faith to narrow the areas of disagreement, and Defendant does not assent to the relief requested.

/s/ David A. Russcol
David A. Russcol