Tab A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RONALD F. DANTOWITZ,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　CIVIL ACTION NO. 20-CV-10540-AK
　　　　　　　　　　　　　　　　　　　　　)
DEXTER SOUTHFIELD, INC.,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　　　)

## SPECIAL VERDICT SLIP

### DISABILITY DISCRIMINATION

1. Did Ronald Dantowitz prove by a preponderance of evidence that Dexter Southfield School unlawfully discriminated against him by terminating his employment on the basis of a disability?

   YES____　　　NO  X

PROCEED TO QUESTION NO. 2.

### ASSOCIATIONAL DISCRIMINATION

2. Did Ronald Dantowitz prove by a preponderance of evidence that Dexter Southfield School unlawfully discriminated against him by terminating his employment because of his association with his disabled son?

   YES____　　　NO  X

PROCEED TO QUESTION NO. 3.

## FMLA INTERFERENCE

3. Did Ronald Dantowitz prove by a preponderance of evidence that Dexter Southfield School interfered with his right to take FMLA leave?

YES __X__    NO _____

PROCEED TO QUESTION NO. 4.

NOTE: IF YOU ANSWERED YES TO QUESTION NO. 3, ALSO ANSWER NO. 8. IF YOU ANSWERED NO TO QUESTION NO. 3, SKIP QUESTION 8.

## FMLA RETALIATION

4. Did Ronald Dantowitz prove by a preponderance of evidence that Dexter Southfield School wrongfully terminated his employment in retaliation for taking FMLA leave?

YES __X__    NO _____

INSTRUCTIONS BEFORE ANSWERING QUESTION NO. 5:

ONLY ANSWER QUESTION NO. 5 IF YOU ANSWERED "YES" TO QUESTION NOS. 1, 2 OR 4. OTHERWISE, IF YOU HAVE ANSWERED "NO' TO ALL OF THE ABOVE QUESTIONS, YOUR DELIBERATIONS ARE COMPLETE. PLEASE REPORT TO THE COURT THAT YOU HAVE REACHED A VERDICT.

## DAMAGES

5. What amount of monetary damages will fully and fairly compensate Ron Dantowitz for any damages he has suffered:

(i) <u>Back Pay</u>

Amount in figures: $ _15,000_

Amount in words: $ _Fifteen Thousand dollars_

(ii) <u>Front Pay</u>

Amount in figures: $ _0_

-2-

        Amount in words: $ *zero dollars*

(iii)   Emotional Distress (Answer only if you answered "Yes" to Question No. 1 or 2).

        Amount in figures: $ *n/a*

        Amount in words: $ *n/a*

IF YOU ANSWERED "YES" TO QUESTION NO. 1 OR 2, PLEASE GO TO QUESTION NO. 6. OTHERWISE, YOUR DELIBERATIONS ARE COMPLETE. PLEASE REPORT TO THE COURT THAT YOU HAVE REACHED A VERDICT.

6.     Did Ronald Dantowitz prove by a preponderance of evidence that Dexter Southfield School acted egregiously or outrageously because of an evil motive or reckless indifference to his rights?

    YES_____      NO_____  *n/a*

IF YOU ANSWERED "YES" TO QUESTION NO. 6, PLEASE GO TO QUESTION NO. 7. OTHERWISE, YOUR DELIBERATIONS ARE COMPLETE. PLEASE REPORT TO THE COURT THAT YOU HAVE REACHED A VERDICT.

7.     What amount of damages, if any, are appropriate to punish Dexter Southfield School and to deter future acts of discrimination?

        Amount in figures: $ *n/a*

        Amount in words: $ *n/a*

IF YOU ANSWERED "YES" TO QUESTION NO. 3, PLEASE GO TO QUESTION NO. 8. OTHERWISE, YOUR DELIBERATIONS ARE COMPLETE. PLEASE REPORT TO THE COURT THAT YOU HAVE REACHED A VERDICT.

-3-

8. What amount of damages, if any, are appropriate to fully and fairly compensate Ronald Dantowitz for any losses between September 14, 2018 and October 1, 2018?

Amount in figures: $ 0

Amount in words: Zero dollars

Date: February 17, 2023

Foreperson's signature:

-4-