UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br><br>      Plaintiff,<br><br>v.<br><br>DEXTER SOUTHFIELD INC.,<br><br>      Defendant. | Civil Action No. 20-CV-10540-AK |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF HIS MOTION TO ALTER OR AMEND JUDGMENT**

Plaintiff Ronald F. Dantowitz respectfully requests pursuant to Local Rule 7.1(b)(3) that this Honorable Court grant him leave to file the reply memorandum attached as Exhibit A in support of his Motion to Alter or Amend Judgment (Dkt. 190). As reason therefor, Plaintiff states that the reply memorandum is necessary to respond to the factual assertions and legal arguments made by Defendant in opposition to said Motion, including but not limited to Defendant's mischaracterization of the case law on liquidated damages and the evidence concerning the amount and nature of Plaintiff's post-termination income.

WHEREFORE, Plaintiff requests that the Court grant him leave to file the attached reply memorandum, and such other and further relief as the Court deems just and proper.

>Respectfully submitted,
>RONALD F. DANTOWITZ,
>The Plaintiff,
>By His Attorneys,
>
>/s/ David A. Russcol
>Inga S. Bernstein (BBO #627251)
>David A. Russcol (BBO #670768)
>Zalkind Duncan & Bernstein LLP
>65a Atlantic Avenue
>Boston, MA 02110
>(617) 742-6020
>ibernstein@zalkindlaw.com
>drusscol@zalkindlaw.com

Dated: May 11, 2023

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, with attachment, was served upon the attorney of record for each party by electronic filing on May 11, 2023.

>/s/ David A. Russcol
>David A. Russcol

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

I hereby certify that undersigned counsel conferred in good faith with counsel for Defendant in order to narrow the areas of disagreement. Defendant indicated that it does not assent to the relief requested but also does not oppose it.

>/s/ David A. Russcol
>David A. Russcol