IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 20-CV-10540-AK |
| DEXTER SOUTHFIELD, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
LIMITED SUR-REPLY IN OPPOSITION TO PLAINTIFF'S
MOTION TO ALTER OR AMEND JUDGMENT**

Pursuant to Local Rule 7.1(b)(3), Defendant Dexter Southfield, Inc. respectfully requests that the Court grant leave to file a limited sur-reply, directed solely on the issue of front pay, to address Plaintiff's misrepresentations of fact in his reply brief dated May 15, 2023.  Defendant requests leave to file a sur-reply of not more than five (5) pages in length within seven (7) days of the date of the allowance of this motion.

A sur-reply is necessary to address factual inaccuracies in Plaintiff's reply brief regarding Plaintiff's post-termination income, inaccuracies *raised for the first time in Plaintiff's reply brief*. "A sur-reply is appropriate where a party has not had the opportunity to contest matters introduced for the first time in the opposing party's reply." Animal Welfare Inst. v. Martin, 588 F. Supp. 2d 70, 81 (D. Me. 2008).  A sur-reply is necessary, in the interest of justice, to allow Defendant to rebut misstatements of fact and provide context for Plaintiff's factual averments.

Defendant's request to file a sur-reply will not unfairly prejudice Plaintiff.  However, the inability to file a sur-reply would unfairly prejudice Defendant by depriving it of a chance to address factual inaccuracies in Plaintiff's reply brief.  "[A] district court has great leeway in the

application and enforcement of its local rules." Gauthier v. U.S., 2011 WL 3902770 (D. Mass. Sept. 2, 2011) (Saylor, J.).  Defendant believes that a sur-reply, of not more than five (5) pages, will materially aid the Court in adjudicating Plaintiff's claim for front pay.

      WHEREFORE, Defendant Dexter Southfield, Inc. respectfully requests that the Court allow Defendant's request for leave to file a sur-reply.

                                      Respectfully submitted,
DEXTER SOUTHFIELD, INC.,

By its attorneys,

*/s/ Anthony L. DeProspo, Jr.*
Anthony L. DeProspo, Jr. (BBO No. 644668)
(adeprospo@shpclaw.com)
Cara E. Murphy (BBO No. 709521)
(cmurphy@shpclaw.com)
SCHWARTZ HANNUM PC
11 Chestnut Street
Andover, MA 01810
Telephone: (978) 623-0900
Facsimile:  (978) 623-0908

Date:  May 18, 2023

-3-

**Certificate of Compliance with Local Rule 7.1(a)(2)**

   I, Anthony L. DeProspo, Jr., counsel for Defendants, certify that I conferred via email with Plaintiff's counsel in an effort to narrow or resolve the issues that are the subject of this Motion, and that Plaintiff's counsel does not assent to the relief sought in this Motion.

May 18, 2023                 /s/Anthony L. DeProspo, Jr.
                           Anthony L. DeProspo, Jr.

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 18th day of May 2023.

  David A. Russcol (*counsel for Plaintiff*)
  drusscol@zalkindlaw.com
  Inga S. Bernstein
  iberstein@zalkindlaw.com
  Zalkind Duncan & Bernstein LLP
  65a Atlantic Avenue
  Boston, MA 02110

            */s/ Anthony L. DeProspo, Jr.*
            Anthony L. DeProspo, Jr.