UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br><br>        Plaintiff.<br><br>v.<br><br>DEXTER SOUTHFIELD INC.,<br><br>Defendant. | Civil Action No. 20-CV-10540-AK |

**PLAINTIFF'S ASSENTED-TO MOTION TO CONTINUE HEARING**
**ON MOTION FOR ATTORNEY'S FEES**

Plaintiff Ronald Dantowitz respectfully requests that this Honorable Court continue the hearing recently scheduled for July 31, 2023, on his Initial Motion for Attorneys' Fees and Costs (Dkt. 181). As grounds therefor, he states as follows:

1. Undersigned counsel has a previously-scheduled vacation and will be out of the country during the week of July 31, 2023. Plaintiff therefore asks that the Court continue the hearing to a date on which all parties and counsel may attend.

2. After conferring with counsel for Defendant, Defendant is available at the Court's convenience in August or September; Plaintiff and/or his counsel are *unavailable* on the following dates from July 31 through the end of September:
   a. Week of July 31
   b. Week of August 7
   c. August 17 (before 2 PM)
   d. August 23-25
   e. August 28
   f. September 15
   g. September 25
   h. September 29

3. Counsel for Plaintiff have conferred with counsel for Defendant and Defendant assents to Plaintiff's request to move the hearing date.

4. No party will be prejudiced by the granting of this motion.

Respectfully submitted,

/s/ David A. Russcol
Inga S. Bernstein (BBO #627251)
David A. Russcol (BBO #670768)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020
ibernstein@zalkindlaw.com
drusscol@zalkindlaw.com

Dated: July 19, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on July 19, 2023.

/s/ David A. Russcol
David A. Russcol