IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

RONALD F. DANTOWITZ,                     )
                                         )
                    Plaintiff,           )
v.                                       )
                                         )        CIVIL ACTION NO. 20-CV-10540-AK
DEXTER SOUTHFIELD, INC.,                 )
CARMEN ALIBER, and                       )
STEWART TUCKER,                          )
                                         )
                    Defendants.          )
_____)

## JOINT MOTION FOR ENTRY OF AMENDED JUDGMENT

Pursuant to the Court's August 9, 2023 Order [Doc. #209], the parties hereby submit a form of Amended Judgment, appended hereto at Tab A.  The judgment amount is blank.[1]  The parties agree on the form and content of the judgment except for the interest rate to be applied to the verdict following the entry of judgment on March 8, 2023.  [Doc. #178].

Plaintiff contends that pre-judgment interest in the amount of 12% should be applied to the verdict from the date of commencement of the lawsuit (January 3, 2020) to August 16, 2023.  Accordingly, the Amended Judgment should enter in the amount of $27,653.66.

Defendants contend that pre-judgment interest in the amount of 12% should be applied to the verdict from the date of commencement of the lawsuit to the date judgment entered (March 8, 2023) and that post-judgment interest in the amount of 5.04% should be applied to the verdict from March 8, 2023 to August 16, 2023.  Accordingly, the Amended Judgment should enter in the amount of $26,867.10.[2]

---

[1] It is worth noting that Defendant paid Plaintiff $15,250.00 on April 24, 2023.  Therefore, that amount is not included in the Amended Judgment.

[2] The percentage of post-judgment interest for judgments entered on August 16, 2023 is also not yet known.

Respectfully submitted,

RONALD DANTOWITZ,                    DEXTER SOUTHFIELD, INC.,
                                     CARMEN ALIBER, and
                                     STEWART TUCKER,

By his attorneys,                    By their attorneys,

*/s/David A. Russcol*                */s/ Anthony L. DeProspo, Jr.*
Inga S. Bernstein (BBO #627251)      Anthony L. DeProspo, Jr. (BBO No. 644668)
David A. Russcol (BBO #670768)       (adeprospo@shpclaw.com)
Zalkind Duncan & Bernstein LLP       Cara E. Murphy (BBO No. 709521)
65a Atlantic Avenue                  (cmurphy@shpclaw.com)
Boston, MA 02110                     SCHWARTZ HANNUM PC
(617) 742-6020                       11 Chestnut Street
ibernstein@zalkindlaw.com            Andover, MA 01810
drusscol@zalkindlaw.com              Telephone: (978) 623-0900
                                     Facsimile:  (978) 623-0908


Date:  August 16, 2023

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 16th day of August 2023.

*/s/ Anthony L. DeProspo, Jr.*
Anthony L. DeProspo, Jr.
