# Tab A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ, | ) <br> ) <br> ) |
| Plaintiff, | ) |
| v. | ) <br> ) CIVIL ACTION NO. 20-CV-10540-AK |
| DEXTER SOUTHFIELD, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

**[PROPOSED] AMENDED JUDGMENT**

**A. KELLEY, D.J.**

__X__  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED:**

Judgment is hereby entered for Defendant Dexter Southfield, Inc. as to the Disability Discrimination (Count I) and Associational Discrimination (Count II) claims.

Judgment is hereby entered for Plaintiff as to the FMLA Interference claim (Count VI) in the amount of $0.  Judgment is hereby entered for Plaintiff as to the FMLA Retaliation claim (Count VII) in the amount of $_____.

__X__  **Decision by the Court.**  This action came to a trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED:**

Judgment is hereby entered for Defendants Dexter Southfield, Inc., Carmen Aliber and Stewart Tucker as to the Retaliation claim (Count III).

Judgment is hereby entered for Defendants Carmen Aliber and Stewart Tucker as to the Aiding and Abetting Discrimination claim (Count IV) and Threats, Coercion and Intimidation claim (Count V).

-2-

**Dated:**  August 16, 2023                                         By the Court,

                                                                   _____

**NOTE:**  The post-judgment interest rate effective this date is ___%.

-2-