UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br><br>    Plaintiff,<br><br>v.<br><br>DEXTER SOUTHFIELD INC.,<br><br>    Defendant. | Civil Action No. 20-CV-10540-AK |

**PLAINTIFF'S MOTION FOR ORDER PURSUANT TO RULE 58(E)**

Plaintiff Ronald F. Dantowitz respectfully requests that the Court order, pursuant to Fed. R. Civ. P. 58(e), that the time to file a notice of appeal in this matter be extended until the Court decides his pending motion for attorneys' fees and costs (Dkt. 181). Although a motion for fees does not normally delay the deadline for a notice of appeal, the Court may in its discretion order that such a motion be treated "under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59," effectively extending the time to appeal until thirty days after the motion is decided. Fed. R. Civ. P. 58(e). Since the motion for fees has already been heard and taken under advisement, it would be most efficient to establish a single deadline for appeal "so that appeals relating to the fee award can be heard at the same time as appeals relating to the merits of the case." Notes of Advisory Committee to 1993 Amendment to Fed. R. Civ. P. 58. Plaintiff has made no decision yet about whether to appeal, but it would be more efficient for the resources of the judicial system and the parties if he could make that decision once, after the Court decides the remaining outstanding post-trial motion.

WHEREFORE, Plaintiff requests that the Court enter an order pursuant to Rule 58(e) as requested herein, and such other and further relief as the Court deems just and proper.

                                        Respectfully submitted,
                                        RONALD F. DANTOWITZ,
                                        The Plaintiff,
                                        By His Attorneys,

                                        /s/ David A. Russcol
                                        Inga S. Bernstein (BBO #627251)
                                        David A. Russcol (BBO #670768)
                                        Zalkind Duncan & Bernstein LLP
                                        65a Atlantic Avenue
                                        Boston, MA 02110
                                        (617) 742-6020
                                        ibernstein@zalkindlaw.com
                                        drusscol@zalkindlaw.com

Dated: August 28, 2023

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on August 28, 2023.

                                        /s/ David A. Russcol
                                        David A. Russcol

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

I hereby certify that on August 23, 2023, undersigned counsel conferred with counsel for Defendant in good faith to narrow the areas of disagreement, and Defendant does not assent to the relief requested.

                                        /s/ David A. Russcol
                                        David A. Russcol