UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ,<br><br>    Plaintiff,<br><br>v.<br><br>DEXTER SOUTHFIELD INC.,<br><br>    Defendant. | Civil Action No. 20-CV-10540-AK |

**PLAINTIFF'S RESPONSE TO SEPTEMBER 26, 2023 COURT ORDER**

Pursuant to the Order of the Court dated September 26, 2023, Plaintiff Ronald F. Dantowitz respectfully submits the attached invoices for deposition expenses, as follows:

1. Exhibit A – O'Brien & Levine invoice 109562, dated December 6, 2022, in the amount of $1,287.35, for the transcript of the deposition of Ronald F. Dantowitz, Day 1, on March 24, 2021.

2. Exhibit B – O'Brien & Levine invoice 109560, dated December 6, 2022, in the amount of $1,149.10, for the transcript of the deposition of Ronald F. Dantowitz, Day 2, on April 21, 2021.

3. Exhibit C – O'Brien & Levine invoice 109561, dated December 6, 2022, in the amount of $800.60, for the transcript of the deposition of Michael Williams on April 27, 2021.

4. Exhibit D – Dunn Reporting Services invoice 50644tra, dated January 30, 2023, in the amount of $388.80, for the transcript of the deposition of Faith Dantowitz on January 27, 2023.

                                                      Respectfully submitted,
                                                      RONALD F. DANTOWITZ,
                                                      The Plaintiff,
                                                      By His Attorneys,

                                                      <u>/s/ David A. Russcol</u>
                                                      Inga S. Bernstein (BBO #627251)
                                                      David A. Russcol (BBO #670768)
                                                      Zalkind Duncan & Bernstein LLP
                                                      65a Atlantic Avenue
                                                      Boston, MA 02110
                                                      (617) 742-6020
                                                      ibernstein@zalkindlaw.com
                                                      drusscol@zalkindlaw.com

Dated: September 27, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on September 27, 2023.

                                                      <u>/s/ David A. Russcol</u>
                                                      David A. Russcol