# Exhibit B

# I N V O I C E



1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109560 | 12/6/2022 | 97333 |
| Job Date | | Case No. |
| 4/21/2021 | | 20-CV-10540-FDS |
| Case Name | | |
| Ronald F. Dantowitz v. Dexter Southfield, Inc., et al. | | |
| Payment Terms | | |
| *Net 30, after 30 FC @ 1.5% per month | | |

David Russcol
Zalkind, Duncan & Bernstein
65A Atlantic Avenue
Boston, MA 02110
T: 617-7426020

Videorecorded and/or Videoconferenced Transcript of:

| | | | | |
|---|---|---|---|---|
| Ronald F. Dantowitz - Day 2 | 325.00 Pages | @ | 3.300 | 1,072.50 |
| Exhibit Processing | 76.00 Pages | @ | 0.350 | 26.60 |
| Electronic File Formats | 1.00 | @ | 35.000 | 35.00 |
| Transcript Archiving | 1.00 | @ | 15.000 | 15.00 |
| | **TOTAL DUE   >>>** | | | **$1,149.10** |

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

Pay your invoices online by logging in to your account at court-reporting.com
**Please note that our terms are NET 30 and not contingent on client payment.**

From discovery through trial O&L is your partner providing services for Court Reporting and Video, Record Retrieval, Language, Graphics/presentations, Jury Consulting and Trial Consulting. Contact your account executive or call us at 888-825-3376

TAX ID: 04-3106514

---

**Tax ID:** 04-3106514

*Please detach bottom portion and return with payment.*

David Russcol
Zalkind, Duncan & Bernstein
65A Atlantic Avenue
Boston, MA 02110

Invoice No.   : 109560
Invoice Date  : 12/6/2022
**Total Due**    : **$1,149.10**

Remit To:  **O'Brien & Levine**          888.825.3376
           **68 Commercial Wharf**
           **Boston, MA 02110**

Job No.    : 97333
BU ID      : 1-MAIN
Case No.   : 20-CV-10540-FDS
Case Name  : Ronald F. Dantowitz v. Dexter Southfield,
             Inc., et al.