# Exhibit D

PLEASE REMIT TO:
Dunn Reporting Services, Inc.
P.O. Box 3007
Woburn, MA 01888
Phone: (617) 422-0005     Fax: (617) 505-1565


Dunn Reporting Services, Inc.

# Invoice

| Invoice Date | Invoice # |
|---|---|
| Monday, January 30, 2023 | 50644tra |

Igna Bernstein
Zalkind, Duncan & Bernstein, LLP
65A Atlantic Avenue
Boston, MA 02110

Phone: (617) 742-6020    Fax:

| | |
|---|---|
| Witness: | Faith Dantowitz |
| Case: | Dantowitz, Ronald v. Dexter Southfield, Inc., et al |
| Venue: | United States District Court of Massachusetts |
| Case #: | 20-CV-10540-AK |
| Date: | 1/27/2023 |
| Start Time: | 10:22 AM |
| End Time: | 11:31 AM |
| Reporter: | Maureen Manzi |
| Claim #: | |
| File #: | 2134EIG |

| Description | Quan | Total |
|---|---|---|
| Copy expedite next day | 46 | $335.80 |
| E-Transcript/PDF/TXT | 1 | $35.00 |
| Processing & Handling Fee | 1 | $18.00 |
| Sub Total | | $388.80 |
| Payments | | $0.00 |
| Balance Due | | $388.80 |

Fed. I.D. # 27-0991491

*Invoice payable upon receipt. A service charge of 1.5% per month will be applied to all past due balances. We accept Visa, MasterCard, Discover & American Express.*