## APPENDIX A

|  | Russcol | Bernstein | Herold | Brody | McNeely |
|---|---|---|---|---|---|
| **Hours** | 270.4 | 238.6 | 156 | 56.7 | 34.9 |
| **Hour Reduction** Block Billing (20%) | N/A | N/A | (31.2) | N/A | N/A |
| **Hour Reduction** Duplicative Work | (17.4) | (11.5) | N/A | N/A | N/A |
| **Reduced Hours** | 253 | 227.1 | 124.8 | 56.7 | 34.9 |
| **Hourly Rate** | $500 | $650 | $450 | $325 | $310 |
| **Lodestar** | $126,500 | $147,615 | $56,160 | $18,427.50 | $10,819 |

|  |  |
|---|---|
| **Cumulative Lodestar** | $359,521.50 |
| **Lodestar Adjustment** Limited Success (60%) | ($215,712.90) |
| **Adjusted Lodestar** | $143,808.60 |

|  |  |
|---|---|
| **Costs** | $21,855.36 |
| **Cost Reduction** Tax Preparer Invoice | ($1,925.70) |
| **Cost Reduction** Deposition Transcript | ($1,287.35) |
| **Adjusted Costs** | $18,642.31 |

|  |  |
|---|---|
| **Final Fee Award** Adjusted Lodestar + Adjusted Costs | $162,450.91 |