IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD F. DANTOWITZ, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 20-CV-10540-AK |
| DEXTER SOUTHFIELD, INC., | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE**
**RESPONSE TO PLAINTIFF'S OBJECTIONS TO ORDER ON MOTION FOR ATTORNEYS' FEES AND COSTS**

Defendant Dexter Southfield, Inc. respectfully requests that the Court grant leave to file a response to Plaintiff's Objections to Order on Motion for Attorneys' Fees and Costs to address Plaintiff's misrepresentations of fact and law. Defendant requests leave to file a response of not more than five (5) pages in length within seven (7) days of the date of the allowance of this motion.

Defendant's request to file a response will not unfairly prejudice Plaintiff. However, the inability to file a response would unfairly prejudice Defendant by depriving it of a chance to address factual inaccuracies in Plaintiff's submission. "[A] district court has great leeway in the application and enforcement of its local rules." Gauthier v. U.S., 2011 WL 3902770 (D. Mass. Sept. 2, 2011) (Saylor, J.). Defendant believes that a response, of not more than five (5) pages, will materially aid the Court in adjudicating Plaintiff's claim for attorney's fees and costs.

WHEREFORE, Defendant Dexter Southfield, Inc. respectfully requests that the Court allow Defendant's request a response to Plaintiff's Objections to Order on Motion for Attorneys' Fees and Costs.

-2-

        Respectfully submitted,
        DEXTER SOUTHFIELD, INC.,

        By its attorneys,

        */s/ Anthony L. DeProspo, Jr.*
        Anthony L. DeProspo, Jr. (BBO No. 644668)
        (adeprospo@shpclaw.com)
        Cara E. Murphy (BBO No. 709521)
        (cmurphy@shpclaw.com)
        SCHWARTZ HANNUM PC
        11 Chestnut Street
        Andover, MA 01810
        Telephone: (978) 623-0900
        Facsimile:  (978) 623-0908

Date:  November 20, 2023

-3-

**Certificate of Compliance with Local Rule 7.1(a)(2)**

      I, Anthony L. DeProspo, Jr., counsel for Defendant, certify that I contacted Plaintiff's counsel via email in an effort to narrow or resolve the issues that are the subject of this Motion, and that Plaintiff's counsel does not assent to the relief sought in this Motion.

| | |
|---|---|
| November 20, 2023 | /s/Anthony L. DeProspo, Jr.  <br>Anthony L. DeProspo, Jr. |

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 20th day of November 2023.

    David A. Russcol (*counsel for Plaintiff*)
    drusscol@zalkindlaw.com
    Inga S. Bernstein
    iberstein@zalkindlaw.com
    Zalkind Duncan & Bernstein LLP
    65a Atlantic Avenue
    Boston, MA 02110

                                          */s/ Anthony L. DeProspo, Jr.*
                                          Anthony L. DeProspo, Jr.